HENNIGAN, BENNETT & DORMAN LLP
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**ALAN P. BLOCK (SBN 143783)**
blocka@hbdlawyers.com
**BLESS YOUNG (SBN 112104)**
youngb@hbdlawyers.com
**KEVIN SHENKMAN (SBN 223315)**
shenkmank@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile:  (213) 694-1234**

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGES FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. 06-CV-07336-PVT |
| Plaintiff, | **JOINT STIPULATION RE EXTENSION TO FEBRUARY 13, 2007 FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. | |
| Defendants. | |

**JOINT STIPULATION RE EXTENSION OF DATE TO RESPOND TO COMPLAINT**

| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| | **SHERMAN W. KAHN (SBN 168924)** |
| 2 | skahn@mofo.com |
| 3 | **1290 Avenue of the Americas** |
| | **New York, New York 10104** |
| 4 | **Telephone: (212) 468-8000** |
| | **Facsimile:  (212) 468-7900** |
| 5 | |
| | MORRISON & FOERSTER LLP |
| 6 | **KARL J. KRAMER (SBN 136433)** |
| | kkramer@mofo.com |
| 7 | **PAUL F. COYNE (SBN 223900)** |
| | pcoyne@mofo.com |
| 8 | **755 Page Mill Road** |
| | **Palo Alto, California 94304-1018** |
| 9 | **Telephone: (650) 813-5600** |
| 10 | **Facsimile:  (650) 494-0792** |
| 11 | Attorneys for Defendant, |
| | THE HERTZ CORPORATION |
| 12 | |
| 13 | KIRKLAND & ELLIS LLP |
| | **EPHRAIM STARR (SBN 186409)** |
| 14 | estarr@kirkland.com |
| | **777 S. Figueroa Street Suite 3400** |
| 15 | **Los Angeles, CA 90017** |
| | **Telephone: (213) 680-8468** |
| 16 | **Facsimile:  (213) 680-8500** |
| 17 | KIRKLAND & ELLIS LLP |
| 18 | **WILLIAM A. STREFF, JR. (Ill. Bar No. 2753979)** |
| | wstreff@kirkland.com |
| 19 | **PAUL R. STEADMAN (Pro Hac Vice Request Forthcoming)** |
| | psteadman@kirkland.com |
| 20 | **TOMOKO ITOGA (SBN 207097)** |
| | titoga@kirkland.com |
| 21 | **SHIRA J. KAPPLIN (Pro Hac Vice Request Forthcoming)** |
| 22 | skapplin@kirkland.com |
| | **200 East Randolph Drive** |
| 23 | **Chicago, Illinois 60601** |
| | **Telephone: (312) 861-2000** |
| 24 | **Facsimile:  (312) 861-2200** |
| 25 | Attorneys For Defendants, |
| 26 | TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| 27 | |
| 28 | |

**JOINT STIPULATION RE EXTENSION OF DATE TO RESPOND TO COMPLAINT**

1 | WAL-MART STORES, INC.
**MICHAEL LI (TX 00784474)**
2 | michael.li@walmartlegal.com
**702 S.W. 8th Street (MS 0215)**
3 | **Bentonville, Arkansas 72701-0215**

4

Attorney for Defendant,
5 | WAL-MART STORES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION RE EXTENSION OF DATE TO RESPOND TO COMPLAINT**

1   WHEREAS SpeedTrack, Inc. ("SpeedTrack") has served its Complaint on defendants Wal-
2  Mart Stores, Inc. ("Wal-Mart") and The Hertz Corporation ("Hertz") on December 21, 2006;
3   WHEREAS the date on which Wal-Mart and Hertz would be required to respond to
4  SpeedTrack's Complaint is January 10, 2007;
5   WHEREAS SpeedTrack has served its Complaint on defendants Toyota Motor Sales,
6  U.S.A., Inc. ("Toyota") and Magellan Navigation, Inc. ("Magellan") on December 22, 2006;
7   WHEREAS the date on which Toyota and Magellan would be required to respond to
8  SpeedTrack's Complaint is January 11, 2007;
9   WHEREAS defendants Wal-Mart, Hertz, Toyota, and Magellan have requested an extension
10 of time to answer or otherwise respond to SpeedTrack's Complaint, and SpeedTrack has agreed to
11 an extension to February 13, 2007; and
12   WHEREAS defendants' requests for an extension are not made for the purpose of delay;
13   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through
14 their respective counsel of record, THAT:
15   Defendants Wal-Mart, Hertz, Toyota, and Magellan shall have up to and including February
16 13, 2007 to file and serve their answers or otherwise respond to SpeedTrack's Complaint; and this
17 stipulation is made without prejudice to any rights or defenses that the parties, or any one or more of
18 them, may have in this case, including, but not limited to, the rights of the parties with respect to the
19 exercise of jurisdiction by the Magistrate Judge in this case.
20   SO STIPULATED.

| | |
|---|---|
| DATED:  January 9, 2007 | HENNIGAN BENNETT & DORMAN LLP<br>Roderick G. Dorman<br>Alan P. Block<br>Bless Young<br>Kevin Shenkman |
| | By      /S/ Alan Block |
| | Attorneys for Plaintiff,<br>SPEEDTRACK, INC. |
| DATED:  January 9, 2007 | WAL-MART STORES, INC.<br>Michael Li |
| | By      /S/ Michael Li |
| | Attorney for Defendant,<br>WAL-MART STORES, INC. |
| DATED:  January 9, 2007 | KIRKLAND & ELLIS LLP<br>Ephraim Starr<br>William A. Streff, Jr.<br>Paul R. Steadman<br>Tomoko Itoga<br>Shira J. Kapplin |
| | By      /S/ Ephraim Starr |
| | Attorneys for Defendants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and<br>MAGELLAN NAVIGATION, INC. |
| DATED:  January 9, 2007 | MORRISON & FOERSTER<br>Sherman W. Kahn<br>Karl J. Kramer<br>Paul F. Coyne |
| | By      /S/ Sherman Kahn |
| | Attorneys for Defendant,<br>THE HERTZ CORPORATION |