HENNIGAN, BENNETT & DORMAN LLP
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**ALAN P. BLOCK (SBN 143783)**
blocka@hbdlawyers.com
**BLESS YOUNG (SBN 112104)**
youngb@hbdlawyers.com
**KEVIN SHENKMAN (SBN 223315)**
shenkmank@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile:  (213) 694-1234**

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. 06-CV-07336-PJH |
| Plaintiff, | |
| vs. | **STIPULATION AND [P~~ROPOSED~~]** **ORDER GRANTING LEAVE FOR ENDECA TECHNOLOGIES, INC. TO FILE ITS COMPLAINT IN INTERVENTION** |
| WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Endeca Technologies, Inc. and all the parties to this action, by and through their undersigned attorneys of record, that leave be granted for Endeca Technologies, Inc. to file its amended complaint in intervention in the form agreed to between counsel for Endeca and counsel for SpeedTrack during the afternoon of April 4, 2007.

IT IS FURTHER STIPULATED that Endeca's pending motion for leave to file its complaint in intervention shall be deemed withdrawn upon the Court's entry of this Stipulated Order.

IT IS FURTHER STIPULATED that Endeca Technologies, Inc.'s complaint in intervention shall be deemed served on plaintiff SpeedTrack, Inc. on the date the Court executes this stipulated Order.

SO STIPULATED.

DATED:  April 6, 2007                    HENNIGAN BENNETT & DORMAN LLP


                                         By _____/S/ Roderick G. Dorman_____
                                                   Roderick G. Dorman

                                         Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED:  April 6, 2007                    PROSKAUER ROSE LLP


                                         By _____/S/ Steven Bauer_____
                                                   Steven Bauer

                                         Attorneys for ENDECA TECHNOLOGIES, INC.,
                                         Complainant-in-Intervention

DATED:  April 6, 2007                    MORRISON & FOERSTER LLP


                                         By _____/S/ Sherman W. Kahn_____
                                                   Sherman W. Kahn

                                         Attorneys for Defendant,
                                         THE HERTZ CORPORATION


**Signatures continued on next page.**

1

NO. C06 7336 PJH                                                                    STIPULATION

| | | |
|---|---|---|
| 1 | DATED: April 6, 2007 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By ___/S/ Paul Steadman___ |
| 4 | | Paul Steadman |
| 5 | | Attorneys for Defendants and Counterclaimants, TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| 7 | DATED: April 6, 2007 | FARELLA BRAUN & MARTEL LLP |
| 9 | | By ___/S/ Roderick M. Thompson___ |
| | | Roderick M. Thompson |
| 11 | | Attorneys for Defendant and Counterclaimant, WAL-MART STORES, INC. |

**O R D E R**

IT IS SO ORDERED.

DATED: 4/12/07

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

603186\v1

2

**NO. C06 7336 PJH**     **STIPULATION**

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he/she has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

Executed on April 9, 2007 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                        /S/ Roderick G. Dorman

# PROOF OF SERVICE

STATE OF CALIFORNIA,          )
                              )  SS.
COUNTY OF LOS ANGELES         )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On **April 9, 2007,** I served a copy of the within document(s) described as follows: **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR ENDECA TECHNOLOGIES, INC. TO FILE ITS COMPLAINT IN INTERVENTION** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the attached service list.

PLEASE SEE ATTACHED LIST

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483
**3 copies**

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on **April 9, 2007**, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                                       /S/ Carol S. Yuson

2
**NO. C06 7336 PJH**                                                                               **STIPULATION**

**LIST**

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>SHERMAN W. KAHN (skahn@mofo.com)<br>ANGELA T. RELLA (arella@mofo.com)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile:  (212) 468-7900 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| MORRISON & FOERSTER LLP<br>KARL J. KRAMER (kkramer@mofo.com)<br>PAUL F. COYNE (pcoyne@mofo.com)<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>FACSIMILE:  (650) 494-0792 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| KIRKLAND & ELLIS LLP<br>EPHRAIM STARR (estarr@kirkland.com)<br>777 S. Figueroa Street Suite 3400<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8468<br>Facsimile:  (213) 680-8500 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| KIRKLAND & ELLIS LLP<br>WILLIAM A. STREFF, JR., P.C. (wstreff@kirkland.com)<br>PAUL R. STEADMAN (psteadman@kirkland.com)<br>TOMOKO ITOGA (titoga@kirkland.com)<br>SHIRA J. KAPPLIN (skapplin@kirkland.com)<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile:  (312) 861-2200 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| RODERICK M. THOMPSON (rthompson@fbm.com)<br>ANDREW LEIBNITZ (aleibnitz@fbm.com)<br>STEPHANIE P. SKAFF (sskaff@fbm.com)<br>CORY M. MASON (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |

| | |
|---|---|
| STEVEN M. BAUER (sbauer@proskauer.com)<br>RICHARD B. MYRUS (rmyrus@proskauer.com)<br>COLIN G. CABRAL (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA  02110<br>Telephone:  (617) 526-9700 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |
| JONATHAN E. RICH (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067-3206<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |