**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 25, 2007

Writer's Direct Contact
212.468.8023
SKahn@mofo.com

*By Telefacsimile*

The Honorable Joseph C. Spero
United States Magistrate Judge
United States Courthouse, Courtroom A
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *SpeedTrack, Inc. v. Wal-Mart, et al.* Case No. 3:06-cv-07336-PJH

Dear Judge Spero:

I submit this letter jointly on behalf of defendant The Hertz Corporation ("Hertz") and Plaintiff SpeedTrack, Inc. ("SpeedTrack") regarding the upcoming settlement conference in the above entitled action.

Pursuant to this Court's March 21, 2007 Notice of Settlement Conference and Settlement Conference Order the parties are to meet in person by April 30, 2007 to discuss settlement in preparation for the May 21, 2007 Settlement conference. The in-person meeting has been scheduled for Friday, April 27, 2007 and would require travel by Hertz's client representative from Oklahoma City and Hertz counsel from New York.

Hertz and SpeedTrack have been actively discussing settlement, are close to an agreement, and expect an agreement to be concluded substantially in advance of the scheduled settlement conference. Accordingly, Hertz and SpeedTrack agree that it is not necessary for the parties to meet in person to effectively conclude a settlement. Hertz and



GRANTED
Judge Joseph C. Spero
April 26, 2007

ny-744346

MORRISON | FOERSTER

The Honorable Joseph C. Spero
April 25, 2007
Page Two

SpeedTrack therefore jointly request that Hertz be excused from the in-person meeting scheduled for this Friday.

Sincerely,

Sherman W. Kahn

cc:   Alan Block
      Karl J. Kramer

ny-744346