1  HENNIGAN, BENNETT & DORMAN LLP
   **RODERICK G. DORMAN (SBN 96908)**
2  dormanr@hbdlawyers.com
   **ALAN P. BLOCK (SBN 143783)**
3  blocka@hbdlawyers.com
   **BLESS YOUNG (SBN 112104)**
4  youngb@hbdlawyers.com
   **KEVIN SHENKMAN (SBN 223315)**
5  shenkmank@hbdlawyers.com
6  **865 South Figueroa Street, Suite 2900**
   **Los Angeles, California 90017**
7  **Telephone: (213) 694-1200**
   **Facsimile:  (213) 694-1234**
8
9  Attorneys for Plaintiff,
   SPEEDTRACK, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 SPEEDTRACK, INC.                  ) Case No. 06-CV-07336-PJH
                                     )
16              Plaintiff,           )
                                     ) **STIPULATION AND [PROPOSED]**
17       vs.                         ) **ORDER EXTENDING TIME FOR**
                                     ) **SPEEDTRACK, INC. TO RESPOND TO**
18 WAL-MART STORES, INC., THE HERTZ  ) **ENDECA TECHNOLOGIES, INC.'S**
   CORPORATION, MAGELLAN             ) **COMPLAINT IN INTERVENTION**
19 NAVIGATION, INC., and TOYOTA MOTOR)
   SALES, U.S.A., INC.               )
20                                   )
               Defendants.           )
21                                   )
                                     )
22 _____  )

23
24
25
26
27
28

**NO. C06 7336 PJH**                                    **STIPULATION**

1  IT IS HEREBY STIPULATED by and between SpeedTrack, Inc. and Endeca Technologies, Inc., by and through their undersigned attorneys of record, that the time within which SpeedTrack may respond to Endeca's complaint in intervention shall be extended to Friday, May 25, 2007.

SO STIPULATED.

DATED: May 8, 2007   HENNIGAN BENNETT & DORMAN LLP

By  /S/ Roderick G. Dorman
     Roderick G. Dorman

Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED: May 8, 2007   PROSKAUER ROSE LLP

By  /S/ Richard Myrus
     Richard Myrus

Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention

**O R D E R**

IT IS SO ORDERED.

DATED: 05/09/07

_____
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton]

NO. C06 7336 PJH                                              STIPULATION

1  **DECLARATION PURSUANT TO**

2  **GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

3

4    The undersigned hereby attests that he/she has obtained the concurrence in the filing of this

5  document from each signatory whose ECF User ID and Password is not utilized in the electronic

6  filing of this document.

7    Executed on  May 8, 2007 at Los Angeles, California.

8    I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.

10

11  DATED:  May 8, 2007                           By            /S/ Roderick G. Dorman
                                                                Roderick G. Dorman
12
                                                  Attorneys for Plaintiff, SPEEDTRACK, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NO. C06 7336 PJH                                                                   STIPULATION