UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., | No. C-06-07336 PJH (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCES** |
| WAL-MART STORES, INC. ET AL., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the following Further Settlement Conferences have been scheduled before the undersigned in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco:

| DATE/TIME | PARTICIPATING PARTIES | DEADLINE TO LODGE UPDATED SETTLEMENT CONFERENCE STATEMENTS |
|---|---|---|
| June 27, 2007 9:30 a.m. | SpeedTrack, Inc. Toyota Motor Sales USA, Inc. Magellan Navigation, Inc. | June 20, 2007 |
| March 10, 2008 11:00 a.m. | SpeedTrack, Inc. Wal-Mart Stores, Inc. Endeca Technologies, Inc. | March 3, 2008 |

It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the Settlement Conference. Counsel shall cooperate in providing discovery informally and expeditiously.

Lead trial counsel shall appear at the Settlement Conference with the parties. Any party who is not a natural person shall be represented by the person(s) with **unlimited** authority to negotiate a

settlement. A person who needs to call another person not present before agreeing to any settlement does not have unlimited authority. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the Settlement Conference Statement.

The Settlement Conference Statements should **not** be electronically filed with the Clerk of the Court, and need not be served on opposing counsel. The parties are encouraged, however, to exchange Settlement Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's March 21, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: May 24, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge