1  HENNIGAN, BENNETT & DORMAN LLP
   **RODERICK G. DORMAN (SBN 96908)**
2  dormanr@hbdlawyers.com
   **ALAN P. BLOCK (SBN 143783)**
3  blocka@hbdlawyers.com
   **BLESS YOUNG (SBN 112104)**
4  youngb@hbdlawyers.com
   **KEVIN SHENKMAN (SBN 223315)**
5  shenkmank@hbdlawyers.com
6  **865 South Figueroa Street, Suite 2900**
   **Los Angeles, California 90017**
7  **Telephone: (213) 694-1200**
   **Facsimile:  (213) 694-1234**
8
9  Attorneys for Plaintiff,
   SPEEDTRACK, INC.
10
   **[SEE ATTACHED PAGES FOR ADDITIONAL COUNSEL]**
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. 06-CV-07336-PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION PURSUANT TO FED.R.CIV.PRO., 41(a)(2)** |
| WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

1  MORRISON & FOERSTER LLP
   **SHERMAN W. KAHN (SBN 168924)**
2  skahn@mofo.com
   **ANGELA T. RELLA (*pro hac vice*)**
3  arella@mofo.com
   **1290 Avenue of the Americas**
4  **New York, New York 10104**
   **Telephone: (212) 468-8000**
5  **Facsimile:  (212) 468-7900**

6
   MORRISON & FOERSTER LLP
7  **KARL J. KRAMER (SBN 136433)**
   kkramer@mofo.com
8  **PAUL F. COYNE (SBN 223900)**
   pcoyne@mofo.com
9  **JONATHAN L. McFARLAND (SBN 247601)**
   jmcfarland@mofo.com
10 **755 Page Mill Road**
   **Palo Alto, California 94304-1018**
11 **Telephone: (650) 813-5600**
   **Facsimile:  (650) 494-0792**
12

13 Attorneys for Defendant,
   THE HERTZ CORPORATION
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION**
**PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff SpeedTrack, Inc. ("SpeedTrack") and Defendant The Hertz Corporation ("Hertz"), through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims brought by Plaintiff SpeedTrack against Defendant Hertz and dismissal of all counterclaims brought by Counterplaintiff Hertz against Counterdefendant SpeedTrack.

This dismissal shall be with prejudice with respect to all claims and counterclaims.  Each party shall bear its own costs, expenses, and attorneys' fees.  This dismissal shall not affect any other claims or counterclaims involving Plaintiff SpeedTrack and any other defendant in this action.

SO STIPULATED.

DATED:  May 29, 2007

HENNIGAN BENNETT & DORMAN LLP
Roderick G. Dorman
Alan P. Block
Bless Young
Kevin Shenkman


By _____/s/ Alan P. Block_____
              Alan P. Block

Attorneys for Plaintiff,
SPEEDTRACK, INC.

DATED:  May 29, 2007

MORRISON & FOERSTER
Sherman W. Kahn
Karl J. Kramer
Paul F. Coyne
Angela T. Rella
Jonathan L. McFarland


By _____/s/ Sherman Khan_____
              Sherman Khan

Attorneys for Defendant,
THE HERTZ CORPORATION

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ICS, INC. AND AP NET MARKETING, INC.
CASE NO. 05-CV-01114 JW (MDL NO. 1665)

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that Plaintiff SpeedTrack's claims against Defendant Hertz and Hertz's counterclaims against SpeedTrack are hereby dismissed with prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

No other claims by SpeedTrack against any other defendant and no other counterclaim against SpeedTrack shall be affected by this Order.

Dated: 5/31/07



United ~~States~~

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he/she has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2007 at Los Angeles, California.

                                                  /s/ Alan P. Block
                                                      Alan P. Block

# PROOF OF SERVICE

STATE OF CALIFORNIA,        )
                            ) SS.
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On May 29, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION PURSUANT TO FED.R.CIV.PRO., 41(a)(2)** on the interested parties in this action by placing the true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**PLEASE SEE ATTACHED LIST**

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

Executed on May 29, 2007 at Los Angeles, California.

/s/ Carol S. Yuson
Carol S. Yuson

2
**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT THE HERTZ CORPORATION PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

## LIST

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>SHERMAN W. KAHN (skahn@mofo.com)<br>ANGELA T. RELLA (arella@mofo.com)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile:  (212) 468-7900 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| MORRISON & FOERSTER LLP<br>KARL J. KRAMER (kkramer@mofo.com)<br>PAUL F. COYNE (pcoyne@mofo.com)<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>FACSIMILE:  (650) 494-0792 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| KIRKLAND & ELLIS LLP<br>EPHRAIM STARR (estarr@kirkland.com)<br>777 S. Figueroa Street Suite 3400<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8468<br>Facsimile:  (213) 680-8500 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| KIRKLAND & ELLIS LLP<br>WILLIAM A. STREFF, JR., P.C. (wstreff@kirkland.com)<br>PAUL R. STEADMAN (psteadman@kirkland.com)<br>TOMOKO ITOGA (titoga@kirkland.com)<br>SHIRA J. KAPPLIN (skapplin@kirkland.com)<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile:  (312) 861-2200 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| RODERICK M. THOMPSON (rthompson@fbm.com)<br>ANDREW LEIBNITZ (aleibnitz@fbm.com)<br>STEPHANIE P. SKAFF (sskaff@fbm.com)<br>CORY M. MASON (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone: (415) 954-4400<br>Facsimile:  (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA  02110<br>Telephone:  (617) 526-9700<br>Facsimile:   (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |
| 6<br>7<br>8<br>9 | Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067-3206<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |