Steven M. Bauer (Admitted *Pro Hac Vice*)
Colin G. Cabral (Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com

Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: 310.557.2193
jrich@proskauer.com

Attorneys for
ENDECA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>                    Plaintiff,<br><br>             vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>                    Defendants. | Case No. C06 7336 PJH<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER OF WITHDRAWAL OF APPEARANCE BY ATTORNEY RICHARD MYRUS |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES HERETO, that Richard Myrus, counsel to plaintiff in intervention Endeca Technologies, Inc. ("Endeca"), may withdraw his appearance on behalf of Endeca.

The law firm of Proskauer Rose LLP represents Endeca in the above-captioned matter. Several attorneys associated with Proskauer Rose LLP, including Attorney Myrus, were admitted *pro hac vice* in the above-captioned matter. As of May 21, 2007, Attorney Myrus will no longer be an attorney with Proskauer Rose LLP. Attorney Myrus' withdrawal as counsel for Endeca will not negatively impact Endeca's legal representation in this case and will not result in any delay or other circumstances causing prejudice to any other party. Endeca will continue to be represented by Proskauer Rose LLP.

| | |
|---|---|
| HENNIGAN, BENNETT & DORMAN LLP<br>RODERICK DORMAN<br>ALAN P. BLOCK<br>BESS YOUNG<br>KEVIN SHENKMAN | PROSKAUER ROSE LLP<br>STEVEN M. BAUER<br>JONATHAN E. RICH<br>COLIN G. CABRAL |
| /s/ Alan P. Block | /s/ Jonathan E. Rich<br>           Jonathan E. Rich |
| Attorneys for,<br>SPEEDTRACK, INC. | Attorneys for,<br>ENDECA TECHNOLOGIES, INC. |
| Dated: May 31, 2007 | Dated: May 31, 2007 |
| | ENDECA TECHNOLOGIES, INC.<br>JOHN KELLEHER |
| | /s/ John Kelleher [see attachment]<br>           John Kelleher |
| | In-house Counsel for,<br>ENDECA TECHNOLOGIES, INC. |
| | Dated: May 29, 2007 |

2

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL
OF APPEARANCE BY ATTORNEY RICHARD MYRUS
No. C06 7336 PJH

1
2        SO ORDERED by the Court this ___1st___ day of ___June___ 2007.
3
4                                    _____
5                                    Hon. Phyllis J. Hamilton
                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                        3
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

# DECLARATION PURSUANT TO GENERAL ORDER NO. 45, X(B) – ELECTRONIC CASE FILING

The undersigned hereby attests that he has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

Executed on May 31, 2007 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      /s/ Jonathan E. Rich

Jonathan E. Rich

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On May 31, 2007, I served the forgoing document, described as STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE BY ATTORNEY RICHARD MYRUS on the interested parties in this action by transmitting *via* United States District Court for the Southern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date, addressed as set for on the attached Service List.

The above-described document was also transmitted to the party below on May 31, 2007, by electronic transmission and first class mail:

> John Kelleher, General Counsel
> Endeca Technologies, Inc.
> 101 Main Street
> Cambridge, MA 02142
> jkelleher@endeca.com

Further, a Courtesy Copy of the above-described document was transmitted to the party below on May 31, 2007, for delivery intended on June 1, 2007, in accordance with Section VI(G) of General Order 45 of United States District Court for the Southern District of California and Standing Order of the Court (Hamilton, J.):

> Chambers of the Honorable Phyllis J. Hamilton
> c/o Clerk, USDC, San Francisco Division
> Attn: Regarding SpeedTrack Litigation (Case No. C06-7336)
> 450 Golden Gate Avenue
> San Francisco, CA 94102-3483

Executed on May 31, 2007 at Los Angeles, California.

                                            /s/ Jonathan E. Rich

**List**

| | |
|---|---|
| HENNIGAN, BENNETT & DORMAN LLP<br>RODERICK G. DORMAN<br>(dormanr@hbdlawyers.com)<br>ALAN P. BLOCK (blocka@hbdlawyers.com)<br>BLESS YOUNG (youngb@hbdlawyers.com)<br>KEVIN SHENKMAN (shenkmank@hbdlawyers.com)<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, CA 90017<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 | Attorneys for Plaintiff,<br>SPEEDTRACK, INC. |
| MORRISON & FOERSTER LLP<br>SHERMAN W. KAHN (skahn@mofo.com)<br>ANGELA T. RELLA (arella@mofo.com)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| MORRISON &FOERSTER LLP<br>KARL J. KRAMER (kkramer@mofo.com)<br>PAUL F. DOYLE (pdoyle@mofo.com)<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: (650) 813-5600<br>Facsimile: (650) 494-0792 | Attorneys for Defendant,<br>THE HERTZ CORPORATION |
| KIRKLAND & ELLIS LLP<br>EPHRAIM STARR (estarr@kirkland.com)<br>77 South Figueroa Street Suite 3400<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8468<br>Facsimile: (213) 680-8500 | Attorneys for Defendants,<br>TOYOTA MOTOR SALES,<br>U.S.A., INC. and MAGELLAN<br>NAVIGATION, INC. |
| KIRKLAND & ELLIS LLP<br>WILLIAM STREFF, JR. (wstreff@kirkland.com)<br>PAUL R. STEDMAN (pstedman@kirkland.com)<br>TOMOKO ITOGA (titoga@kirkland.com)<br>SHIRA J. KAPPLIN (skapplin@kirkland.com)<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200 | Attorneys for Defendants,<br>TOYOTA MOTOR SALES,<br>U.S.A., INC. and MAGELLAN<br>NAVIGATION, INC. |

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL
OF APPEARANCE BY ATTORNEY RICHARD MYRUS
No. C06 7336 PJH

| | |
|---|---|
| FARELLA BRAUN &MARTEL LLP<br>RODERICK M. THOMPSON (rthompson@fbm.com)<br>ANDREW LEIBNITZ (aleibnitz@fbm.com)<br>STEPHANIE P. SKAFF (sskaff@fbm.com)<br>CORY M. MASON (cmason@fbm.com)<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant,<br>WAL-MART STORES, INC. |

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL
OF APPEARANCE BY ATTORNEY RICHARD MYRUS
No. C06 7336 PJH