HENNIGAN, BENNETT & DORMAN LLP
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**ALAN P. BLOCK (SBN 143783)**
blocka@hbdlawyers.com
**BLESS YOUNG (SBN 112104)**
youngb@hbdlawyers.com
**KEVIN SHENKMAN (SBN 223315)**
shenkmank@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile:  (213) 694-1234**

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGES FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants. | Case No. 06-CV-07336-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER DISMISSING DEFENDANTS MAGELLAN NAVIGATION, INC. AND TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO FED.R.CIV.PRO., 41(a)(2)** |

KIRKLAND & ELLIS LLP
**EPHRAIM STARR (SBN 186409)**
estarr@kirkland.com
**777 S. Figueroa Street Suite 3400**
**Los Angeles, CA 90017**
**Telephone: (213) 680-8468**
**Facsimile:  (213) 680-8500**

KIRKLAND & ELLIS LLP
**WILLIAM A. STREFF, JR. (Ill. Bar No. 2753979)**
wstreff@kirkland.com
**PAUL R. STEADMAN (Pro Hac Vice)**
psteadman@kirkland.com
**TOMOKO ITOGA (SBN 207097)**
titoga@kirkland.com
**SHIRA J. KAPPLIN (Pro Hac Vice)**
skapplin@kirkland.com
**200 East Randolph Drive**
**Chicago, Illinois 60601**
**Telephone: (312) 861-2000**
**Facsimile:  (312) 861-2200**

Attorneys for Defendants,
TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC.

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff SpeedTrack, Inc.
2  ("SpeedTrack") and Defendants Magellan Navigation, Inc. ("Magellan") and Toyota Motor Sales,
3  U.S.A., Inc. ("Toyota"), through their respective counsel, hereby stipulate to the dismissal with
4  prejudice of all claims brought by Plaintiff SpeedTrack against Defendants Magellan and Toyota
5  and dismissal of all counterclaims brought by Counterplaintiffs Magellan and Toyota against
6  Counterdefendant SpeedTrack.

7  This dismissal shall be with prejudice with respect to all claims and counterclaims.  Each
8  party shall bear its own costs, expenses, and attorneys' fees.  This dismissal shall not affect any
9  other claims or counterclaims involving Plaintiff SpeedTrack and any other defendant in this action.

10  SO STIPULATED.

12  DATED: July 3, 2007        HENNIGAN BENNETT & DORMAN LLP
                                Roderick G. Dorman
                                Alan P. Block
                                Bless Young
                                Kevin Shenkman

                                By _____ */s/* Alan P. Block _____
                                            Alan P. Block

                                Attorneys for Plaintiff,
                                SPEEDTRACK, INC.

20  DATED: July 3, 2007        KIRKLAND & ELLIS LLP
                                Ephraim Starr
                                William A. Streff, Jr.
                                Paul R. Steadman
                                Tomoko Itoga
                                Shira J. Kapplin

                                By _____ */s/* Shira J. Kapplin _____
                                            Shira J. Kapplin

                                Attorneys for Defendants,
                                TOYOTA MOTOR SALES, U.S.A., INC. and
                                MAGELLAN NAVIGATION, INC.

-1-
**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS MAGELLAN NAVIGATION, INC. AND
TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

**ORDER**

1. PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that Plaintiff SpeedTrack's claims against Defendants Magellan and Toyota and Magellan's and Toyota's counterclaims against SpeedTrack are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

No other claims by SpeedTrack against any other defendant and no other counterclaim against SpeedTrack shall be affected by this Order.

Dated: 7/6/07



United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS MAGELLAN NAVIGATION, INC. AND TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO FED.R.CIV.PRO., 41(A)(2)**

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he/she has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2007 at Los Angeles, California.


                                /s/ Alan P. Block
                                     Alan P. Block

# PROOF OF SERVICE

STATE OF CALIFORNIA,        )
                            ) SS.
COUNTY OF LOS ANGELES       )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

     On July 3, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT MAGELLAN NAVIGATION, INC. AND TOYOTA MOTOR SALES, U.S.A., INC. PURSUANT TO FED.R.CIV.PRO., 41(a)(2)** on the interested parties in this action by placing the true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

### PLEASE SEE ATTACHED LIST

     I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

     Executed on July 3, 2007 at Los Angeles, California.

                                                        /s/ Carol S. Yuson
                                                           Carol S. Yuson

**LIST**

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>EPHRAIM STARR (estarr@kirkland.com)<br>777 S. Figueroa Street Suite 3400<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8468<br>Facsimile:  (213) 680-8500 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| KIRKLAND & ELLIS LLP<br>WILLIAM A. STREFF, JR., P.C. (wstreff@kirkland.com)<br>PAUL R. STEADMAN (psteadman@kirkland.com)<br>TOMOKO ITOGA (titoga@kirkland.com)<br>SHIRA J. KAPPLIN (skapplin@kirkland.com)<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile:  (312) 861-2200 | Attorneys for Defendants and Counterclaimants,<br>TOYOTA MOTOR SALES, U.S.A., INC. and MAGELLAN NAVIGATION, INC. |
| RODERICK M. THOMPSON (rthompson@fbm.com)<br>ANDREW LEIBNITZ (aleibnitz@fbm.com)<br>STEPHANIE P. SKAFF (sskaff@fbm.com)<br>CORY M. MASON (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA  02110<br>Telephone:  (617) 526-9700<br>Facsimile:   (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067-3206<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |