HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
KEVIN SHENKMAN (SBN 223315)
shenkmank@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>    Plaintiff,<br><br>      vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>    Defendants.<br><br>ENDECA TECHNOLOGIES, INC.<br><br>    Intervenor,<br><br>      vs.<br><br>SPEEDTRACK, INC.,<br><br>    Defendant in Intervention<br>    and Counterclaimant. | Case No. 06-CV-07336-PJH<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**

1  Steven M. Bauer (admitted *Pro Hac Vice*)
   Colin G. Cabral (admitted *Pro Hac Vice*)
2  Melissa A. Ganz (admitted *Pro Hac Vice*)
   **PROSKAUER ROSE LLP**
3  **One International Place**
   **Boston, MA  02110**
4  **Tel. (617) 526-9600**
5  sbauer@proskauer.com
   ccabral@proskauer.com
6  mganz@proskauer.com

7  Attorneys for Intervenor
   ENDECA TECHNOLOGIES, INC.
8

9  FARELLA BRAUN + MARTELL LLP
   **RODERICK M. THOMPSON (SBN 96192)**
10 rthompson@fbm.com
   **ANDREW LEIBNITZ (SBN 184723)**
11 aleibnitz@fbm.com
   **STEPHANIE P. SKAFF (SBN 183119)**
12 sskaff@fbm.com
   **235 Montgomery Street, 17th Floor**
13 **San Francisco, California 94104**
   **Telephone: (415) 954-4400**
14 **Facsimile:  (415) 954-4480**

15
   Attorney for Defendant,
16 WAL-MART STORES, INC.

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM
CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**

1    WHEREAS, the Joint Claim Construction and Prehearing Statement pursuant to Patent
2 Local Rule 4-3 is due to be filed on September 24, 2007;
3    WHEREAS, the parties have twice met and conferred for the purpose of finalizing the Joint
4 Claim Construction and Prehearing Statement, but have not yet finalized the Joint Claim
5 Construction and Prehearing Statement;
6    WHEREAS, the parties have agreed to meet and confer again on September 24, 2007 for the
7 purpose of finalizing the Joint Claim Construction and Prehearing Statement;
8    WHEREAS, the parties agree that an extension of one week to October 1, 2007 is necessary
9 to finalize the Joint Claim Construction and Prehearing Statement; and
10    WHEREAS, the parties' request for an extension is not made for the purpose of delay;
11    IT IS HEREBY STIPULATED by and between the parties through their undersigned
12 attorneys of record that:
13    The date for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent
14 Local Rule 4-3 shall be extended from September 24, 2007 to October 1, 2007.  If the parties are
15 able to finalize the Joint Claim Construction and Prehearing Statement sooner than October 1, 2007,
16 then the Joint Claim Construction and Prehearing Statement shall be filed as soon as it is completed.
17    This stipulation shall not affect any other date set by this Court in its Case Management
18 Order as set forth in the Joint Case Management Conference Statement.
19    SO STIPULATED.

20 DATED: September 24, 2007          HENNIGAN BENNETT & DORMAN LLP

22                                    By _____/s/ Alan P. Block_____
                                            Alan P. Block
23                                    Attorneys for Plaintiff, SPEEDTRACK, INC.

24 DATED: September 24, 2007          PROSKAUER ROSE LLP

26                                    By _____/s/ Colin Cabral_____
                                            Colin Cabral
27                                    Attorneys for Intervenor,
                                      ENDECA TECHNOLOGIES, INC.
28

-3-
**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM
CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**

DATED:  September 24, 2007     FARELLA BRAUN + MARTEL LLP
Roderick M. Thompson
Andrew Leibnitz
Stephanie P. Skaff


By    */s/ Andrew Leibnitz*
         Andrew Leibnitz

Attorneys for Defendant,
WAL-MART STORES, INC.


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/28/07

_____
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Alan P. Block*
Alan P. Block

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45(VI)(E) – ELECTRONIC CASE FILING**

The undersigned hereby attests that attempts were made to electronically file the attached document on September 24, 2007 at 2:00 pm and 4:00 pm, however, due to technical failures, the document could not be electronically-filed at either time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Alan P. Block*
Alan P. Block

# PROOF OF SERVICE

STATE OF CALIFORNIA,        )
                            )  SS.
COUNTY OF LOS ANGELES       )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On September 25, 2007, I served a copy of the within document described as follows: **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483
*3 copies*

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on September 25, 2007, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                              /s/ *Carol Yuson*
                                                  Carol Yuson

**SERVICE LIST**

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>Stephanie P. Skaff (sskaff@fbm.com)<br>Cory M. Mason (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110<br>Telephone: (617) 526-9700<br>Facsimile: (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |