HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
KEVIN SHENKMAN (SBN 223315)
shenkmank@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. <br><br> Defendants. <br><br> ENDECA TECHNOLOGIES, INC. <br><br> Intervenor, <br><br> vs. <br><br> SPEEDTRACK, INC., <br><br> Defendant in Intervention and Counterclaimant. | Case No. 06-CV-07336-PJH <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING THE DATE FOR ONE DAY FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**

-2-

Steven M. Bauer (admitted *Pro Hac Vice*)
Colin G. Cabral (admitted *Pro Hac Vice*)
Melissa A. Ganz (admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
**One International Place**
**Boston, MA  02110**
**Tel. (617) 526-9600**
sbauer@proskauer.com
ccabral@proskauer.com
mganz@proskauer.com

Attorneys for Intervenor
ENDECA TECHNOLOGIES, INC.

FARELLA BRAUN + MARTELL LLP
**RODERICK M. THOMPSON (SBN 96192)**
rthompson@fbm.com
**ANDREW LEIBNITZ (SBN 184723)**
aleibnitz@fbm.com
**STEPHANIE P. SKAFF (SBN 183119)**
sskaff@fbm.com
**235 Montgomery Street, 17th Floor**
**San Francisco, California 94104**
**Telephone: (415) 954-4400**
**Facsimile:  (415) 954-4480**

Attorney for Defendant,
WAL-MART STORES, INC.

1   WHEREAS, by stipulation entered by the Court on September 28, 2007, the Joint Claim

2   Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 is due to be filed on

3   October 1, 2007;

4   WHEREAS, the parties had nearly completed the Joint Claim Construction Statement on

5   October 1, 2007, but required one additional day to finalize the Statement;

6   WHEREAS, the parties agree that an extension of one day to October 2, 2007 is necessary to

7   finalize and file the Joint Claim Construction and Prehearing Statement; and

8   WHEREAS, the parties' request for an extension is not made for the purpose of delay;

9   IT IS HEREBY STIPULATED by and between the parties through their undersigned

10  attorneys of record that:

11  The date for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent

12  Local Rule 4-3 shall be extended from October 1, 2007 to October 2, 2007.

13  This stipulation shall not affect any other date set by this Court in its Case Management

14  Order as set forth in the Joint Case Management Conference Statement.

15  SO STIPULATED.

16

17  DATED:  October 2, 2007                  HENNIGAN BENNETT & DORMAN LLP

18

19                                          By _____*/s/ Alan P. Block*_____
                                                      Alan P. Block
20
                                            Attorneys for Plaintiff, SPEEDTRACK, INC.
21
22  DATED:  October 2, 2007                  PROSKAUER ROSE LLP

23
                                            By _____*/s/ Steven M. Bauer*_____
24                                                    Steven M. Bauer

25                                          Attorneys for Intervenor,
                                            ENDECA TECHNOLOGIES, INC.
26

27

28

1  DATED: October 2, 2007                FARELLA BRAUN + MARTEL LLP
                                          Roderick M. Thompson
2                                         Andrew Leibnitz
                                          Stephanie P. Skaff
3

4
                                          By   */s/ Andrew Leibnitz*
5                                                    Andrew Leibnitz

6                                         Attorneys for Defendant,
                                          WAL-MART STORES, INC.
7

8
                              **ORDER**
9
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
10

11
    Dated: 10/3/07
12
                                          _____
13                                        United States District Judge
                                          Judge Phyllis J. Hamilton

(IT IS SO ORDERED — signed — Judge Phyllis J. Hamilton)

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                              /s/ *Alan P. Block*
                                                            Alan P. Block

# PROOF OF SERVICE

STATE OF CALIFORNIA,        )
                            )  SS.
COUNTY OF LOS ANGELES       )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

    On October 2, 2007, I served a copy of the within document described as follows: **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR ONE DAY FOR FILING THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn: Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA 94102-3483
*3 copies*

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on October 2, 2007, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                         /s/ *Carol Yuson*
                                                Carol Yuson

# SERVICE LIST

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>Stephanie P. Skaff (sskaff@fbm.com)<br>Cory M. Mason (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110<br>Telephone: (617) 526-9700<br>Facsimile: (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |