UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

        Plaintiff,

        v.

WAL-MART STORES, INC.,

        Defendant.
_____/

No. C 06-7336 PJH

**NOTICE**

        Before the court is the parties' amended and restated stipulated protective order, filed November 1, 2007. The amended and restated protective order seeks to modify the stipulated protective order entered September 24, 2007.

        In reviewing the parties' proposed protective order in conjunction with the protective order entered September 24, the court has identified paragraphs 12 and 24 to the amended protective order as problematic. Paragraph 12 allows the parties to seek leave of court to exclude witnesses or persons not covered by the protective order at any time during hearings or "other proceedings" before the court. Paragraph 24 provides that the terms of the protective order shall trump any federal procedural rule or local rule, in the event of any conflict between the order and such rules.

        The court declines to approve these provisions of the protective order. Furthermore, to the extent these provisions were included in the September 24 protective order currently in effect, they are declared void. The parties are hereby instructed to submit a revised amended and restated stipulated protective order, excluding these provisions. In the alternative, the partes may file a written request for a case management conference, in order to discuss their purported need for the inclusion of the above provisions in any

protective order.

**IT IS SO ORDERED.**

Dated: November 5, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge