UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

_____/

No. C 06-7336 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to other demands of the court's law and motion calendar, the claim construction hearing currently noticed for February 6, 2008, has been CONTINUED to March 19, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: January 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge