1  HENNIGAN, BENNETT & DORMAN LLP
   Roderick G. Dorman (SBN 96908)
2  dormanr@hbdlawyers.com
   Alan P. Block (SBN 143783)
3  blocka@hbdlawyers.com
   Marc Morris (SBN 183728)
4  morrism@hbdlawyers.com
   Kevin Shenkman (SBN 223315)
5  shenkmank@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
6  Los Angeles, California 90017
   Telephone: (213) 694-1200
7  Fax: (213) 694-1234

8  Attorneys for Plaintiff,
   SPEEDTRACK, INC.

9  [SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>   *Plaintiff*,<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>   *Defendant*. | Case Nos. C 06-7336 PJH<br><br>**[~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**<br><br>Before: Hon. Phyllis J. Hamilton<br>    March 19<br>DATE: ~~February 6~~, 2008<br>TIME: 9:00 a.m.<br>ACTION FILED: November 29, 2006 |
| ENDECA TECHNOLOGIES, INC.<br><br>   *Intervenor*,<br><br>v.<br><br>SPEEDTRACK, INC.<br><br>   *Defendant in Intervention*. | |

PROSKAUER ROSE LLP
Steven M. Bauer (admitted *Pro Hac Vice*)
sbauer@proskauer.com
Colin G. Cabral (admitted *Pro Hac Vice*)
ccabral@proskauer.com
One International Place
Boston, MA 02110
Tel. (617) 526-9600

Attorneys for Intervenor,
ENDECA TECHNOLOGIES, INC.


FARELLA BRAUN + MARTELL LLP
Roderick M. Thompson (SBN 96192)
rthompson@fbm.com
Andrew Leibnitz (SBN 184723)
aleibnitz@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant,
WAL-MART STORES, INC.

1 | During the claim construction hearing scheduled for Wednesday, ~~February 6~~ March 19, 2008,

2 | Plaintiff SpeedTrack, Inc. ("SpeedTrack"), and Defendants Wal-Mart Stores, Inc. ("Wal-Mart")

3 | and Endeca Technologies, Inc. ("Endeca"), intend to utilize certain audiovisual equipment to

4 | present visual aids to the Court.

5 | Accordingly, IT IS HEREBY ORDERED that:

6 | 1. The parties may bring the following equipment and other items into the courtroom:

7 | (a) LCD Projector and Screen;

8 | (b) Elmo projector;

9 | (c) control and power devices relating to the above equipment;

10 | (d) miscellaneous cables, power cords, and peripheral equipment; and

11 | (e) laptops and/or desktop computers with monitors.

12 | 2. On the morning of ~~February 6~~ March 19, 2008, the parties may have access to the courtroom

13 | to set up the above equipment so that the parties will be prepared to proceed with the claim

14 | construction hearing at 9:00 a.m.

DATED: January 25, 2008         HENNIGAN BENNETT & DORMAN LLP

By _____ */s/ Alan P. Block* _____
         Alan P. Block

Attorneys for Plaintiff,
SPEEDTRACK, INC.

DATED: January 25, 2008         PROSKAUER ROSE LLP

By _____ */s/ Steven M. Bauer* _____
         Steven M. Bauer

Attorneys for Defendants,
WAL-MART STORES, INC. and
ENDECA TECHNOLOGIES, INC.

3

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
Case No. C 06-7336

**ORDER**

IT IS SO ORDERED.

Dated: 1/29/08



4

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM
Case No. C 06-7336

**PROOF OF SERVICE**

STATE OF MASSACHUSETTS, COUNTY OF SUFFOLK

I declare that: I am employed in the county of Suffolk, Massachusetts. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, One International Place, Boston, MA 02110.

On January 25, 2007, I served the foregoing document, described as **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above-listed documents on this date.

/s/ Colin Cabral