UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., | No. C-06-07336 PJH (JCS) |
|     Plaintiff, | |
|     v. | **ORDER CONTINUING SETTLEMENT CONFERENCE** |
| WAL-MART STORES, INC. ET AL., | |
|     Defendants. | |
| SPEEDTRACK, INC. | No. C-07-03602 PJH (JCS) |
|     Plaintiff, | |
|     v. | |
| OFFICE DEPOT, INC. ET AL., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of the parties, the Settlement Conference previously scheduled for March 10, 2008, at 11:00 a.m. has been continued until **May 28, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco.

Lead trial counsel shall appear at the Settlement Conference with the parties who have **unlimited** authority to negotiate a settlement.

Settlement Conference Statements, including any *updated* statements, shall be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than May 14, 2008**. The statements need not be served on opposing counsel; the parties are encouraged, however, to

exchange Settlement Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's previous Settlement Conference Orders remain in effect.

IT IS SO ORDERED.

Dated: February 26, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2