| | |
|---|---|
| HENNIGAN, BENNETT & DORMAN LLP<br>Roderick G. Dorman (SBN 96908)<br>dormanr@hbdlawyers.com<br>Alan P. Block (SBN 143783)<br>blocka@hbdlawyers.com<br>Marc Morris (SBN 183728)<br>morrism@hbdlawyers.com<br>Kevin Shenkman (SBN 223315)<br>shenkmank@hbdlawyers.com<br>865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>Telephone: (213) 694-1200<br>Fax: (213) 694-1234<br><br>Attorneys for Plaintiff,<br>SPEEDTRACK, INC., | FARELLA BRAUN + MARTELL LLP<br>Roderick M. Thompson (SBN 96192)<br>rthompson@fbm.com<br>Andrew Leibnitz (SBN 184723)<br>aleibnitz@fbm.com<br>235 Montgomery Street, 17th Floor<br>San Francisco, California 94104<br>Telephone: (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Defendant,<br>WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC. and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>       Defendants. | Case No.06-CV-07336-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SUBSTITUTE WAL-MART.COM USA, LLC FOR DEFENDANT WAL-MART STORES, INC.**<br><br>DATE:   n/a<br>TIME:   n/a<br>CTRM:  Hon. Phyllis J. Hamilton |

     WHEREAS Plaintiff SpeedTrack, Inc. ("SpeedTrack") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart Stores") now desire to substitute Wal-Mart.com USA, LLC ("Walmart.com") for Wal-Mart Stores as defendant in the above-referenced case;

     The parties, through their respective attorneys, stipulate as follows:

     1.    Walmart.com shall be substituted for Wal-Mart Stores as a defendant in the above referenced case.  Wal-Mart Stores shall be dismissed without prejudice, subject to and without prejudice to any motion by either side to seek recovery of attorneys' fees and costs at the resolution

1  of this case.

2      2.    All allegations made by SpeedTrack as to Wal-Mart Stores shall be regarded as being
3  made as to Walmart.com.

4      3.    All defenses, counterclaims, disclosures, discovery responses, and document
5  productions made by Wal-Mart Stores shall be deemed to have been by Walmart.com.

6      4.    All defenses, disclosures, discovery responses, and document productions made by
7  SpeedTrack to Wal-Mart Stores shall be deemed to have been made to Walmart.com.

8      5.    All discovery, including depositions, taken by Wal-Mart Stores shall be deemed to
9  have been taken by Walmart.com.

10     6.    SpeedTrack's motion to amend the complaint of March 14, 2008 is withdrawn.

11 **IT IS SO STIPULATED.**

12 DATED:  March 27, 2008        HENNIGAN BENNETT & DORMAN LLP

14 By     */s/*
15     Kevin I. Shenkman

16 Attorneys for Plaintiff,
SPEEDTRACK, INC.

17 DATED:  March 26, 2008        FARELLA BRAUN & MARTEL, LLP

19 By     */s/*
20     Andrew Leibnitz

21 Attorneys for Defendant
WAL-MART STORES, INC.

23 **SO ORDERED.**

24 Dated: 4/1/08

25 _____
26 Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

Case No. 06-CV-07336-PJH        STIPULATION AND [PROPOSED] ORDER RE WALMART.COM USA

**PROOF OF SERVICE**

STATE OF CALIFORNIA,        )
                            )  SS.
COUNTY OF LOS ANGELES       )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On **March 27, 2008,** I served a copy of the within document(s) described as follows: **[STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE WAL-MART.COM USA, LLC FOR DEFENDANT WAL-MART STORES, INC.** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483
*3 copies*

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on **March 27, 2008**, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                                /s/ Miyuki Smith-Richardson
                                                   Miyuki Smith-Richardson

Case No. 06-CV-07336-PJH            STIPULATION AND [PROPOSED]
                                                  ORDER RE WALMART.COM USA

# SERVICE LIST

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>Stephanie P. Skaff (sskaff@fbm.com)<br>Cory M. Mason (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110<br>Telephone: (617) 526-9700<br>Facsimile: (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |

HBDDOCS\669101.01

Case No. 06-CV-07336-PJH                                   STIPULATION AND [PROPOSED]
                                                           ORDER RE WALMART.COM USA