**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., | No. C-06-07336 PJH (JCS) |
|     Plaintiff, | |
|     v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| WAL-MART STORES, INC., ET AL., | |
|     Defendants. | |
| _____/ | |
| SPEEDTRACK, INC., | No. C-07-03602 PJH (JCS) |
|     Plaintiff, | |
|     v. | |
| OFFICE DEPOT, INC., ET AL., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **November 18, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco.

Lead trial counsel shall appear at the Settlement Conference with the parties who have **unlimited** authority to negotiate a settlement.

Updated Settlement Conference Statements shall be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than November 11, 2008**. The statements need not be served on opposing counsel; the parties are encouraged, however, to exchange Settlement

1  Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit
2  an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents
3  of this confidential settlement letter will not be disclosed to the other parties.
4      The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to
5  the date set for Settlement Conference.  All other provisions of this Court's previous Settlement
6  Conference Orders remain in effect.
7      IT IS SO ORDERED.

Dated: July 24, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge