HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. <br><br> Defendants. <br><br> ENDECA TECHNOLOGIES, INC. <br><br> Intervenor, <br><br> vs. <br><br> SPEEDTRACK, INC., <br><br> Defendant in Intervention and Counterclaimant. | Case No. 06-CV-07336-PJH <br><br> MODIFIED **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING REVISED CASE SCHEDULE** |

1  Steven M. Bauer (admitted *Pro Hac Vice*)
   Colin G. Cabral (admitted *Pro Hac Vice*)
2  **PROSKAUER ROSE LLP**
   **One International Place**
3  **Boston, MA  02110**
   **Tel. (617) 526-9600**
4  sbauer@proskauer.com
5  ccabral@proskauer.com

6  Attorneys for Intervenor
   ENDECA TECHNOLOGIES, INC.
7
   FARELLA BRAUN + MARTELL LLP
8  **RODERICK M. THOMPSON (SBN 96192)**
   rthompson@fbm.com
9  **ANDREW LEIBNITZ (SBN 184723)**
10 aleibnitz@fbm.com
   **235 Montgomery Street, 17th Floor**
11 **San Francisco, California 94104**
   **Telephone: (415) 954-4400**
12 **Facsimile:  (415) 954-4480**

13 Attorney for Defendant,
   WAL-MART.COM USA, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   WHEREAS the Court's Case Management and Pretrial Order in this action, dated
2  March 19, 2007 ("Case Management Order"), sets a trial date for Monday, January 12, 2009;
3   WHEREAS the Case Management Order sets the deadline for filing dispositive
4  motions on the liability issues on September 17, 2008 – *i.e.*, 90 days after the Court issued its
5  Claim Construction Order on June 19, 2008;
6   WHEREAS the Case Management Order predates the Court's October 10, 2007
7  Order bifurcating discovery and dispositive motions on liability and damages issues in this
8  action;
9   WHEREAS damages discovery will not commence until dispositive motions on
10 liability issues are resolved;
11  WHEREAS the parties agree that, under the current schedule, both liability and
12 damages dispositive motions cannot be resolved before the current trial date of January 12,
13 2009;
14  IT IS HEREBY STIPULATED by and between the parties through their respective
15 counsel of record THAT:
16  Subject to the Court's approval, the January 12, 2009 trial date in this action is
17 vacated, as such date is not possible given the current discovery and dispositive motion
18 schedule in this action following the Court's October 10, 2007 Order bifurcating discovery
19 and dispositive motions on liability and damages issues in this action;
20  Subject to the Court's approval, the following dates shall apply to the discovery and
21 dispositive motions on the damages phase and to the trial of this action:

| Event | Jointly Proposed Date |
|---|---|
| Opening of Damages Discovery Phase | Fourteen (14) days after the Court's ruling on dispositive motions addressing liability issues. |
| Close of Damages Discovery | 90 days after the opening of the damages discovery phase |

| Event | Jointly Proposed Date |
|---|---|
| Opening Expert Reports on Damages Issues | 35 days after the close of damages discovery |
| Rebuttal Expert Reports on Damages Issues | 21 days after the exchange of initial expert reports on damages issues |
| Close of Expert Discovery on Damages Issues | 21 days after the exchange of rebuttal reports on damages issues |
| Deadline for Dispositive Motions on Damages Issues | 40 days after the close of damages discovery |
| Deadline for Hearing on Dispositive Motions on Damages Issues | 35 days after the deadline for filing dispositive motions on damages issues |
| Pre-Trial Conference | 90 days after the ~~deadline for hearing~~ court's ruling on dispositive motions on damages issues or at the Court's convenience |
| Trial Date | At the Court's convenience, but at least 120 days after the ~~deadline for hearing~~ court's ruling on dispositive motions on damages issues |

SO STIPULATED.

DATED:  August 12, 2008                    HENNIGAN BENNETT & DORMAN LLP


                                           By             */s/ Alan P. Block*
                                                          Alan P. Block
                                           Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED:  August 12, 2008                    PROSKAUER ROSE LLP


                                           By           */s/ Steven M. Bauer*
                                                          Steven M. Bauer
                                           Attorneys for Intervenor,
                                           ENDECA TECHNOLOGIES, INC.

DATED:  August 12, 2008                    FARELLA BRAUN + MARTEL LLP


By  ___/s/ Andrew Leibnitz_____
                   Andrew Leibnitz

Attorneys for Defendant,
WAL-MART STORES, INC.

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS

The January 12, 2009 trial date in this action is vacated, as such date is not possible given the current discovery and dispositive motion schedule in this action following the Court's October 10, 2007 Order bifurcating the discovery and dispositive motions on the liability and damages issues in this action;

The following dates shall apply to the discovery and dispositive motions on the damages phase and to the trial of this action:

| Event | Date |
| --- | --- |
| Opening of Damages Discovery Phase | Fourteen (14) days after the Court's ruling on dispositive motions addressing liability issues. |
| Close of Damages Discovery | 90 days after the opening of the damages discovery phase |
| Opening Expert Reports on Damages Issues | 35 days after the close of damages discovery |
| Rebuttal Expert Reports on Damages Issues | 21 days after the exchange of initial expert reports on damages issues |
| Close of Expert Discovery on Damages Issues | 21 days after the exchange of rebuttal reports on damages issues |
| Deadline for Dispositive Motions on Damages Issues | 40 days after the close of damages discovery |
| Deadline for Hearing on Dispositive Motions on Damages Issues | 35 days after the deadline for filing dispositive motions on damages issues |

Case 4:06-cv-07336-PJH   Document 136   Filed 08/14/08   Page 6 of 9

| Event | Date |
|---|---|
| Pre-Trial Conference | 90 days after the ~~deadline for hearing~~ court's ruling on dispositive motions on damages issues or at the Court's convenience |
| Trial Date | At the Court's convenience, but at least 120 days after the ~~deadline for hearing~~ court's ruling on dispositive motions on damages issues |

DATED: 8/14/08            _____
                          The Honorable Phyllis J. Hamilton
                          United States District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATION REGARDING REVISED CASE SCHEDULE**

**DECLARATION PURSUANT TO**

**GENERAL ORDER NO. 45, XB – ELECTRONIC CASE FILING**

The undersigned hereby attests that he has obtained the concurrence in the filing of this document from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Alan P. Block

# PROOF OF SERVICE

STATE OF CALIFORNIA,        )
                            )  SS.
COUNTY OF LOS ANGELES       )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On **August 12, 2008,** I served a copy of the within document described as follows: **STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE SCHEDULE** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

## PLEASE SEE ATTACHED LIST

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483
*3 copies*

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on **August 12, 2008**, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                          /s/ Carol Yuson
                                                Carol Yuson

**SERVICE LIST**

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110<br>Telephone: (617) 526-9700<br>Facsimile: (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |