UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK INC.,            )
                           )
            Plaintiff(s),  )       No. C 06-7336 PJH (BZ)
                           )
       v.                  )
                           )       **INITIAL DISCOVERY ORDER**
WAL-MART STORES INC., et   )
al.,                       )
                           )
            Defendant(s).  )
_____)
ENDECA TECHNOLOGIES INC.,  )
                           )
            Intervenor,    )
                           )
       v.                  )
                           )
SPEEDTRACK INC., et al.    )
                           )
            Defendant in   )
            Intervention.  )
_____)

    All discovery in this matter has been referred to United

States Magistrate Judge Bernard Zimmerman.

    In the event a discovery dispute arises, the parties

shall meet in person or, if counsel are outside the Bay Area,

by telephone and make a good faith effort to resolve their

dispute.  Exchanging letters or telephone messages about the

1

1    dispute is insufficient.  The Court will not read subsequent

2    positioning letters; parties shall instead make a

3    contemporaneous record of their meeting using a tape recorder

4    or a court reporter.

5        In the event they cannot resolve their dispute, the

6    parties must participate in a telephone conference with the

7    Court **before** filing any discovery motions or other papers.

8    The party seeking discovery shall request a conference in a

9    letter **filed electronically** not exceeding two pages (with no

10   attachments) which briefly explains the nature of the action

11   and the issues in dispute.  Other parties shall reply in

12   similar fashion within two days of receiving the letter

13   requesting the conference.  The Court will contact the parties

14   to schedule the conference.

15       After the conference with the Court, if filing papers is

16   deemed necessary, they should be filed **electronically** with the

17   Clerk's Office, with **one hard copy delivered directly to**

18   **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**

19   Dated: August 19, 2008

20                                    _____
                                         Bernard Zimmerman
21                                   United States Magistrate Judge

22   G:\BZALL\-REFS\SPEEDTRACK V. WAL-MART\INITIAL DISCOVERY ORDER.wpd

23

24

25

26

27

28