UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SPEEDTRACK INC., | ) | |
| Plaintiff(s), | ) | No. C 06-7336 PJH (BZ) |
| v. | ) | |
| | ) | **ORDER SCHEDULING** |
| WAL-MART.COM USA LLC, et al., | ) | **TELEPHONIC CONFERENCE** |
| Defendant(s). | ) | |
| ENDECA TECHNOLOGIES INC., | ) | |
| Intervenor, | ) | |
| v. | ) | |
| SPEEDTRACK INC., et al. | ) | |
| Defendant in Intervention. | ) | |

    Judge Hamilton having referred to me plaintiff's motion to compel a 30(b)(6) deposition of defendant Wal-Mart.com USA, LLC, and Endeca's motion to compel interrogatory responses, **IT IS HEREBY ORDERED** as follows:

    1. By **5:00 p.m., Thursday, August 21, 2008**, Wal-Mart shall file a two page letter explaining its position on the

1

30(b)(6) deposition and plaintiff shall file a **two page** letter explaining it position on the interrogatory responses.

    2.  A telephone conference to discuss the pending discovery disputes is scheduled for **August 25, 2008 at 1:30 p.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SPEEDTRACK V. WAL-MART\TELCONF.ORD1.wpd