UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SPEEDTRACK INC.,**

        Plaintiff(s),    No. C06-7336 PJH (BZ)

    v.

**BRIEFING ORDER**

**WAL-MART.COM USA LLC, Et Al.,**

        Defendant(s).

    Following a telephone conference at which the parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.   The parties shall attempt to resolve their disputes in accordance with the views expressed by the court.

    2.   In the event the parties are unable to resolve their disputes, the parties shall file any opposition to pending discovery motions by **Wednesday, September 10, 2008.**

    3.   Any replies shall be filed by **Wednesday, September 17, 2008**.

    4.   A hearing is scheduled for **Wednesday, October 8, 2008** at **10:00 a.m.** in Courtroom G, 15th Floor, Federal

1

1 | Building, 450 Golden Gate Avenue, San Francisco, California
2 | 94102.
3 | Dated:   August 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SPEEDTRACK V. WAL-MART\BRIEFING ORDER.wpd