Andrew Leibnitz (State Bar No. 184723)
aleibnitz@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
WAL-MART.COM USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART.COM USA, LLC, et al.,<br><br>　　　　Defendants. | Case No. C06 7336 PJH (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING HEARING BY ONE WEEK**<br><br>Date:　　October 8, 2008<br>Time:　　10:00 a.m.<br>Dept:　　Courtroom G, 15th Floor<br>Judge:　　Hon. Bernard Zimmerman |

　　　　WHEREAS, in a Briefing Order dated August 26, 2008, the Court scheduled a hearing on Wednesday, October 8, 2008 for Plaintiff SpeedTrack's Motion To Compel 30(b)(6) Deposition Of Wal-Mart.com USA, LLC and for Defendant Endeca's Motion To Compel Responses To Interrogatories 2-5;

　　　　WHEREAS counsel for Walmart.com will be out of state and unavailable during the week of October 8, 2008;

　　　　IT IS HEREBY STIPULATED THAT the hearing on these motions should be postponed by one week and reset for Wednesday, ~~October 15, 2008 at 10:00 a.m.~~ October 22, 2008 at 10:00 a.m. (or the next date and time

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO POSTPONE HEARING
Case No. C06 7336 PJH

- 1 -

21792\1710954.1

convenient for the Court). The parties agree that no other dates set by the Court's Briefing Order should change.

DATED: September 5, 2008                    FARELLA BRAUN & MARTEL LLP

                                            By: ___/s/ Andrew Leibnitz___
                                                    Andrew Leibnitz

                                            Attorneys for Defendant
                                            WAL-MART.COM USA, LLC

DATED: September ___, 2008                  HENNIGAN BENNETT & DORMAN LLP


                                            By:_____
                                                    Omer Salik

                                            Attorneys for Plaintiff
                                            SPEEDTRACK, INC.


DATED: September ___, 2008                  HENNIGAN BENNETT & DORMAN LLP


                                            By:_____
                                                    Colin Cabral

                                            Attorneys for Defendant
                                            ENDECA TECHNOLOGIES, INC.


### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __September 5__, 2008

                                            ___/s/ Bernard Zimmerman___
                                            Hon. Bernard Zimmerman
                                            United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO POSTPONE HEARING
Case No. C06 7336 PJH                       - 2 -                       21792\1710954.1

convenient for the Court). The parties agree that no other dates set by the Court's Briefing Order should change.

DATED: September ___, 2008        FARELLA BRAUN & MARTEL LLP


By:_____
    Andrew Leibnitz

Attorneys for Defendant
WAL-MART.COM USA, LLC

DATED: September 5, 2008          HENNIGAN BENNETT & DORMAN LLP


By:_____
    Omer Salik

Attorneys for Plaintiff
SPEEDTRACK, INC.


DATED: September ___, 2008        HENNIGAN BENNETT & DORMAN LLP


By:_____
    Colin Cabral

Attorneys for Defendant
ENDECA TECHNOLOGIES, INC.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008


_____
Hon. Bernard Zimmerman
United States Magistrate Judge

Farella Braun & Martel LLP
15 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO POSTPONE HEARING
Case No. C06 7336 PJH

- 2 -

21792\1710954.1

convenient for the Court).  The parties agree that no other dates set by the Court's Briefing Order should change.

DATED: September ___, 2008                     FARELLA BRAUN & MARTEL LLP


By:_____
    Andrew Leibnitz

Attorneys for Defendant
WAL-MART.COM USA, LLC

DATED: September ___, 2008                     HENNIGAN BENNETT & DORMAN LLP


By:_____
    Omer Salik

Attorneys for Plaintiff
SPEEDTRACK, INC.


DATED: September 4, 2008                       HENNIGAN BENNETT & DORMAN LLP


By:_____
    Colin Cabral

Attorneys for Defendant
ENDECA TECHNOLOGIES, INC.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008


_____
Hon. Bernard Zimmerman
United States Magistrate Judge

Farella Braun & Martel LLP
35 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO POSTPONE HEARING
Case No. C06 7336 PJH

- 2 -

21792\1710954.1