UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

    v.

WAL-MART STORES, INC.,

    Defendant.
_____/

No. C 06-7336 PJH

**ORDER CONTINUING HEARING DATE**

The court is in receipt of the parties' stipulated request to extend the deadline for hearing dispositive motions until October 22, 2008. However, in view of the court's prior order vacating the trial date in the present action and the press of other business during the next few months, and the court's unavailability on October 22, 2008, the court hereby denies the parties' request for an October 22, 2008 hearing date and instead CONTINUES the hearing date for the parties' dispositive motions until **January 28, 2009**.

The briefing schedule with respect to the motions is also continued. The parties are free to agree upon whatever briefing schedule they desire, provided they mutually agree upon the schedule, and so long as the schedule provides that the motions be fully briefed no later than December 24, 2008.

The parties shall submit a stipulated proposed order to the court in accordance with the above no later than September 26, 2008.

**IT IS SO ORDERED.**

Dated: September 12, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge