UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK INC.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WAL-MART.COM USA,LLC, et al.,<br><br>    Defendant(s).<br>_____<br>ENDECA TECHNOLOGIES INC.,<br><br>    Intervenor,<br><br>  v.<br><br>SPEEDTRACK INC., et al.<br><br>    Defendant in<br>    Intervention. | No. C 06-7336 PJH (BZ)<br><br>**ORDER DENYING PLAINTIFF SPEEDTRACK'S & DEFENDANT WAL-MART.COM'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |

    **IT IS HEREBY ORDERED** that plaintiff Speedtrack's Motion for Administrative Relief To File Documents Under Seal is **DENIED**. Plaintiff moved to seal documents and deposition transcripts designated confidential by Wal-Mart.com and Endeca. Neither Wal-Mart.com nor Endeca filed a declaration establishing that the designated information is sealable, as

1

required by Local Rule 79-5(d).

**IT IS FURTHER ORDERED** that defendant Wal-Mart.com's Motion for Administrative Relief To File Documents Under Seal is **DENIED**. Wal-Mart.com failed to identify which party designated the documents as confidential pursuant to the Protective Order; therefore, the Court is unable to determine whether Wal-Mart.com failed to comply with Local Rule 79-5(c), or whether Speedtrack or Endeca failed to comply with 79-5(d). The parties are admonished to adhere to the requirements set forth in Local Rule 79-5 or risk the imposition of sanctions.

**IT IS FURTHER ORDERED** that Speedtrack and Wal-Mart.com comply with 79-5(e).

The parties are admonished to carefully comply with Local Rule 79-5 henceforth. Careless applications which waste the court's time in reviewing meritless applications will be sanctioned.

Dated: September 24, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SPEEDTRACK V. WAL-MART\ORDER DENYING MOTIONS TO SEAL.wpd