1 | HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
2 | dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
3 | blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
4 | morrism@hbdlawyers.com
5 | 865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
6 | Telephone: (213) 694-1200
Facsimile:  (213) 694-1234
7
8 | Attorneys for Plaintiff,
SPEEDTRACK, INC.
9
**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants.<br><br>ENDECA TECHNOLOGIES, INC.<br><br>Intervenor,<br><br>vs.<br><br>SPEEDTRACK, INC.,<br><br>Defendant in Intervention and Counterclaimant. | Case No. 06-CV-07336-PJH<br><br>**STIPULATED [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS PURSUANT TO COURT'S SEPTEMBER 12, 2008 ORDER** |

-1-
**STIPULATED [PROPOSED] ORDER RE BRIEFING SCHEDULE**

1 | Steven M. Bauer (admitted *Pro Hac Vice*)
  | Colin G. Cabral (admitted *Pro Hac Vice*)
2 | **PROSKAUER ROSE LLP**
  | **One International Place**
3 | **Boston, MA  02110**
4 | **Tel. (617) 526-9600**
  | sbauer@proskauer.com
5 | ccabral@proskauer.com

6 | Attorneys for Intervenor
  | ENDECA TECHNOLOGIES, INC.
7 |

8 | FARELLA BRAUN + MARTELL LLP
  | **RODERICK M. THOMPSON (SBN 96192)**
  | rthompson@fbm.com
9 | **ANDREW LEIBNITZ (SBN 184723)**
10| aleibnitz@fbm.com
  | **235 Montgomery Street, 17th Floor**
11| **San Francisco, California 94104**
  | **Telephone: (415) 954-4400**
12| **Facsimile:  (415) 954-4480**

13| Attorney for Defendant,
14| WAL-MART STORES, INC.

1   Pursuant to the Court's Order Continuing Hearing Date dated September 12, 2008,
2   the parties hereby agree to the following schedule for the filing of dispositive motions:
3   Opening Briefs – to be filed by November 12, 2008;
4   Opposition Briefs – to be filed by December 3, 2008; and
5   Reply Briefs – to be filed by December 17, 2008.
6   SO STIPULATED.

8   DATED:  September 26, 2008                    HENNIGAN BENNETT & DORMAN LLP

10                                                By   /s/ Alan Block
                                                        Alan Block
11                                                Attorneys for Plaintiff, SPEEDTRACK, INC.

12  DATED:  September 26, 2008                    PROSKAUER ROSE LLP

14                                                By   /s/ Colin Cabral
                                                        Colin Cabral
15                                                Attorneys for Intervenor,
                                                  ENDECA TECHNOLOGIES, INC.

17  DATED:  September 26, 2008                    FARELLA BRAUN + MARTEL LLP

19                                                By   /s/ Andrew Leibnitz
                                                        Andrew Leibnitz

20                                                Attorneys for Defendant,
                                                  WAL-MART STORES, INC.

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  DATED:  9/29/08
                                                  _____
                                                  The Honorable Phyllis J. Hamilton
                                                  United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-3-
**STIPULATED [PROPOSED] ORDER RE BRIEFING SCHEDULE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

    On September 26, 2007**,** I served a copy of the within document described as follows: **STIPULATION AND [PROPOSED] ORDER REGARDING REVISED CASE SCHEDULE** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on September 26, 2008, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                                                            */s/ Cecily Harrison*
                                                                         Cecily Harrison

**SERVICE LIST**

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>Stephanie P. Skaff (sskaff@fbm.com)<br>Cory M. Mason (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA  02110<br>Telephone:  (617) 526-9700<br>Facsimile:  (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067-3206<br>Telephone:  (310) 557-2900<br>Facsimile:   (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |