| | |
|---|---|
| 1 | HENNIGAN, BENNETT & DORMAN LLP |
| | RODERICK G. DORMAN (SBN 96908) |
| 2 | dormanr@hbdlawyers.com |
| | ALAN P. BLOCK (SBN 143783) |
| 3 | blocka@hbdlawyers.com |
| | MARC MORRIS (SBN 183728) |
| 4 | morrism@hbdlawyers.com |
| 5 | 865 South Figueroa Street, Suite 2900 |
| | Los Angeles, California 90017 |
| 6 | Telephone: (213) 694-1200 |
| | Facsimile:  (213) 694-1234 |
| 7 | |
| 8 | Attorneys for Plaintiff, |
| | SPEEDTRACK, INC. |

9  **[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. | ) Case No. 06-CV-07336-PJH |
| | ) |
| Plaintiff, | ) |
| | ) ***  DISCOVERY MATTER *** |
| vs. | ) |
| | ) **JOINT STIPULATION TO FOREGO** |
| WAL-MART STORES, INC., THE HERTZ | ) **ORAL ARGUMENT ON ENDECA'S** |
| CORPORATION, MAGELLAN | ) **MOTION TO COMPEL** |
| NAVIGATION, INC., and TOYOTA MOTOR | ) |
| SALES, U.S.A., INC. | ) Before: Magistrate Judge Bernard Zimmerman |
| | ) |
| Defendants. | ) |
| | ) |
| ENDECA TECHNOLOGIES, INC. | ) |
| | ) |
| Intervenor, | ) |
| | ) |
| vs. | ) |
| | ) |
| SPEEDTRACK, INC., | ) |
| | ) |
| Defendant in Intervention | ) |
| and Counterclaimant. | ) |
| | ) |

Case No. 06-CV-07336-PJH   **STIPULATION TO FOREGO ORAL ARGUMENT ON ENDECA'S MOTION TO COMPEL**

1  Steven M. Bauer (admitted *Pro Hac Vice*)
   Colin G. Cabral (admitted *Pro Hac Vice*)
2  PROSKAUER ROSE LLP
   One International Place
3  Boston, MA  02110
   Tel. (617) 526-9600
4  sbauer@proskauer.com
   ccabral@proskauer.com
5

6  Attorneys for Intervenor,
   ENDECA TECHNOLOGIES, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
   Case No. 06-CV-07336-PJH                    **STIPULATION TO FOREGO ORAL ARGUMENT ON**
                                                    **ENDECA'S MOTION TO COMPEL**

1  WHEREAS, the Court issued a tentative ruling on Endeca's Motion to Compel on
2  October 6, 2008;
3  IT IS HEREBY STIPULATED by and between the parties through their respective counsel
4  of record THAT:
5  The parties accept the Court's tentative ruling as the Court's Order and will forego oral
6  argument on Endeca's Motion to Compel currently scheduled for October 22, 2008.

8  SO STIPULATED.
9  DATED: October 15, 2008        HENNIGAN BENNETT & DORMAN LLP

11  By _____/s/ Omer Salik_____
                    Omer Salik
12  Attorneys for Plaintiff, SPEEDTRACK, INC.

13  DATED: October 15, 2008        PROSKAUER ROSE LLP

15  By _____/s/ Colin Cabral_____
                    Colin Cabral
16  Attorneys for Intervenor,
    ENDECA TECHNOLOGIES, INC.

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  DATED:   October 15, 2008        _____
22                                   Magistrate Judge Bernard Zimmerman

3

1 | **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2 |     I, Omer Salik, attest that concurrence in the filing of this document has been obtained from

3 | Colin Cabral.  I declare under penalty of perjury under the laws of the United States of America that

4 | the foregoing statement is true and correct.  Executed on this 15th day of October, 2008 at Los

5 | Angeles, California.

8 |                                               ___/s/Omer Salik_____