**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.       No. 06-07336 PJH (JCS)
                                      No. 07-03602 PJH (JCS)

        Plaintiff(s),

  v.                                                **NOTICE AND ORDER SETTING**
                                                              **FURTHER SETTLEMENT CONFERENCE**
WALMART.COM, ET AL.

        Defendant(s).
_____/

SPEEDTRACK, INC.

        Plaintiff(s),

  v.

OFFICE DEPOT, INC, ET AL.

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that, at the request of the parties, the Further Settlement Conference has been continued to **March 30, 2009**, at **9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Updated confidential settlement conference statements shall be lodged with the Court by **March 23, 2009.**

     Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

SC-further

1    The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
2 case settles prior to the date set for the Further Settlement Conference. All other provisions of this
3 Court's original Notice and Settlement Conference Order remain in effect.
4    IT IS SO ORDERED.

6 Dated: October 16, 2008

7    JOSEPH C. SPERO
   United States Magistrate Judge