UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK INC.,

    Plaintiff(s),

  v.

WAL-MART.COM USA, LLC, et al.,

    Defendant(s).

ENDECA TECHNOLOGIES INC.,

    Intervenor,

  v.

SPEEDTRACK INC., et al.

    Defendant in Intervention.

No. C 06-7336 PJH (BZ)

**ORDER DENYING SPEEDTRACK'S MOTION TO COMPEL FURTHER 30(B)(6) DEPOSITION**

Speedtrack's Motion to Compel Further 30(b)(6) testimony from defendant Wal-Mart.com USA, LLC is **DENIED. IT IS ORDERED** that for the grounds given during the hearing, and on the additional grounds that further inquiry into the scope of the licensing arrangement between Endeca and Wal-Mart.com is not relevant. At the hearing, plaintiff conceded that its purpose

1

1  in pursuing this discovery was to determine whether it should
2  amend its complaint to accuse additional sites or add further
3  defendants.  Under the current rules, discovery may seek
4  information "relevant to any party's claim or defense."  Rule
5  26(b)(1).  Discovery relating to the general subject matter of
6  the litigation may only be had upon a showing of good cause.

7    The 30(b)(6) depositions at issue were taken almost two
8  years after this lawsuit was filed.  Plaintiff only accuses
9  one website of containing the infringing technology.  To the
10 extent that plaintiff could justify the discovery it seeks so
11 that it could be sure that Wal-Mart.com owned the site in
12 question, counsel for Wal-Mart.com so stipulated during the
13 hearing.  Given that discovery on liability issues has closed
14 and given the emphasis that the Local Patent Rules place on
15 finality of the patent infringement contentions, plaintiff has
16 not shown good cause to obtain discovery that is not relevant
17 to its current claim.

Dated: October 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SPEEDTRACK V. WAL-MART\ORDER DENYING MOTIONS TO TAKE FURTHER 30(B)(6) DEPOSITIONS.wpd