HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. 06-CV-07336-PJH |
| Plaintiff, | |
| vs. | **STIPULATION AND [P**~~ROPOSED~~**] ORDER EXTENDING THE EXPERT DISCOVERY CUT-OFF DATE FROM OCTOBER 17, 2008 TO DECEMBER 3, 2008** |
| WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC. | |
| Defendants. | |
| ENDECA TECHNOLOGIES, INC. | |
| Intervenor, | |
| vs. | |
| SPEEDTRACK, INC., | |
| Defendant in Intervention and Counterclaimant. | |

Case No. 06-CV-07336-PJH   **STIPULATION AND [PROPOSED] ORDER EXTENDING THE EXPERT DISCOVERY CUT-OFF DATE**

Steven M. Bauer (admitted *Pro Hac Vice*)
Colin G. Cabral (admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
**One International Place**
**Boston, MA  02110**
**Tel. (617) 526-9600**
sbauer@proskauer.com
ccabral@proskauer.com

Attorneys for Intervenor
ENDECA TECHNOLOGIES, INC.

FARELLA BRAUN + MARTELL LLP
**RODERICK M. THOMPSON (SBN 96192)**
rthompson@fbm.com
**ANDREW LEIBNITZ (SBN 184723)**
aleibnitz@fbm.com
**235 Montgomery Street, 17th Floor**
**San Francisco, California 94104**
**Telephone: (415) 954-4400**
**Facsimile:  (415) 954-4480**

Attorney for Defendant,
WAL-MART STORES, INC.

1  WHEREAS, the Court's Case Management and Pre-Trial Schedule has set October 17, 2008 as the last day to conduct expert discovery in this case;

WHEREAS, the parties have agreed, and the Court has entered, a revised briefing schedule for dispositive motions whereby opening briefs are due to be filed by November 12, 2008 and opposition Briefs are due to be filed by December 3, 2008; and

WHEREAS, the parties agree that the expert discovery cut-off date be extended from October 17, 2008 to December 3, 2008 to take into account the change in the dispositive motion briefing schedule;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record THAT:

Subject to the Court's approval, the October 17, 2008 deadline for expert discovery shall be continued from October 17, 2008 to December 3, 2008.

SO STIPULATED.

DATED:  October 15, 2008          HENNIGAN BENNETT & DORMAN LLP


                                  By     /s/ Alan Block
                                            Alan Block
                                  Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED:  October 15, 2008          PROSKAUER ROSE LLP


                                  By     /s/ Colin Cabral
                                            Colin Cabral
                                  Attorneys for Intervenor,
                                  ENDECA TECHNOLOGIES, INC.

DATED:  October 15, 2008          FARELLA BRAUN + MARTEL LLP


                                  By     /s/   Andrew Leibnitz
                                            Andrew Leibnitz

                                  Attorneys for Defendant,
                                  WAL-MART STORES, INC.

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

The October 17, 2008 deadline for expert discovery shall be continued from October 17, 2008 to December 3, 2008.

DATED: 10/22/08

_____
The Honorable Phyllis J. Hamilton
United States



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**PROOF OF SERVICE**

STATE OF CALIFORNIA,       )
                                                )  SS.
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On October 15, 2008**,** I served a copy of the within document described as follows: **STIPULATION AND [PROPOSED] ORDER EXTENDING THE EXPERT DISCOVERY CUT-OFF DATE FROM OCTOBER 17, 2008 TO DECEMBER 3, 2008** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on October 15, 2008, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                                         */s/ Carol Yuson*
                                                             Carol Yuson

**SERVICE LIST**

| | |
|---|---|
| Roderick M. Thompson (rthompson@fbm.com)<br>Andrew Leibnitz (aleibnitz@fbm.com)<br>Stephanie P. Skaff (sskaff@fbm.com)<br>Cory M. Mason (cmason@fbm.com)<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Attorneys for Defendant and Counterclaimant,<br>WAL-MART STORES, INC. |
| Steven M. Bauer (sbauer@proskauer.com)<br>Richard B. Myrus (rmyrus@proskauer.com)<br>Colin G. Cabral (ccabral@proskauer.com)<br>PROSKAUER ROSE LLP<br>One International Place, 22nd Floor<br>Boston, MA 02110<br>Telephone: (617) 526-9700<br>Facsimile: (617) 526-9899 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |
| Jonathan E. Rich (jrich@proskauer.com)<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC.,<br>Complainant-in-Intervention |