**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

SPEEDTRACK, INC.,

6

            Plaintiff,                        No. C 06-7336 PJH

7

        v.                                **ORDER DENYING PLAINTIFF'S**
                                          **MOTION TO PRECLUDE DEFENDANTS**
8                                         **FROM RELYING ON CONTENTIONS**
WALMART.COM, et al.,                      **NOT DISCLOSED IN FINAL INVALIDITY**
9                                         **CONTENTIONS**

10          Defendants.
                                      /
11

12       Plaintiff's motion to preclude defendants from relying on contentions not disclosed in

13 final invalidity contentions came on for hearing before the court on October 29, 2008.

14 Plaintiff Speedtrack, Inc. appeared through its counsel Omer Salik.  Defendant Wal-Mart

15 Stores, Inc. and intervenor Endeca Technologies, Inc. (collectively "defendants") appeared

16 through their counsel, Andrew Leibnitz.  Having read the parties' papers and carefully

17 considered their arguments and the relevant legal authority, the court hereby DENIES

18 plaintiff's motion.  Defendants' final invalidity contentions (a) sufficiently disclose the

19 Cochran patent as an anticipating reference; and (b) set forth with reasonably specificity

20 the combination of prior art references that allegedly render plaintiff's patent obvious.  No

21 violation of the patent local rules has therefore been committed.

22       As noted at the hearing, however, in advance of the filing of any dispositive motions

23 defendants must disclose every combination of prior art they intend to rely on at trial, so as

24 to provide plaintiff with reasonable notice.

25 **IT IS SO ORDERED.**

26 Dated: October 30, 2008

27                                          _____
                                           PHYLLIS J. HAMILTON
28                                         United States District Judge