HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC., and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>　　　　　　Defendants.<br><br>ENDECA TECHNOLOGIES, INC.<br><br>　　　　　　Intervenor,<br><br>　　vs.<br><br>SPEEDTRACK, INC.,<br><br>　　　　　　Defendant in Intervention<br>　　　　　　and Counterclaimant. | Case No. 06-CV-07336-PJH<br><br>**STIPULATION AND [~~PROPOSED~~]  ORDER CONTINUING THE DEADLINE FOR FILING OPPOSITIONS TO DISPOSITIVE MOTIONS FROM DECEMBER 3 TO DECEMBER 10** |

Case No. 06-CV-07336-PJH　　　**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR FILING OPPOSITIONS TO DISPOSITIVE MOTIONS**

Steven M. Bauer (admitted *Pro Hac Vice*)
Colin G. Cabral (admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com

Attorneys for Defendants,
ENDECA TECHNOLOGIES, INC.
And WAL-MART.COM USA, LLC

2

Case No. 06-CV-07336-PJH	**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR FILING OPPOSITIONS TO DISPOSITIVE MOTIONS**

1    WHEREAS, the Court's September 29, 2008 Order sets the deadline for filing
2    oppositions to dispositive motions on December 3, 2008;
3    WHEREAS, the parties have agreed to extend the deadline for filing oppositions to
4    dispositive motions to December 10, 2008;
5    WHEREAS, the deadline for filing reply briefs shall remain December 17, 2008;
6    IT IS HEREBY STIPULATED by and between the parties through their respective counsel
7    of record THAT:
8    Subject to the Court's approval, the deadline for filing oppositions to dispositive motions
9    shall be continued from December 3, 2008 to December 10, 2008.
10   SO STIPULATED.

11   DATED:  November 17, 2008            HENNIGAN BENNETT & DORMAN LLP

13                                         By        /s/ Marc Morris
14                                                   Marc Morris
                                           Attorneys for Plaintiff,
15                                         SPEEDTRACK, INC.

16   DATED:  November 17, 2008            PROSKAUER ROSE LLP

18                                         By        /s/ Colin Cabral
19                                                   Colin Cabral
                                           Attorneys for Defendants,
20                                         ENDECA TECHNOLOGIES, INC.
                                           And WAL-MART.COM USA, LLC

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   DATED: 11/18/08                       _____
                                           The Honorable Phyllis J. Hamilton
27                                         United States District Judge

28

3

Case No. 06-CV-07336-PJH          **STIPULATION AND [PROPOSED] ORDER CONTINUING THE**
                                  **DEADLINE FOR FILING OPPOSITIONS TO DISPOSITIVE MOTIONS**

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

**PROOF OF SERVICE**

STATE OF MASSACHUSETTS, COUNTY OF SUFFOLK

I declare that: I am employed in the county of Suffolk, Massachusetts. I am over the age of eighteen years and not a party to the within cause; my business address is Proskauer Rose LLP, One International Place, Boston, MA 02110.

On November 17, 2008, I served the forgoing document, described as **STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR FILING OPPOSITIONS TO DISPOSITIVE MOTIONS FROM DECEMBER 3 TO DECEMBER 10** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

/s/ Colin Cabral
Colin Cabral