HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., | Case No. 06-CV-07336-PJH |
| Plaintiff, | |
| vs. | **STIPULATION ~~AND [PROPOSED]~~** **~~ORDER~~ RE EXPERT DISCOVERY** |
| WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC. and TOYOTA MOTOR SALES, U.S.A., INC., | DATE: n/a<br>TIME: n/a |
| Defendants. | CTRM: Hon. Phyllis J. Hamilton |
| ENDECA TECHNOLOGIES, INC., | |
| Intervenor, | |
| vs. | |
| SPEEDTRACK, INC. | |
| Defendant-in-Intervention and Counterclaimant. | |

Case No. 06-CV-07336-PJH                                   STIPULATION AND [PROPOSED]
                                                           ORDER RE EXPERT DISCOVERY
648119.01

Steven M. Bauer (admitted *Pro Hac Vice*)
Colin G. Cabral (admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
**One International Place**
**Boston, MA  02110**
**Tel. (617) 526-9600**
sbauer@proskauer.com
ccabral@proskauer.com

Attorneys for Intervenor
ENDECA TECHNOLOGIES, INC.

FARELLA BRAUN + MARTELL LLP
**RODERICK M. THOMPSON (SBN 96192)**
rthompson@fbm.com
**ANDREW LEIBNITZ (SBN 184723)**
aleibnitz@fbm.com
**235 Montgomery Street, 17th Floor**
**San Francisco, California 94104**
**Telephone: (415) 954-4400**
**Facsimile:  (415) 954-4480**

Attorney for Defendant,
WAL-MART.COM USA, LLC

## STIPULATION

The undersigned parties stipulate as follows:

1. The following expert materials shall not be discoverable in this litigation:

   a. Oral or written communications between an expert witness and attorneys for the party or parties who retained the expert;

   b. Drafts of expert reports or declarations; and

   c. Notes, memoranda, and other writings of an expert witness prepared in connection with the expert's engagement.

2. This stipulation does not preclude any party from questioning an expert witness about the circumstances surrounding the drafting of any expert report or declaration, including without limitation how much time the expert spent drafting the report or declaration, whether particular language was suggested by others, and so forth.

**IT IS SO STIPULATED.**

DATED: November 17, 2008          HENNIGAN BENNETT & DORMAN LLP

                                   By  */s/ Alan P. Block*
                                        Alan P. Block

                                   Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED: November 17, 2008          PROSKAUER ROSE LLP

                                   By  */s/ Steven M. Bauer*
                                        Steven M. Bauer

                                   Attorneys for Intervenor,
                                   ENDECA TECHNOLOGIES, INC.

-3-

Case No. 06-CV-07336-PJH                    STIPULATION AND [PROPOSED]
                                            ORDER RE EXPERT DISCOVERY
648119.01

DATED:  November 17, 2008        FARELLA BRAUN & MARTEL, LLP


By      */s/ Andrew Leibnitz*
                Andrew Leibnitz

Attorneys for Defendant,
WAL-MART.COM USA, LLC


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. [struck through]

Dated:

_____
United States District Judge

AS PARTIES AGREE, NO ORDER IS NECESSARY AND THE COURT DECLINES TO SIGN ORDER.
            PJH

**PROOF OF SERVICE**

I, Carol Yuson, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.  On November 17, 2008, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER RE EXPERT DISCOVERY** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

Executed on November 17, 2008 at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S/ Carol Yuson
Carol Yuson