1  HENNIGAN, BENNETT & DORMAN LLP
   Roderick G. Dorman (SBN 96908)
2  dormanr@hbdlawyers.com
   Alan P. Block (SBN 143783)
3  blocka@hbdlawyers.com
   Marc Morris (SBN 183728)
4  morrism@hbdlawyers.com
   Omer Salik (SBN 223056)
5  saliko@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
6  Los Angeles, California 90017
   Telephone: (213) 694-1200
7  Fax: (213) 694-1234

8  Attorneys for Plaintiff,
   SPEEDTRACK, INC.,

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13  SPEEDTRACK, INC.,                    )  Case No. 06-CV-07336-PJH
                                         )
14              Plaintiff,               )  **DECLARATION OF RICHARD E. KORF**
                                         )  **IN SUPPORT OF SPEEDTRACK, INC.'S**
15        vs.                            )  **MOTION FOR SUMMARY**
                                         )  **ADJUDICATION OF ISSUES PURSUANT**
16  WAL-MART STORES, INC., THE HERTZ     )  **TO RULE 56(D), FED. R. CIV. PRO.**
    CORPORATION, MAGELLAN               )  **THAT:**
17  NAVIGATION, INC. and TOYOTA          )
    MOTOR SALES, U.S.A., INC.,           )
18                                       )     1.  **DEFENDANT WAL-MART.COM**
                Defendants.              )         **USA, LLC DIRECTLY INFRINGED**
19  _____)         **CLAIM 1 OF U.S. PATENT NO.**
                                         )         **5,544,360 UNDER 35 U.S.C.**
20  ENDECA TECHNOLOGIES, INC.,           )         **§ 271(A); AND**
                                         )
21              Intervenor,              )
                                         )     2.  **THE OCTOBER 29, 1991**
22        vs.                            )         **MACWEEK ARTICLE IS NOT AN**
                                         )         **INVALIDATING OFFER FOR**
23  SPEEDTRACK, INC.,                    )         **SALE UNDER 35 U.S.C. § 102(B)**
                                         )
24        Defendant-in-Intervention     )  Date:   **January 28, 2009**
          and Counterclaimant.           )  Time:  **9:00 am**
25                                       )  Ctrm:  **Hon. Phyllis J. Hamilton**
                                         )
26                                       )
                                         )
27  _____)

28

Case No. 06-CV-07336-PJH (JCS)                    DECLARATION OF RICHARD E. KORF IN SUPPORT OF
                                                  SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

1    I, Richard E. Korf, hereby declare as follows:

2        1.      I am a tenured full professor of computer science at the University of California, Los

3    Angeles.  My full CV is attached hereto as Exhibit 1.[1]  I offer this declaration in support of

4    SpeedTrack's Motion for Summary Adjudication of Issues Pursuant to Rule 56(d), Fed.R.Civ.Pro.

5    that: (1) Defendant Wal-Mart.com USA, LLC Directly Infringed Claim 1 of U.S. Patent No.

6    5,544,360 Under 35 U.S.C. § 271(a); and (2) the October 29, 1991 MacWeek article is not an

7    Invalidity Offer For Sale Under 35 U.S.C. § 102(B).  Except where specifically noted, I have

8    personal knowledge of the facts set forth in this declaration and could and would testify competently

9    if called as a witness.

10       2.      I have been retained by SpeedTrack, Inc. in connection with this patent lawsuit

11   against WalMart.com USA, LLC and Endeca Technologies, Inc. (hereinafter "defendants").  I have

12   been asked to compare U.S. 5,544,360 entitled "Method For Accessing Computer Files And Data,

13   Using Linked Categories Assigned To Each Data File Record On Entry Of The Data File Record" to

14   a computer system operated by WalMart.com in connection with its website.  I am being

15   compensated at the rate of $350 per hour.   My compensation is not related to the outcome of this

16   case.

17       3.      Among other things, I have reviewed U.S. Patent No. 5,544,360 (the '360 patent), the

18   file history for the '360 patent, the Order Construing Claims, issued by the Honorable Phyllis J.

19   Hamilton on June 19, 2008; the transcripts of all of the depositions provided to me by SpeedTrack's

20   counsel in this case to this point, including the portions of the exhibits referred to therein, portions of

21   a data file entitled "walmart.dimensions.xml" produced by Walmart.com, portions of a human-

22   readable version of a data file entitled "walmart-sgmt0.records.binary" produced by Walmart.com;

23   the Walmart.com website, having the URL http://www.walmart.com (as it was during the week of

24   August 25, 2008); the accompanying Declaration of Alan P. Block and all of its attachments, except

25   for the MacWeek article (Exhibit 18); and the prior art references asserted by defendants.

26

27   _____

       [1] All Exhibits referred to herein are attached to the accompanying Declaration of Alan P. Block,
28   filed concurrently herewith.

Case No. 06-CV-07336-PJH (JCS)          DECLARATION OF RICHARD E. KORF IN SUPPORT OF
                                        SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

## THE PREAMBLE

4.      The preamble of claim 1 of the '360 patent states as follows: "A method for accessing files in a data storage system of a computer system having means for reading and writing data from the data storage system, displaying information, and accepting user input, …" (*See,* '360 Patent; Exhibit 2).

5.      Walmart.com's computer system is described by the preamble, and is capable of performing the method of claim 1.  With the assistance of Endeca's software, running on Walmart.com's computer system, Walmart.com is able to access files (each file corresponding to a Walmart.com product available on the website), which are stored in Walmart.com's Oracle database, and which a visitor to Walmart.com's website may wish to locate and/or view.  (*See,* Yakkanti Depo., at 40:22-43:11; Exhibit 3).

6.      The description above is consistent with the Court's claim constructions.  As construed by the court, "file" means "any collection of data or information stored on a computer system." (*See,* Order Construing Claims; Exhibit 4).   Information about particular products for sale is stored in the data storage system of the Walmart.com computer system.  Thus, the collection of data or information pertaining to a particular product constitutes one example of a file in the Walmart.com system.

7.      All of the requirements of a "computer system" as construed by the court are also present in the computer system that performs the claimed methods.  "Computer system" means "a computer system, embodied in either a single computer or a distributed environment, having a hard disk drive, a computer display, and a computer mouse, and equivalents thereto."  Walmart.com operates and maintains a network of computer servers on which its website operates.  Walmart.com's "computer system:"  (1) is located in the United States (Yakkanti Depo., 41:8-13; 42:4-17; 44:12-17; Exhibit 5, Tab A; Fitzgerald Depo., at 41:24-43:22; Exhibit 5. Tab B); (2) operates in a distributed environment; and (3) comprises at least:  (i) the Walmart.com web servers, (ii) the Walmart.com computers or servers running the Endeca software, (iii) the Walmart.com data storage system, and (iv) the customer's computer, when the customer is interacting with the Walmart.com website.  The Walmart.com "computer system" has the means for reading and writing

-2-

DECLARATION OF RICHARD E. KORF IN SUPPORT OF SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

1   data from the data storage system, displaying information, and accepting user input, and includes at

2   least one hard disk drive, at least one computer display, and at least one computer mouse.  (Yakkanti

3   depo., at 44:24 – 46:5; Exhibit 5, Tab C; Fitzgerald Depo., at 43:23 – 44:22; Exhibit 5, Tab D).  In

4   addition, when a Walmart.com customer is accessing the Walmart.com website, they do so via

5   another computer, which becomes part of a distributed environment during the interaction.  The

6   customer's computer includes a display and a computer mouse or other equivalent pointing device.

7   Collectively, these represent a computer system having means for reading and writing data from the

8   data storage system, displaying information, and accepting user input as described in the Preamble.

**STEP (A) OF CLAIM 1 OF THE '360 PATENT**

10   8.     Step (a) of claim 1 of the '360 patent states:  "(a) initially creating in the computer

11   system a category description table containing a plurality of category descriptions, each category

12   description comprising a descriptive name, the category descriptions having no predefined

13   hierarchical relationship with such list or each other;"

14   9.     As construed by the Court, a "category description" is "information that includes a

15   name that is descriptive of something about a stored file."  A "category description table," as further

16   construed by the Court, is "at least one list or array, configured in any desired manner, or taking any

17   form, containing a plurality of category descriptions."

18   10.    In the Walmart.com system, a file called "walmart.dimensions.xml" meets the

19   Court's construction of category description table.  As required by Step (a) in claim 1, the category

20   description table contains a plurality of category descriptions with each category description

21   comprising a descriptive name.  In the Walmart.com system, which utilizes Endeca's Information

22   Access Platform software, category descriptions (called "dimension values" by Endeca) include

23   descriptive terms that are applied to products, such as the type of product, the brand of the product,

24   its price, etc.  According to Dr. Ferrari, the Endeca "Information Access Platform" software was

25   first sold in early 2001 (Ferrari Depo., at 94:2-12; Exhibit 6, Tab A).  Dr. Ferrari further stated that

26   the fundamental operation of Endeca's software has been consistent (Ferrari 30(b)(6) Depo., at

27   25:24-26:7; Exhibit 6, Tab B), and all of Endeca's customers utilize the "generally-available"

28   Endeca "Information Access Platform" software (Ferrari 30(b)(6) Depo., at 41:4-18; Exhibit 6, Tab

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-3-

DECLARATION OF RICHARD E. KORF IN SUPPORT OF
SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

C).

11.     The file "walmart.dimensions.xml" contains the complete set of such dimension values or category descriptions for the Walmart.com system (Ferrari Depo., at 152:19-25; Exhibit 7, Tab A), and hence is a "category description table."  Portions of a Walmart.com "category description table" depicting the lists of "category descriptions" pertaining to the category type "Brand" and "Camcorder Type" taken from the version of "walmart.dimensions.xml" having Bates No. WMT 36094.xml is attached to the Block Declaration as Exhibit 7, Tabs B and C, respectively. For examples, the category description table "walmart.dimensions.xml" in Exhibit 7, Tab B, starting on page 1, includes category descriptions (dimension values) for the brands Braun, Garmin, Presto, etc.

12.     Each "category description" in Walmart.com's "category description table" is comprised of at least the following three elements:  (1) a category type, e.g., "Brand" (referred to by Endeca as the "dimension"); (2) a name that is descriptive of something about a stored file, e.g., "Braun"; and (3) a unique category description identifier generated by the Walmart.com computer system corresponding to each descriptive name, e.g., for "Braun," the number "4294296215."  (*See,* Exhibit 8, Tab A, and Ferrari Depo., at 129:15-19; Exhibit 8, Tab B).

13.     Step (a) of claim 1 further requires that the category descriptions of the "category description table" have "no predefined hierarchical relationship with such list or each other."

14.     According to the Court, "having no predefined hierarchical relationship" means that "the category descriptions have no predefined hierarchical relationship.  A hierarchical relationship is a relationship that pertains to a hierarchy.  A hierarchy is a structure in which components are ranked into levels of subordination; each component has zero, one or more subordinates; and no component has more then one superordinate component."

15.     The phrase, "A hierarchy is a structure in which components are ranked into levels of subordination;" means that, within a single structure, for any two components A and B, either A is subordinate to B, B is subordinate to A, or A and B are at the same level in the hierarchy.  A classic example of a hierarchy is our military command structure.  For any two members of the military, even from different service branches, either one outranks the other, or they have the same rank.

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

-4-

DECLARATION OF RICHARD E. KORF IN SUPPORT OF
SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

1   Furthermore, there is a single highest-ranked individual, the commander in chief or President, in that

2   single structure.

3        16.    For analytical purposes, the phrase "the category descriptions having no predefined

4   hierarchical relationship with such list or each other," can be expressed as the following two

5   phrases: (1) the category descriptions do not have a predefined hierarchical relationship with such

6   list ["a category description table"[2]], and (2) the category descriptions do not have a predefined

7   hierarchical relationship with each other [category description].

8        17.    It is clear that the accused method satisfies both of those expressions.  With respect to

9   the first phrase—"the category descriptions do not have a predefined hierarchical relationship with

10  such list (i.e., the category description table)"—the category description table is comprised of the

11  individual category descriptions.  Since a hierarchical relationship is one that pertains to a hierarchy,

12  and a hierarchy is a single structure in which components are ranked into levels of subordination,

13  this limitation must mean that the category descriptions do not form a single hierarchical structure.

14  This is consistent with the specification of the patent, which repeatedly emphasizes that one

15  distinguishing feature of the invention from prior art filing systems is that prior art filing systems

16  consist of a single hierarchical structure.  The clearest example of this is the distinction between

17  Figures 1 and 2 of the patent.  Figure 1, representing prior art, shows a hierarchy, or a single

18  hierarchical structure.  Figure 2, representing an embodiment of the patented invention, shows

19  multiple, overlapping hierarchical structures.

20       18.    With respect to the second phrase —"the category descriptions do not have a

21  predefined hierarchical relationship with each other category description,"—the term "each" is

22  susceptible to two meanings in this phrase without regard to the rest of the patent specification.  In

23  isolation, it could mean either "any," or "every," making the entire expression either:  "(2a) the

24  category descriptions do not have a predefined hierarchical relationship with ANY other category

25  description," or "(2b) the category descriptions do not have a predefined hierarchical relationship

26  with EVERY other category description."  The patent specification, however, makes it clear that the

27

28       [2] The Court construed "such list" to mean "a category description table."

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

latter meaning is the intended one.  We know this because the patent expressly contemplates some hierarchical relationships between category descriptions, so "each" cannot mean "any."

19.     The patent specification explicitly allows some predefined hierarchical relationships between category descriptions.  For example, Col. 9 line 56 through Col. 10 line 9 describes two different examples where category descriptions can be hierarchically structured:  "This kind of multi-level categorization can be carried to any depth needed.  In essence, this approach is another way of organizing lists of category descriptions of the type contemplated by the present invention, adding back some flavor of a hierarchical structure but with the added benefits of precision of input and certainty of existence."

20.     As another example, the patent also describes linking different category descriptions at Col. 15 lines 39-55.  For example, if a file is associated with a category description called "E-Mail," the user could be asked to also associate additional category descriptions with that file, such as "Sent," "Received," "Action," "Urgent," and "Reply."  This establishes a type of predefined hierarchical relationship between the "E-Mail" category description and the others, but it does not result in a single hierarchy.

21.     Lastly, Figure 2 of the patent shows many such relationships among directories.  One key distinction between the patent and prior-art file systems is that the patent does not require that each category description fit into a single hierarchical structure with every other category description, such as shown in Figure 1:  "It has been found that users generally think in terms of overlapping categories or descriptions of file content, rather than in very strictly-defined, non-overlapping topics" (Col. 2, lines 26-29).

22.     The category description table in the Walmart.com system does not have a single hierarchical structure, but rather is composed of multiple, independent dimensions with no hierarchical relationship between them.  Although some, but not all, of the independent dimensions in "walmart.dimensions.xml" are themselves hierarchical (e.g., the "Price" dimension has category descriptions, such as "$50-$100," which are parents to other dimension values, such as "$50-$60"), each dimension, and the respective category descriptions within each dimension, are unrelated to any other dimension or the category descriptions within it, and therefore do not have a hierarchical

-6-

Case No. 06-CV-07336-PJH (JCS)                    DECLARATION OF RICHARD E. KORF IN SUPPORT OF
                                                  SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

relationship.  For example, in the Walmart.com category description table, there is no hierarchical relationship between the category description "$50-$60" (in the Price dimension), the category description "Sony" (in the Brand dimension), or "DVD" (in the Camcorder Type dimension).  This was exactly the testimony of Dr. Ferrari, Endeca's CTO:

> Q:   In Exhibit 515[3] there is no hierarchical relationship—dimension values living in different—living in different dimensions, correct?
>
> A:   *A given dimension value can only have one parent and because of that a dimension value – two dimension values pulled from two separate dimensions couldn't have a hierarchical relationship.*

(*See,* Ferrari Depo., at 187:8-17; Exhibit 9, Tab C; emphasis added; *See also*, Fitzgerald Depo., at 131:5 – 132:4; Exhibit 9, Tab D).

23.     Dr. Ferrari's testimony that there is no hierarchical relationship between dimensions or between dimension values (i.e., category descriptions) in different dimensions confirms that the dimension values (category descriptions) of "walmart.dimensions.xml" are not configured into a single hierarchical structure, but rather are configured into multiple, independent dimension structures with no hierarchical relationship between them.  Dr. Ferrari additionally testified that there is no common root (i.e., superordinate) to all of the dimensions, thereby further confirming that the dimensions of the walmart.dimensions.xml file are not a single, hierarchical structure. (Ferrari depo., at 177:17-22; Exhibit 10).

24.     Thus, the fact that, in walmart.dimensions.xml, there are some individual dimensions within which the dimension values are hierarchical (e.g., the "Price" dimension) is irrelevant, because there is ***never*** a hierarchical relationship between any category description in one dimension and any other category description in any other dimension.

25.     Accordingly, by initially creating "walmart.dimensions.xml" in its computer system, Walmart.com performs step 1(a).

---

[3]  Exhibit 515 is a portion of "walmart.dimensions.xml."  Exhibit 9, Tab A.  Dr. Ferrari agreed that the complete Exhibit 515 would show all of the dimensions and dimension values.  (Ferrari Depo., at 185:17 – 186:8; Exhibit 9, Tab B).

DECLARATION OF RICHARD E. KORF IN SUPPORT OF SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1

**STEP (B) OF CLAIM 1 OF THE '360 PATENT**

2      26.      Step (b) of claim 1 of the '360 patent states: "(b) thereafter creating in the computer

3  system a file information directory comprising at least one entry corresponding to a file on the data

4  storage system, each entry comprising at least a unique file identifier for the corresponding file, and

5  a set of category descriptions selected from the category description table; and"

6      27.      Walmart.com creates a "file information directory" in its computer system.  The court

7  has construed a "file information directory" to be "a directory comprising information corresponding

8  to at least one file."  In the Walmart.com system, a file called "walmart-sgmt0.records.binary" meets

9  that definition.  A sample of a portion of the human readable version of "walmart-

10  sgmt0.records.binary" having Bates No. WMT 47183 is attached to the Block Declaration as Exhibit

11  11.  This portion of "walmart-sgmt0.records.binary" depicts an entry corresponding to the "file"

12  stored in the Walmart.com data storage system for the camcorder "JVC GR-DA30 MiniDV

13  Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" (the "JVC Camcorder").

14      28.      Each entry in the file "walmart-sgmt0.records.binary" corresponds to a product

15  offered on the Walmart.com website (each product having a corresponding "file" including

16  information about that product, which is stored on the Walmart.com database) and each entry

17  includes a unique identifier.  Dr. Ferrari testified that the Endeca system includes a small file called

18  "walmart.record_spec.xml," which can assign a particular property value of each entry in the file

19  "walmart-sgmt0.records.binary" as being the unique identifier for that entry. (Ferrari Depo., at

20  157:2-158:5; Exhibit 12, Tab A).  For the Walmart.com system, the property value of each entry that

21  was assigned to be the unique identifier is called "P_ITEM_ID."  (*See,* walmart.record_spec.xml;

22  Exhibit 12, Tab B).

23      29.      In the portion of the Walmart.com file information directory pertaining to the "JVC

24  Camcorder" in Exhibit 13, the entry includes a "unique file identifier" for the "JVC Camcorder,"

25  which is the number "7811281."  This unique identifier for the "JVC Camcorder" is indicated as the

26  property name "P_ITEM_ID" at the bottom of page 5 of the "walmart-sgmt0.records.binary" file

27  (Exhibit 13):

28

Case No. 06-CV-07336-PJH (JCS)

DECLARATION OF RICHARD E. KORF IN SUPPORT OF
SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

<PROP NAME="P_ITEM_ID">
<PVAL>7811281</PVAL>

30.     The unique identifier for the "JVC Camcorder" product is also a unique identifier for the "file" that consists of the information about that product (Guevara Depo., at 15:5-16:3; Exhibit 14).  For example, if one navigates to the particular product "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" on the Walmart.com website, the corresponding URL that appears in the location bar near the top of the browser window is "http://www.walmart.com/catalog/product.do?product_id=7811281," which includes the numerical "product_id" of "7811281" at the end.  (See, Block Decl., at Paragraph 37).

31.     The entry in "walmart-sgmt0.records.binary" pertaining to the JVC Camcorder also includes a set of "category descriptions" selected from the "category description table" ("walmart.dimensions.xml"; Exhibit 15) which correspond to the JVC Camcorder, some of which are listed below:

<DVAL_ID DIMENSION_ID="500569" ID="4293426806"/>
<DVAL_ID DIMENSION_ID="500501" ID="4293763268"/>
<DVAL_ID DIMENSION_ID="500957" ID="4293786120"/>
<DVAL_ID DIMENSION_ID="500500" ID="4294296053"/>

32.     In the file information directory for the "JVC Camcorder" of Exhibit 14, the category description for the "Camcorder Type" (i.e., 500957)—"Mini DV" (i.e., 429378120)—and the category description for the "Brand" (i.e., 500500)—"JVC" (i.e., 429296053)—are included in the set of associated category descriptions for the JVC Camcorder, as shown in the portion of the file information directory shown above.  These category descriptions are also shown as part of the list of "Camcorder Type" and "Brand" category descriptions, as shown in the portions of the Walmart.com category description table, shown in Exhibits 16, Tabs A and B, respectively.

33.     Step (b) of claim 1 requires that the category descriptions of the file information directory be selected from the category description table previously created in step (a) of claim 1.  This part of step (b) of claim 1 is met by the Walmart.com file information directory.  The "category descriptions", particularly their unique identifiers, depicted in the Walmart.com file information directory, e.g., "Mini DV" (i.e., 429378120) and "JVC" (i.e., 429296053) were created when

Case No. 06-CV-07336-PJH (JCS)

DECLARATION OF RICHARD E. KORF IN SUPPORT OF SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

1    "walmart.dimensions.xml" was created.  The file information directory, "walmart-

2    sgmt0.records.binary", must therefore be created after the category description table,

3    "walmart.dimensions.xml", is created, because "walmart-sgmt0.records.binary" contains the unique

4    category description identifiers (dimension value identifiers) that are defined in

5    "walmart.dimensions.xml".

6         34.    Accordingly, by thereafter creating "walmart-sgmt0.records.binary" in its computer

7    system, Walmart.com performs step 1(b).

8                    **STEP (C) OF CLAIM 1 OF THE '360 PATENT**

9         35.    Step (c) of claim 1 of the '360 patent states: "(c) thereafter creating in the computer

10   system a search filter comprising a set of category descriptions, wherein for each category

11   description in the search filter there is guaranteed to be at least one entry in the file information

12   directory having a set of category descriptions matching the set of category descriptions of the

13   search filter."

14        36.    As construed by the Court, "search filter" means "a set of one or more category

15   descriptions (depending on the context of claim 1[4] or claim 20) and at least one logical operator if

16   there is more than one category description in the search filter that is used to search."

17        37.    There are at least three different ways that a customer can access products using the

18   Walmart.com website.  The first is by typing in keywords.  The second is by selecting keywords

19   from the Walmart.com catalog.  The third is by selecting category descriptions using the Endeca

20   software.  To the user, the second and third methods appear very similar, however, they are

21   implemented using different software.  A user may use two or even all three of these methods in

22   combination in looking for a particular product.  SpeedTrack only alleges infringement of claim 1

23   of the '360 patent by the third method, using the Endeca software, whether or not other methods are

24   also employed.

25        38.    Following the creation in the computer system of the "category description table,"

26   "walmart.dimensions.xml," and file information directory, "walmart-sgmt0.records.binary,"

27

28        [4] In the context of claim 1, a search filter contains a set of more than one category description.

Case No. 06-CV-07336-PJH (JCS)            DECLARATION OF RICHARD E. KORF IN SUPPORT OF
                                          SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1   Walmart.com presents to a customer category descriptions (dimension values) which the customer

2   can select from, and from which Walmart.com constructs a search filter in its computer system.

3   Under normal operation, the Walmart.com system only presents the customer with category

4   descriptions (dimension values) that correspond to at least one file (product) in the file information

5   directory (walmart-sgmt0.records.binary), thus guaranteeing a result, as described by Endeca in its

6   Concepts Guide:

7           A navigation query, in its most basic form, is a combination of one or
        more dimension values…. A navigation query instructs the
8           Navigation Engine to return the set of records that represents the
        intersection of all the dimension values that it contains…. When an
9           intersection doesn't exist between all of the dimension values in a
        navigation query, that query is considered a dead end…. The
10          Navigation Engine automatically eliminates such dead end queries by
        virtue of the way it structures the follow-on query information that it
11          returns in its query results. This is the essence of Guided
        Navigation…

12

13   ("Endeca Navigation Platform: Concepts Guide," at 46-47 and 49; See also, 50-51; Exhibit 17;

14   emphasis in original).

15          39.    A demonstration of screen shots showing the creation by Walmart.com of two typical

16   search filters in the Walmart.com computer system used to search for entries in the file information

17   directory so that the file for the JVC camcorder is accessed from the Walmart.com database is

18   depicted in Paragraphs 33-45 of the accompanying declaration of Alan P. Block.

19          40.    For example, Paragraph 33 of the Block Declaration shows the Walmart.com home

20   page. A customer, who is interested in purchasing the "JVC Camcorder," may first input the term

21   "camcorders" into the text box. This step is not a part of the "search filter" of step 1(c), because a

22   category description has not been selected. The resulting screen is shown in Paragraph 34, which

23   shows on the left side of the screen a list of category descriptions associated with the term

24   "camcorders." Each of these category descriptions has an accompanying number in parentheses,

25   e.g., the category description for the Brand "JVC" has the number 18, which means that, if that

26   category description is selected as the first member of the search filter, there would be 18 camcorder

27   products which are associated in the file information directory "walmart-sgmt0.records.binary" with

28   the category description "JVC."

Case No. 06-CV-07336-PJH (JCS)

41.     In the next screen shot shown in Paragraph 35, the customer has selected "JVC" and the Walmart.com computer has searched for all matching "JVC" camcorders.  The Walmart.com screen shows the 18 products in the middle portion of the screen and shows all category descriptions which remain for the matching 18 JVC camcorders on the left side of the screen.  For example, if the "JVC Camcorder" that the customer is interested in is a "Mini DV" type of camcorder, the customer can select the category description "Mini DV," for which there is guaranteed to be three such products, as indicated by the number 3 in parentheses next to the "Mini DV" category description.

42.     Paragraph 36 shows the screen shown by the Walmart.com computer system after having accepted the customer's selection of the category description "Mini DV," adding it to the previously selected category description "JVC" so the Walmart.com computer system created a search filter comprised of the category descriptions "JVC" and "Mini DV," and searched for all matching camcorders in the file information directory "walmart-sgmt0.records.binary" associated with the category descriptions "JVC" and "Mini DV."  The previous screen showed that three camcorders were guaranteed to be found, and in the next screen, three camcorders were found and displayed, along with the remaining category descriptions associated with those three camcorders.

43.     If the customer wishes to spend only between $150-$200 for a camcorder, the customer may next select the category description "$150-$200," for which there is guaranteed to be one matching camcorder, as indicated by the number 1 in the parentheses next to this category description.  Paragraph 37 depicts the "JVC Camcorder" product information from the "file" for this product that, after the search filter for "JVC," "Mini DV," and "$150-$200" was created in the Walmart.com computer system, was accessed from the Walmart.com database using the product identification "7811281," as shown in the URL for this page: "http://www.walmart.com/catalog/product.do?product_id=7811281".

44.     This search using the category descriptions guaranteed a result, as demonstrated by the fact that Walmart.com indicated for each category description the number of matching products (always one or more), and by the Endeca documentation which states that searches are guaranteed a result (Exhibit 17).

45.     The second search also starts from the Walmart.com home page, shown in Paragraph

DECLARATION OF RICHARD E. KORF IN SUPPORT OF SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

1   38 of the Block Declaration, using the Walmart.com catalog.  If the customer were to pass their

2   cursor over the keyword "Electronics," they will see a number of keyword selections, including

3   "Cameras."  Selecting the keyword "Cameras" causes the screen shown in Paragraph 39 to be

4   displayed.  On the left side are some possible selections, one of which is the keyword "Camcorders."

5   Selecting the keyword "Camcorders" causes the screen shown in Paragraph 40 to be displayed.

6   Here, the customer may select a brand, such as "JVC."  After selecting "JVC," Walmart.com

7   displays to the customer a number of options by which the customer may "Narrow your results by:,"

8   as shown in the middle of the screen shown in Paragraph 41.

9          46.     At this point, the customer is using the Endeca software and can select category

10   descriptions from which the Walmart.com computer system can create a search filter.  For example,

11   as shown in Paragraph 42 under the term "Camcorder Type," the Walmart.com system displays four

12   available category descriptions pertaining to the types of JVC camcorders that are available, one of

13   which is "Mini DV," for which three matching camcorders are guaranteed to exist.  Selecting "Mini

14   DV" causes a search filter comprising "Mini DV" and "JVC" to be created and return a screen

15   showing the search results of the three JVC Mini DV camcorders and the category descriptions

16   associated with those three camcorders in Paragraph 43.  The customer can next select a price under

17   the "Price" pull-down menu to add that category description to the search filter, as depicted in

18   Paragraphs 43-44.  There is guaranteed to be one matching JVC, Mini DV camcorder matching the

19   price "$150-$200," and selecting that category description causes the Walmart.com computer

20   system to add the category description "$150-$200" to the search filter and locate the one matching

21   camcorder, the "JVC Camcorder," having product identification "7811281," as shown in Paragraph

22   45.  Again, as in the first search, the search using the category descriptions guaranteed a result, as

23   demonstrated by the fact that Walmart.com indicated for each category description the number of

24   matching products (always one or more), and by the Endeca documentation describing that searches

25   are guaranteed a result (Exhibit 17).

26   ///

27   ///

28   ///

Case No. 06-CV-07336-PJH (JCS)                    DECLARATION OF RICHARD E. KORF IN SUPPORT OF
                                                  SPEEDTRACK, INC.'S MOTION FOR SUMMARY ADJUDICATION

1    47.    Accordingly, by thereafter creating search filters in its computer system,

2    Walmart.com performs step 1(c).

3

4         I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6         Executed on this 11th day of November, 2008 at Los Angeles, California.

7

8                                          _Richard E. Korf_

9                                          Richard E. Korf

707685.01

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Case No. 06-CV-07336-PJH (JCS)