# EXHIBIT M

TO DECLARATION OF ALAN P. BLOCK IN
SUPPORT OF SPEEDTRACK, INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY OF U.S. PATENT NO. 5,544,360

(19)    Japan Patent Office (JP)

(12)    Laid Open Patent Application Publication (A)

(11)    Patent Application Publication No.

S64-1030

(51)    Int. Cl.$^4$          Identification Symbol .    Internal Classification No.

G 06 F 7/28          310          B-7313-5B

(43)    Publication Date: January 5, 1989

Number of Inventions: 1

Request for Examination: Not Made

(Total of 10 pages)

---

(54)    Title of Invention:    File Searching Method

(21)    Application No.:    S62-155542

(22)    Filing Date:          June 24, 1987

(72)    Inventor:    Noriyuki Suzuki

c/o Canon Inc.

30-2, 3-Chome, Shimomaruko, Ohta-ku, Tokyo

(71)    Applicant:    Canon Inc.

30-2, 3-Chome, Shimomaruko, Ohta-ku, Tokyo

(74)    Agent:    Yasunori Ohtsuka, Patent Attorney

(and Another Individual)

Specification

1.    Title of Invention

File Searching Method

2.    What is Claimed is:

1

(Claim 1)     A file searching method in which search keywords are inputted, and in which files containing said keywords are searched for and outputted, said method comprising

an inputting means for inputting at least one search keyword,

a first extraction means which extracts a group of files containing the inputted search keywords,

a second extraction means which extracts a group of keywords in the group of extracted files which are different from said search keywords, and

a display means which displays the group of keywords which are extracted by the second extraction means.


(Claim 2)     The file searching method according to Claim 1, wherein the second extraction means extracts the group of keywords in and the number of instances of each of the keywords.


(Claim 3)     The file searching method further comprising a selection means to select at least one keyword from the group of keywords which are displayed, wherein

the selected keywords are added to the search keywords which are inputted through the aforementioned inputting means and a search is conducted through the group of files selected by the aforementioned first extraction means.



3.     Detailed Explanation of the Invention


[Industrial Field of Application]

The present invention pertains to a file searching method, and in further detail, to a file searching method in which keywords are inputted and in which files containing the keywords are extracted.


[Conventional Technologies]

2

9016/26288-002 Current/10625719v1

Databases, which have become widely used in recent years, can be listed as a representative example of this type of searching method. As for how files are stored in such databases, it is common to store the files together with one or more keywords for each file. Normally, words which describe the contents of an individual file in the most appropriate manner, or words which frequently appear in an individual file are often designated as the keywords for an individual file.

Accordingly, in attempting to extract a desired file from a database, keywords which are expected to be provided in the desired file (such keywords are referred to as search keywords) are inputted as the first step and then, when this inputting procedure is completed, a search is conducted through the keywords accompanying each file. Then, files (or file names) having matching keywords are outputted one after another.

For instance, when the information "COMPUTER ∩ ARTIFICIAL INTELLIGENCE ∩ VOICE RECOGNITION" is inputted as search keywords through a keyboard, a search is conducted for all files having at least these three keywords. In the information above, the symbol "∩" is one symbol used for a logical operation and is a mark which means "AND" (the logical multiplication operation).

[Issues to be Resolved by the Invention]

With such file searching procedures, however, the following issues arise.

(1)     All search keywords must be known in advance.

(2)     When the number of instances found as a result of a search using desired logical operations using search keywords can not be sufficiently reduced, it is necessary to input a logical operation in which new search keywords are added.

(3)     Moreover, when one can not think of additional search keywords in the case of (2) above, an additional search can not be conducted to reduce the number of instances found.

The present invention was conceived with consideration to such prior arts, and aims to provide a file searching method which enables a file searching with simple operations and in an efficient manner.

[Means to Resolve the Issues]

9016/26288-002 Current/10625719v1

Exhibit _M_ Page _79_

In order to solve the above issues, the present invention provides the following constitution.

That is to say, the present invention provides a file searching method in which search keywords are inputted, and in which files containing said keywords are searched for and outputted, said method comprising an inputting means for inputting at least one search keyword, a first extraction means which extracts a group of files containing the inputted search keywords, a second extraction means which extracts a group of keywords in the group of extracted files which are different from said search keywords, and a display means which displays the group of keywords which are extracted by the second extraction means.

[Operations]

With such a constitution of the present invention, a first extraction means extracts a group of files containing search keywords which are inputted through an inputting means, further a second extraction means extracts a group of keywords which are not the aforementioned search keywords, and a display means displays.

[Embodiments]

Herein below, examples of the present invention are explained in detail referencing the attached figures.

<Simplified Block Diagram (Figure 1)>

Figure 1 illustrates a simplified block diagram of an information processing apparatus pertaining to an example.

In the figure, numerical designator 1 represents a CPU which controls the entire apparatus, and the CPU operates according to processing procedures (whose program is stored in a ROM 1a) depicted in a flowchart in Figure 7, which will be discussed later. Furthermore, numerical designator 1b represents a RAM, which functions as a work area for the CPU 1 or temporarily stores various types of data. Numerical designator 2a represents a keyboard and numerical designator 2b represents a mouse, which is a pointing device. Both are used to input various types of data or to select operations. Numerical designator 3 represents a display device,

4

and numerical designator 4 represents an external memory device, which stores a plurality of files, and is, for example, a hard disk device.

<Explanation of the Outline of Search Processes (Figures 2 through 6) >

Figure 2 illustrates how files are stored in the external memory device 4 which is discussed above. In the example, for the purpose of simplification, the explanations are given based on an assumption that six files in total (the first through sixth files) are already stored as illustrated in the figure. Further, as depicted in the figure, each file has a keyword area containing keywords such as "COMPUTER" which most accurately represent the contents of each file.

When files are stored in this manner, an operator inputs logical expressions using search keywords in order to find only a desired file(s). When the first file is the target of the search and if the operator can only recall "COMPUTER" as a search keyword, however, the first through fifth files are all found as the search results, in the same manner as in the prior arts, thereby making it difficult to proceed further with the search process.

Accordingly, in the data processing apparatus of the example, the search results corresponding to the search keyword "COMPUTER" are displayed in the manner as illustrated in Figure 3. In other words, as illustrated in the figure, not only a keyword 11 and the number of files "5" (for the first through fifth files) which are recognized as matches as a result of the search are displayed, but also, regarding these five files, keywords which are not the previously inputted search keyword, and the number of instances of each of such keywords (numerical designators 13 through 20 in the figure) are displayed. Moreover, numerical designator 21 represents a graphic cursor (hereinafter simply referred to as a cursor) whose motions on the screen are associated with those of the mouse 3. When the cursor 21 is moved to the expression "List of Files Found" 22 which is also displayed at a predetermined position on the screen, and when a predetermined button (a mouse button) of the mouse 3 is pressed, a list of names of the files which were found (the first through fifth files in the case of what is illustrated in the figure) is displayed. (This procedure is described later.)

Now, according to what is displayed on the screen display, it is clear that out of the five files which are found, three files contain the keywords "ARTIFICIAL INTELLIGENCE", that

9016/26288-002 Current/10625719v1

01/29/2008 05:48 PM

Exhibit _M_ Page _81_

there are two files which contain the keywords "AUTOMATIC TRANSLATION," that there are two files which contain the keywords "VOICE RECOGNITION," that there are two files which contain the keyword "NETWORK," that there is one file which contains the keywords "EXPERT SYSTEM," that there is one file which contains the keywords "CHARACTER RECOGNITION," that there is one file which contains the keywords "OFFICE AUTOMATION" and that there is one file which contains the keyword "DATABASE". Thus, the apparatus is extremely user-friendly. In other words, it goes without saying that the apparatus makes it clear what keywords which are not the previously inputted search keyword need to be additionally inputted in order to further reduce the number of files found, but also the apparatus makes it clear that the number of the files will be reduced to two when the keywords "AUTOMATIC TRANSLATION," for instance, are newly added.

Accordingly, an operation to add the new search keywords is required. The desired keywords are identified by moving the mouse 3, thereby moving the cursor 21 in an associating manner to the position of the desired keywords. Such a function saves the effort to input search keywords one by one using the keyboard 2. For example, when the cursor 21 is moved to the search keywords "ARTIFICIAL INTELLIGENCE" and the mouse button is pressed down, search processing is performed using a logical expression of search keywords (COMPUTER ∩ ARTIFICIAL INTELLIGENCE) in which search keywords "ARTIFICIAL INTELLIGENCE" are added to the previously inputted search keyword "COMPUTER". Moreover, it is also possible to conduct a search by further adding search keywords "VOICE RECOGNITION" (COMPUTER ∩ ARTIFICIAL INTELLIGENCE ∩ VOICE RECOGNITION). Figure 4 illustrates an example of how the results of such a search are displayed.

As shown in the figure, as a result of the searching with these three keywords, the number of files found is reduced down to two (the first and second files). When an operator reviews what is displayed and is convinced that the number of files found have been sufficiently reduced, the operator can confirm the names of the files found by moving the cursor 21 to the List of Files Found 22 and pressing the mouse button down. Figure 5 illustrates an example of what is displayed at such an occasion. As can be clearly understood in this display example, names of the two files are displayed. It is also clear that keywords accompanying the files, which are different from the search keywords, are displayed as well. Next, the operator reviews the

6

contents of one (or both) of these files (and the operator may review the contents in a printed form). For example, let us assume that the operator selects the first file. Then, the contents of the first file, File No. 1, are displayed on the display screen as illustrated in Figure 6.

<Explanation of the Search Processing Procedures (Figure 7)>

The processing procedures in the CPU 1 based on the aforementioned processing outline can be explained as illustrated in the flowchart in Figure 7. Herein below, the search processes of the example are explained according to this flowchart.

First in Step S1, the initial search keywords are inputted and then, in following Step S2, search processes are performed based on the search keywords. In Step S3, statistics regarding keywords accompanying the files which are not the search keywords inputted in Step S1 is tabulated, and in Step S4, the search results and the keywords which are not the search keywords are displayed together with the number of instances of each keyword (Figures 3 and 4). In Step S5, it is determined whether the information inputted by the mouse 3 is for additional search keywords or a command input. When the determination finds that the inputted information is for adding search keywords, the logical expression to add new keywords to the previously inputted search keywords is formulated, and the processes of searching, tabulating statistics, and displaying in Step 2 and thereafter are performed.

Now, when the information inputted with the mouse is found in Step S5 to be a command, in other words, an instruction for displaying the list of files found, the processes of Step S7 and thereafter are performed.

In Step S7, a list of names of the files which were narrowed down as a result of the searches is displayed. The operator selects any one of the file names (Step S8) while viewing what is displayed on the screen (Figure 5), and in Step S9, the contents of the selected file are displayed (Figure 6). At this point, expressions such as "CONTINUE," "START FROM THE BEGINNING" and "END" which instruct for various types of processes are displayed on the display screen. In Step S10, a different processing path is taken by selecting one of the expressions with the cursor 21. For example, when the instruction to "CONTINUE" is selected, the processing path leads to Step S7, making it possible to view the contents of another file identified as a result of the searching. When the instruction to "START FROM THE

7

BEGINNING" is selected, the processing path returns to Step S1. Moreover, when the instruction to "END" is selected, the processes described above terminate.

Moreover, in the processes described herein above, the apparatus can be designed so that, when the operator forgets even the initial search keywords, the operator can perform the search processes with the field to fill search keywords left blank (or with inputting a completely unrelated keyword). Further, the apparatus can be designed so that only when it is confirmed that the initial keyword is not included among the keywords for any of the files, or only when information to this effect is inputted, keywords and the number of instances of each of the keywords be displayed. Moreover, when the number of files increases, it is expected that there will be more keywords which are not related to a search. Hence, it is entirely acceptable to design the apparatus so that only the numbers of instances which are the numbers of files found is displayed. On the contrary, it is entirely acceptable to design the apparatus so that only the keywords whose number of instances is, for instance, "5" are displayed.

<Explanation of Another Example (Figures 8 and 9)>

Moreover, when multiple search keywords are known for sure, the procedure to conduct a search by sequentially adding the search keywords one by one as in the example described herein above can be rather cumbersome in some cases. A conceivable example to deal with such a situation is to design an apparatus so that a plurality of keywords can be inputted in Step S1 of the flowchart which was explained herein above. For example, when search keywords "COMPUTER ∩ ARTIFICIAL INTELLIGENCE" are known (even if additional keywords are not known), an apparatus may be designed so that an entry such as "COMPUTER, ARTIFICIAL INTELLIGENCE" be inputted in Step S1 using the keyboard, and a search for "COMPUTER ∩ ARTIFICIAL INTELLIGENCE" is performed in Step S2, after which processing can be performed in the same manner as in the example previously explained.

Furthermore, the present invention does not require that a pointing device such as a mouse be provided for selecting keywords which are displayed on the screen. For example, as shown in Figure 8, in most cases when a database apparatus is constructed by connecting a host computer (a large computer) 81, which is the main part of the data base, and a terminal device 92, which comprises a CPU 1', a display 3', a keyboard 4', a modem 10 and so forth, through a

8

means such as a public telephone line, no consideration is given in the first place to an exchange of information obtained using a pointing device such as a mouse.

In such cases, an apparatus can be designed so that a keyword displayed on the screen can be selected using the keyboard. In other words, the information on the screen display in Figure 3 can be displayed as illustrated in Figure 9. Then, the apparatus can be designed so that inputting, for example, number "1" and number "2" through the keyboard 4 selects keywords "ARTIFICIAL INTELLIGENCE" and "AUTOMATIC TRANSLATION", respectively. In addition, the command for "LIST OF FILES FOUND" can be selected by inputting number "0".

When processing is conducted in the manner described above, the present invention can be implemented even in a database apparatus which is not equipped with a pointing device such as a mouse.

According to the examples explained herein above, in performing a search, searching procedures can be initiated by inputting at least one keyword which is considered to be the most important or which draws the most attention. In addition, even when an operator does not remember any search keyword, the operator can know available keywords by conducting a search while leaving the files to fill search keywords blank and hence, the burden on an operator can be drastically alleviated.

Furthermore, when a new search with additional keywords is further desired based on the results of a search, search keywords can be easily added by simply identifying such keywords which are displayed on the screen, without re-inputting a logical expression as would be required in the conventional examples. Therefore, a failure to execute further searches due to a failure of an operator to think of keywords to be added, which can be often observed in the cases with the conventional examples, can be prevented.

Moreover, occasionally, "unexpected keywords can be found" among a group of files containing related keywords, which facilitates a file search in an efficient manner.

[Advantages of the Invention]

As described herein above, according to the present invention, when at least one search keyword is known, the number of files to be obtained as a result of a search can be reduced.

9016/26288-002 Current/10625719v1

01/29/2008 05:48 PM

4. Brief Explanation of Figures

Figure 1 illustrates a schematic block diagram of a data processing apparatus of an example.

Figure 2 illustrates the relationship between the files stored in an external memory device and the keywords for the respective files.

Figures 3 and 4 illustrate examples of what are displayed during search processing.

Figure 5 illustrates an example in which a list of files found is displayed for the information illustrated in Figure 4.

Figure 6 illustrates an example in which the first file was selected using the information in Figure 5 and the contents of the file are displayed.

Figure 7 illustrates a flowchart of search processes which are conducted in a CPU of an example.

Figure 8 illustrates a schematic block diagram of another example.

Figure 9 illustrates an example of what is displayed under the example in Figure 8.

In the figures, the numerical designators represent the following items:

| | | |
|---|---|---|
| 1, 1' ... CPU | 1a, 1a' ... ROM | 1b, 1b' ... RAM |
| 2, 2' ... Keyboard | 3 ... Mouse, | 4, 4' ... Display device |
| 5 ... External memory device microcomputer | | 2 ... Disk device |
| 3 ... Display | 4 ... Keyboard | 5 ... Mouse |
| 10 ... Modem | 81 ... Host computer | |

Applicant: Canon Inc.

Agent: Yasunori Ohtsuka, Patent Attorney (and 1 other individual)

9016/26288-002 Current/10625719v1



Figure I

| File No. 1 | Computer, Artificial Intelligence, Expert System, Voice Recognition |
|---|---|
| File No. 2 | Computer, Artificial Intelligence, Automatic Translation, Voice Recognition |
| File No. 3 | Computer, Artificial Intelligence, Automatic Translation, Character Recognition |
| File No. 4 | Computer, Network, Office Automation |
| File No. 5 | Computer, Network, Database |
| File No. 6 | Electronics, Telecommunications, Data Compression |

Figure 2

9016/26288-002 Current/10625719v1

01/29/2008 05:48 PM

Exhibit _M_ Page 87



Figure 3

9016/26288-002 Current/10625719v1

Exhibit _M_ Page _88_

01/29/2008 05:48 PM



11'  Search Keywords : Computer, Artificial Intelligence, Voice Recognition

12'  Number of Files  : 2 Files

Breakdown

13'  Expert System  : 1

14'  Automatic Translation  : 1

21

22

Search File List

Figure 4

22: List of Files Found

9016/26288-002 Current/10625719v1

Exhibit M Page 89

01/29/2008 05:48 PM



31

Search Keywords : Computer, Artificial Intelligence, Voice Recognition

File Name

32 File No. 1 : (Expert System)

33 File No. 2 : (Automatic Translation)

21

Figure 5

14

Exhibit _M_ Page _90_

File Name : File No. 1

Title "Applications of AI to Expert Systems"

In recent years, applications of AI (Artificial Intelligence) to expert systems have been remarkable. Expert systems are formed from inference engines and rule-based systems, ..

21

41    42    43

Continue | From the Beginning | End

Figure 6

9016/26288-002 Current/10625719v1

Exhibit _11_ Page _91_

01/29/2008 05:48 PM



Figure 7

Counting other keywords



Figure 8

9016/26288-002 Current/10625719v1

01/29/2008 05:48 PM

Exhibit _M_ Page 92



**Figure 9**

9016/26288-002 Current/10625719v1

01/29/2008 05:48 PM

Exhibit _M_ Page _93_

Ohashi Translators' Note

1)      The numerical designators underlined below do not match what are depicted in the figures.  The translators believe they should read as those in the parentheses which are underlined.

Page 4 of the translation:

In the figure, numerical designator 1 represents a CPU which controls the entire apparatus, and the CPU operates according to processing procedures (whose program is stored in a ROM 1a) depicted in a flowchart in Figure 7, which will be discussed later.  Furthermore, numerical designator 1b represents a RAM, which functions as a work area for the CPU 1 or temporarily stores various types of data.  Numerical designator 2a (2) represents a keyboard and numerical designator 2b (3) represents a mouse which is a pointing device.  Both are used to input various types of data or to select operations.  Numerical designator 3 (4) represents a display device, and numerical designator 4 (5) represents an external memory device which stores a plurality of files, and is, for example, a hard disk device.

Page 5 of the translation:
<Explanation of the Outline of Search Processes (Figures 2 through 6) >

Figure 2 illustrates how files are stored in the external memory device 4 (5) which is discussed above.  In the example, for the purpose of simplification, the explanations are given based on an assumption that six files in total (the first through sixth files) are already stored as shown in the figure.  Further, as shown in the figure, each file has a keyword area containing keywords such as "COMPUTER" which most accurately represent the contents of each file.

Pages 8 and 9 of the translation

Furthermore, the present invention does not require that a pointing device such as a mouse be provided for selecting keywords which are displayed on the screen.  For example, as shown in Figure 8, in most cases when a database apparatus is constructed by connecting a host

computer (a large computer) 81, which is the main part of the data base, and a terminal device 92, which comprises a CPU 1', a display 3' (4'), a keyboard 4' (2'), a modem 10 and so forth, through a means such as a public telephone line, no consideration is given in the first place to an exchange of information obtained using a pointing device such as a mouse.

Figure 8 on page 16 of the translation

Numerical designator 34' for "Display Device" shall read 4'.



**Figure 8**

2) The list of descriptions of numerical designators on page 10 of the translation which are underlined below do not match with what are described in the specification and what the figures illustrate.

1, 1' ... CPU          1a, 1a' ... ROM          1b, 1b' ... RAM

2, 2' ... Keyboard          3 ... Mouse,          4, 4' ... Display device

5 ... External memory device microcomputer          2 ... Disk device

3 ... Display          4 ... Keyboard          5 ... Mouse

10 ... Modem          81 ... Host computer

END of Translators' note



The Empire State Building, 350 Fifth Avenue, Suite 607 New York, NY 10118-6399   Tel: 212-695-9275   Fax: 212-656-1713   www.ohashi-ht.com

# TRANSLATION CERTIFICATE

    I, Takeo Ohashi, President, Ohashi High Technology Corp, the Empire State Building, 350 Fifth Avenue, Suite 607, New York, NY 10118-0607, hereby declare that I have competent knowledge of the Japanese and English languages, and that I have reviewed the accompanying English translation of Laid Open Patent Application Publication No. S64-1030.  I certify that the translation is an accurate representation of Laid Open Patent Application Publication No. S64-1030.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2008.

CERTIFIED by the said Takeo Ohashi.

at 350 Fifth Avenue, Suite 607, New York, NY 10118
this 27th day of February, 2008.

Takeo Ohashi
President

Exhibit _M_ Page _96_