# EXHIBIT N

TO DECLARATION OF ALAN P. BLOCK IN
SUPPORT OF SPEEDTRACK, INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY OF U.S. PATENT NO. 5,544,360

(19) Japan Patent Office (JP)

(12) Japanese Unexamined Patent Application Publication (A)

(11) Publication No.: 64-1030

(43) Publication Date: January 5, 1989

(51) Int. Cl.$^4$:

G06F 7/28

Identification Mark: 310

Reference No.: B-7313-5B

Number of Inventions: 1 (total 10 pages)

Request for Examination: None

(54) File Searching Method

(21) Application No.: 62-155542

(22) Application Date: June 24, 1987

(72) Inventor: Noriyuki Suzuki

c/o Canon Inc.,

3-30-2, Shimomaruko, Ohta-ku, Tokyo

(71) Applicant: Canon Inc.,

3-30-2, Shimomaruko, Ohta-ku, Tokyo

(74) Agent: Yasunori Otsuka and one other (Patent Attorney)

- 1 -

WMT00000768

SPECIFICATION

1. Title of the Invention

    FILE SEARCHING METHOD

2. Claims

(1) A file searching method capable of searching and outputting a corresponding file based on a searching keyword through inputting the searching keyword, the method comprising:

    input means for inputting at least one searching keyword;

    first extraction means for extracting a file group corresponding to the inputted searching keyword;

    second extraction means for extracting a keyword group except the searching keyword among the extracted file groups; and

    display means for displaying the extracted keyword group which is extracted by the second extraction means.

(2) The file searching method of claim 1, wherein the second extraction means extracts the kind and the frequency number of a keyword group.

(3) A file searching method capable of searching a file group which is extracted by the first extracted means through adding a selected keyword to a searching keyword which is inputted by the input means, while a selection means that selects at least one among keyword groups that are additionally displayed is provided.

3. Detailed Description of the Invention

[Industrial Field of Application]

- 2 -

WMT00000769

The present invention relates to a file searching method, in particular, to a file searching method that extracts a file having a keyword by inputting the keyword.

[Prior Art]

As an example, recently, database is frequently used. As to the storage of a file in the database, in general, each file is maintained with including one or more keyword. Generally, the keyword is often selected as a word which most exactly explains the content of the file or is frequently used.

Accordingly, when a desired file is extracted from database, firstly, a keyword probably included in the file (this keyword is referred as a searching keyword) should be inputted. When the input is ended, the keyword corresponding to each file is searched to sequentially output the file (or a file name) which is in accord with the keyword.

For example, as a searching keyword, the information "calculator n artificial intelligence n voice recognition" is inputted with a keyboard, thereby, all of the files that include at least such three keywords are searched. In addition, the "n" is one of logic operators and a mark represents "AND (logical multiply)".

[Problems that the Invention is to Solve]

However, just only with the above file searching processing, the following problems occur.

① All of the searching keywords should be known in advance.

② In case the searching number can not be sufficiently

– 3 –

Exhibit *N* Page 99

WMT00000770

constricted after the searching keyword is searched with an arbitrary logic operation, a logic operation adding a new searching keyword should be inputted.

③ Further, in case a searching keyword which should be added is not provided in case of ②, the more constriction can not be performed.

The present invention is accomplished in consideration of the background art, and provides a file searching method capable of searching a file with a simple manipulation and, furthermore, improving an efficiency.

[Means for Solving the Problems]

To solve the above problems, the present invention provides the following configuration. A file searching method capable of searching and outputting a corresponding file based on a searching keyword through inputting the searching keyword comprises input means for inputting at least one searching keyword; first extraction means for extracting a file group corresponding to the inputted searching keyword; second extraction means for extracting a keyword group except the searching keyword among the extracted file groups; and display means for displaying the extracted keyword group which is extracted by the second extraction means.

[Operation]

As to the configuration of the present invention, based on a searching keyword inputted by the input means, while a corresponding file group is extracted by the first extracting

– 4 –

Exhibit _N_ Page _100_

WMT00000771

means, keyword groups except the searching keyword extracted by the second extracting means are displayed with the display means.

[Embodiments]

Hereinafter, embodiments of the present invention will be described in detail with reference to the attached drawings.

<Block Diagram (Fig. 1)>

Fig. 1 is a schematic block diagram of a data processor in an embodiment of the present invention.

In the drawing, reference numeral 1 indicates CPU that controls the whole apparatus, which is operated according to a processing procedure (this program is stored in ROM1a) of the flowchart in the following Fig. 7. Additionally, 1b indicates RAM, which temporarily stores the work area of CPU1 or various information.

2a indicates a keyboard, while 2b indicates a mouse which is one of pointing devices. All of them input various information or are used in selecting a work. 3 indicates a display apparatus. 4 indicates an outside memory which stores a plurality of files, for example, a hard disk device.

<Description of searching processing outline (Fig. 2 to Fig. 6)>

Fig. 2 illustrates a file that is stored in the outside memory 4. In the embodiment, as shown in the drawing, for brief description, it is presumed that a total of 6 files (first to sixth files) are stored in advance.

- 5 -

Exhibit _N_ Page _101_

As shown, each file has a keyword area which most exactly indicates the content of each file, for example, "calculator". In case such file is stored, an operator inputs logical expressions of a searching keyword for searching only a desired file.

In case just only "calculator" is suggested as a searching keyword, while the file to be searched is the first file, all of the first to the fifth file become searching results as before, thereby, it is difficult to perform a further searching processing.

Therefore, as to the information processor of the embodiment, the searching result on the searching keyword "calculator" is indicated as shown in Fig. 3. That is, as shown, the searching keyword 11 and the file number "5" (first to fifth files) corresponding to the searching result are indicated. Additionally, as to the five files, the kind of keyword which is not related to the previously inputted searching keyword and the frequency (13 to 20 in drawing) are indicated.

Further, reference numeral 21 indicates a graphic cursor (hereinafter, simply a cursor) that moves on the screen by a mouse 3.

The cursor 21 is moved to a searching file list 22 indicated in a predetermined position of the screen to press a predetermined button (mouse button) of the mouse 3. Then, each file name (the first to the fifth file in case of being shown in drawing) which is searched is displayed (described

- 6 -

WMT00000773

in later).

In the meantime, as to the display screen, a file having a keyword "artificial intelligence" exits in 3 of 5 searched files, while a file having keywords "automatic translation", "voice recognition", "network" exits in 2 respectively, and a file having keywords "expert system", "letter recognition", "office automation", "database" exits in 1 respectively.

That is very user friendly. That is, it can be known that the number of the file to be compressed by adding a new keyword, for example, "automatic translation" as well as what kind of keyword except the searching keyword which is previously inputted should be inputted is two so as to compress a file.

Therefore, the manipulation of adding the new searching keyword is required. The cursor 21 is moved to a desired keyword for assignment by moving the mouse 3, thereby, the effort of inputting the searching keyword one by one with the keyboard 2 can be decreased. For example, when the cursor 21 is moved to the searching keyword "artificial intelligence" to press the mouse button, the searching processing is performed with logical expressions (calculator n artificial intelligence) in which "artificial intelligence" is added to the searching keyword "calculator". Additionally, the searching can be performed by adding "voice recognition" (calculator n artificial intelligence n voice recognition). The indication example of searching result is shown in Fig. 4.

As shown, as a result of searching with the three keywords,

Exhibit _N_ Page _103_

WMT00000774

the number of the compressed file is two (first and second files). When an operator determines that the file is sufficiently compressed, the cursor 21 is moved to the searching file list 22 to press the mouse button, thereby, the searched file name can be identified.

The indication example of searching result is shown in Fig. 5. As shown in the display example, two file names are indicated, however, with them, with adding to each file, the keyword which has not been a searching keyword is indicated.

Then, the operator will see (print-out is also available) the content of one (or both) of the files. For example, it is presumed that, here, the first file is assigned. Then, the content of the first file is indicated in the display screen as shown in Fig. 6.

<Description of searching processing sequence (Fig. 7)>

The description of processing sequence of CPU 1 with reference to the above processing outline will be resulted in a flowchart as shown in Fig. 7. Hereinafter, the searching processing in the embodiment will be described according to the flowchart.

In step S1, firstly, an initial searching keyword is inputted. In the next step S2, the searching processing is performed based on the searching keyword. In step S3, the sum except the searching keyword inputted in the step S1 from the keyword attached in each file is obtained. In step S4, the searching result and the keyword except the searching keyword

- 8 -

Exhibit _N_ Page _104_

WMT00000775

are indicated with the frequency (Fig. 3, Fig. 4).

In step S5, it is determined whether the information inputted from the mouse 3 is a searching keyword adding or a command input. In case it is determined that the inputted information means a searching keyword adding, logical expressions added to the previously inputted searching keyword are established, so that each processing of the searching, the summation, and the display after the step S2 is performed.

On the other hand, in case the information inputted from the mouse in step S5 is determined to be information for indicating a searching file list, the processing after the step S7 is performed.

In step S7, the list of each compressed file name as a result of searching is indicated, while the operator selects (step S8) one of the file names, seeing the display screen (Fig. 5). In step S9, the content of the selected file is indicated (Fig. 6). In this time, messages instructing various processing of "continue", "from beginning", "end" are indicated in the display screen. In step S10, the cursor 21 selects one of them to branch off. For example, in case "continue" is selected, processing is moved to step S7, the content of another file which is obtained as a result of searching can be seen. In case "from beginning" is selected, processing goes back to step S1. Additionally, in case "end" is selected, the above processing is ended.

Further, in the above processing, in case the operator

- 9 -

WMT00000776

even forgets the first searching keyword, the searching processing is performed with a blank searching keyword(or inputting a keyword which is not related at all). Just only when it is determined that the first key word is not included in the keywords in all files or the information having such a meaning is inputted, the kind of all keywords and the frequency may be indicated.

In addition, in case the number of files is increased, it is expected that the kind of keyword which is not related to searching is also increased, thereby, it is possible that just only the frequency number according to the number of files is indicated. On the contrary, it is possible that just only the keyword having the frequency number, for example, "5" is indicated.

<Description of another embodiment (Fig. 8, Fig.9)>

In case the number of searching keywords is definitely known, it may be a vexatious processing that the searching keyword is searched by sequentially adding one by one. In this case, in the step S1 of the above flowchart, a plurality of keywords may be inputted.

For example, in case the searching keyword "calculator n artificial intelligence" is clear (though the following keyword may be not clear), the input such as "calculator, artificial intelligence" is allowed in the step S1, thereby, the searching of "calculator ∧ artificial intelligence" is performed in the step S2. Thereafter, the same processing as

- 10 -

Exhibit _N_ Page _106_

WMT00000777

the above embodiment can performed.

However, it is not compulsory to use a pointing device such as a mouse in indicating the keyword displayed in the screen. For example, as shown in Fig. 8, in case the database apparatus is established by connecting with a terminal apparatus 92 through a public telephone circuit, while the terminal apparatus 92 is comprised of a host computer (mainframe computer) 81 that is a main body of database, CPU1', a display 3', a keyboard 4', and a modem 10, mostly, the send-receive of information obtained by a pointing device such as a mouse is not often considered in general.

In this case, the keyword displayed in the screen can be instructed by the keyword. That is, the screen display of Fig. 3 can be performed as in Fig. 9. For example, the keyword "artificial intelligence" can be indicated by inputting the number "1" from the keyword 4, and the keyword "automatic translation" can be indicated by inputting the number "2" respectively. Further, the command "searching file list" can be instructed by inputting the number "0". Thus, the present invention can be applicable to the database which does not have a pointing device such as a mouse.

As described above, according to the embodiment, in performing the searching, the searching can be commenced by inputting at least one keyword which is considered to be most important or which is paid most attention to. Additionally, in case the searching keyword can not be obtained, the searching

- 11 -

WMT00000778

can be performed with a blank searching keyword, thereby, the existing keyword can be found. Therefore, the burden of the operator can be notably decreased.

Furthermore, as a result of searching, in case a further searching is desired to be performed by adding a new keyword, although one more input for logical expressions like the prior art is not performed, the searching keyword can be simply added by just instructing the keyword displayed in the screen.

Accordingly, it does not happen that a further searching can not be performed since the keyword to be added like the prior art cannot be imagined. Additionally, the "finding an unexpected keyword" from a file group having a related keyword sometimes occurs, the efficient file searching can be performed.

[Advantage of the Invention]

As described above, according to the present invention, in case at least one searching keyword is known, it is possible to compress the number of files obtained by searching.

4. Brief Description of the Drawings

Fig. 1 is a schematic block diagram of a data processor in an embodiment of the present invention.

Fig. 2 is a drawing illustrating the relation of each file stored in the outside memory with the keyword of each file.

Fig. 3 and Fig. 4 are drawings illustrating the indication examples in the searching processing.

Fig. 5 is a drawing illustrating the searching file list

– 12 –

WMT00000779

in the indication of Fig. 4.

Fig. 6 is a drawing illustrating the example of selecting a first file, and indicating the content of the file in the indication of Fig. 5.

Fig. 7 is a flowchart of the searching processing of CPU in the embodiment.

Fig. 8 is a schematic block diagram of an example in another embodiment of the present invention.

Fig. 9 is a drawing illustrating an example of searching processing in another embodiment of the present invention.

In the drawings,

1,1'…CPU, 1a. 1a'…ROM, 1b. 1b'…RAM, 2.2'…keyboard, 3…mouse, 4. 4'…display apparatus, 5…outside memory microcomputer, 2…disk apparatus, 3…display, 4… keyboard, 5… mouse, 10…modem, 81…host computer.

Exhibit _N_ Page _109_

WMT00000780



第 1 圖

[Fig. 1]

5: outside memory

4: display apparatus

2: keyboard

| | |
|---|---|
| 第1ファイル | 計算機、人工知能、エキスパートシステム、音声認識 |
| 第2ファイル | 計算機、人工知能、自動翻訳、音声認識 |
| 第3ファイル | 計算機、人工知能、自動翻訳、文字認識 |
| 第4ファイル | 計算機、ネットワーク、オフィスオートメーション |
| 第5ファイル | 計算機、ネットワーク、データベース |
| 第6ファイル | 電気工学、通信、データ圧縮 |

第 2 圖

[Fig. 2]

| | |
|---|---|
| a first file | calculator, artificial intelligence, expert system, voice recognition |
| a second file | calculator, artificial intelligence, automatic translation, voice recognition |
| a third file | calculator, artificial intelligence, automatic translation, letter recognition |
| a fourth file | calculator, network, office automation |
| a fifth file | calculator, network, database |
| a sixth file | electronical engineering, telecommunication, data compression |

- 14 -

Exhibit _N_ Page _110_

WMT00000781

第 3 図

[Fig. 3]

11: searching keyword: calculator

12: file number : 5 cases

details

13: artificial intelligence

14: automatic translation

15: voice recognition

16: network

17: expert system

18: letter recognition

19: office automation

20: database

22: searching file list

Exhibit _N_ Page _111_

WMT00000782



第 4 図

[Fig. 4]

11': searching keyword: calculator, artificial intelligence,
voice recognition

12': file number : 2 case

details

13': expert system

14': automatic translation

22: searching file list

Exhibit _N_ Page _162_

WMT00000783



第 5 図

[Fig. 5]

31: searching keyword: calculator, artificial intelligence, voice recognition

file name

32: a first file: (expert system)

33: a second file: (automatic translation)

Exhibit __N__ Page __113__

WMT00000784

第 6 図

[Fig. 6]

file name: a first file

title "applications on AIa expert system"

    recently, applications on expert system of AI (Artifical/Inteligence) is notable. expert system is, comprised of an inference engine and a rule base system......

41: continue

42: from beginning

43: end

Exhibit _N_ Page 114

WMT00000785



[Fig. 7]

start

S1: keyword input

S2: file searching

S3: other keyword summation

S4: searching result indication

S5: mouse input

→ command

↓ keyword

S6: adding searching keyword

S7: searching file list indication

S8: display file selection

S9: file indication

S10: command selection

← continue

→ from beginning

↓ end

end

Exhibit _N_ Page _115_

WMT00000786



第 8 図

[Fig. 8]

81: host computer, public telephone circuit

10: modem

34': display apparatus

2': keyboard

Exhibit _N_ Page _116_

WMT00000787

第 9 図

[Fig. 9]

searching keyword: calculator

file number: 5 cases

details

1. artificial intelligence

2. automatic translation

3. voice recognition

0. searching file list

Exhibit _N_ Page _117_

WMT00000788