# EXHIBIT O

TO DECLARATION OF ALAN P. BLOCK IN
SUPPORT OF SPEEDTRACK, INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY OF U.S. PATENT NO. 5,544,360

TRANSLATION

(19) JAPANESE PATENT OFFICE (JP)
(12) Official Gazette for Kokai Patent Applications (A)
(11) Japanese Patent Application Kokai Publication No. S64-1030
(51) Int. Cl.$^4$      Ident. Symb.      JPO Tracking No.
    G 06 F  7/28      310              B-7313-5B
(43) Kokai Publication Date: January 5, 1989
    Number of Inventions: 1
    Request for Examination: None submitted
    (Total of 10 pages in the original Japanese)

---

(54)   File Searching Method

(21) Application Filing No.: S62-155542
(22) Application Filing Date: June 24, 1987
(72) Inventor:       Noriyuki Suzuki
                     Canon Inc.
                     30-2 Shimomaruko 3-chome
                     Ohta-ku, Tokyo

(71) Applicant:      Canon Inc.
                     30-2 Shimomaruko 3-chome
                     Ohta-ku, Tokyo

(74) Agent:          Yasunori Ohtsuka, Japanese Patent Attorney
                     (and 1 other individual)

SPECIFICATION

1. Title of the Invention

File Searching Method

2. Claims

(1) A file searching method in which a search keyword is input, and a corresponding file is searched and output on the basis of said keyword, said method comprising:
    an inputting means for inputting at least one search keyword, and
    a first extraction means which extracts a file group corresponding to the input search keyword(s), and
    a second extraction means which extracts a keyword group other than said search keyword(s) in the extracted file group, and
    a display means which displays the keyword group extracted by the second extraction means.

(2) A file searching method of Claim 1, wherein the second extraction means extracts the category of the keyword group and frequency thereof.

(3) A file searching method, provided with a selection means that selects at least one keyword from among keyword groups that are additionally displayed, and that searches file groups selected by the first extraction means by adding a selected keyword to a search keyword inputted by said inputting means.

3. Detailed Description of the Invention

**Industrial Field of Application**

The present invention relates to a file searching method, and in detail, the present invention relates to a file searching method that extracts a file having a keyword by inputting the keyword.

**Prior Art**

Databases, which have become widely used in recent years, are typical examples of this type. The state of storage of a file in this database is such that generally, one or more keywords are typically determined for each file and stored, and normally they most accurately describe the content of each of these files, or often, an expression frequently used in the file is designated as a keyword.

Accordingly, when extracting a desired file, first, the operation of inputting a keyword (this keyword is referred to as a search keyword) considered to be provided to the file is carried out, and when this operation is completed, a keyword corresponding to each file is searched, and matching files (or file names) are sequentially output.

By inputting with a keyboard the information "COMPUTER ∩ ARTIFICIAL INTELLIGENCE ∩ VOICE RECOGNITION" for example, as search keywords, all of the files having at least these three keywords are searched. It should be noted that this ∩ is a logical operation symbol signifying "AND" (a logical product).

**Problems to be Solved by the Invention**

However, the following problems occur with such file search processing.

(1) All search keywords must be known in advance.

(2) In case the number of searches could not be narrowed down to a sufficient volume, as a result of searching the search keywords with an arbitrary logical operation, it is necessary to input a logical operation adding a new search key word.

2

DEN 0032095

Exhibit O Page 119

(3) Moreover, in cases where a search keyword cannot be thought of to be added in the case of (2), it is not possible to perform further narrowing down.

The present invention was conceived with consideration given to such prior art, and provides a file searching method that makes file searching possible with a simple operation that also has enhanced efficiency.

**Means for Solving These Problems**

In order to solve the above problems, the present invention provides the following configuration.

That is, a file searching method in which a search keyword is input, and a corresponding file is searched and output on the basis of said keyword, said method provided with an inputting means for inputting at least one search keyword, and a first extraction means which extracts a file group corresponding to the input search keyword(s), and a second extraction means which extracts a keyword group other than said search keyword(s) in the extracted file group, and a display means which displays the keyword group extracted by the second extraction means.

**Operation**

In such a configuration of the present invention, on the basis of search keyword(s) inputted by the inputting means, in addition to extracting a corresponding file group using the first extraction means, a keyword group other than said keyword group(s) extracted by the second extraction means is displayed by a display means.

**Embodiment**

An embodiment of the present invention is described in detail below with reference to the attached drawings.

*Schematic Block Diagram (FIG. 1)*

FIG. 1 is a schematic block diagram of a data processing device in an embodiment.

In the diagram, reference numeral 1 is a CPU that controls the entire device, operating according to a processing procedure (this program is stored in a ROM 1a) of a flowchart of FIG. 7 described below. Furthermore, 1b is a RAM, which temporarily stores the work area of the CPU 1 or various types of data. 2a is a keyboard, and 2b is a mouse which is a pointing device, and these are used together to input various types of data, and when selecting operations. 3 is a display device, and 4 is an external memory device which stores a plurality of files, for example a hard disk device.

DEN 0032096

*Description of the Search Processing Outline (FIG. 2 – FIG. 6)*

FIG. 2 illustrates the state of the files that are stored in the above-mentioned external memory device 4. In order to simplify the description in the embodiment, it is presumed that a total of 6 files (File No. 1 to File No. 6) have already been stored, as shown. Now, as shown, each file has a keyword area which most accurately represents the content of each file, for example, "COMPUTER."

In case such a file is stored, an operator inputs logical expressions of search keyword(s) to search only for a desired file. However, in cases where the file to be sought is File No. 1, and only "COMPUTER" can be remembered as a search keyword, then the entirety of File No. 1 to File No. 5 is generated as the search result, just like in the prior art, thereby making it difficult to perform further search processing.

Accordingly, in a data processing device of the embodiment, the search results for the search keyword "COMPUTER" are displayed as shown in FIG. 3. That is, as shown, a search keyword 11 and a file number "5" (File No. 1 – File No. 5) corresponding to the search results are, of course, displayed, and in addition, the category of keyword which is not related to the previously input search keyword, and the frequency thereof (13 – 20 in the drawing) are displayed for each of these 5 files. It should be noted that 21 is a graphic cursor (hereinafter, simply a cursor) linked to a screen by a cursor. When this cursor 21 is moved to a search file list 22 which is likewise displayed at a predetermined position on the screen, and a specified button (a mouse button) of a mouse 3 is pressed, a list of the individual file names (in the case of the drawing, File No. 1 to File No. 5) which are searched is displayed (described below).

Now, from the screen display, it is learned that a file having a keyword "ARTIFICIAL INTELLIGENCE" exists in 3 of the 5 searched files, and that 2 files exist respectively having the keywords "AUTOMATIC TRANSLATION," "VOICE RECOGNITION," and NETWORK" and that 1 file each exists having the keywords "EXPERT SYSTEM" "CHARACTER RECOGNITION" "OFFICE AUTOMATION" and "DATABASE." This is very user-friendly. That is, what kind of additional keywords must be added, other than the previously inputted search keywords, is of course also learned, as well as that the number of files is narrowed down to two when a keyword such as "AUTOMATIC TRANSLATION" is newly added.

Accordingly, although the operation of adding this new search keyword is necessary, the cursor 21 is commanded to move to the desired keyword by being linked to the mouse 3. Consequently, this eliminates the labor of inputting the search keywords one-by-one using the keyboard 2. For example, when the cursor 21 is moved to the search keyword "ARTIFICIAL INTELLIGENCE" by pressing a mouse button, search processing is performed using a logical expression (COMPUTER ∩ ARTIFICIAL INTELLIGENCE), with "ARTIFICIAL INTELLIGENCE" added to the previously inputted search keyword "COMPUTER." Moreover, searching can be performed by adding "VOICE RECOGNITION" (COMPUTER ∩ ARTIFICIAL INTELLIGENCE ∩ VOICE RECOGNITION).

4

DEN 0032097

As shown, as a result of searching with these three keywords, the number of files is narrowed down to two (File No. 1 and File No. 2). When an operator looks at this display and determines that the files have been sufficiently narrowed down, the cursor 21 is moved to the search file list 22 by pressing the mouse button, the searched file names can be confirmed. FIG. 5 shows an example of the display at this time. As seen in this display example, two file names are displayed. However, we also see that together with them, added to each file, are keywords that were not the search keywords. Next, the operator will see the content of one (or both) of these files. For example, it is supposed that File No. 1 is designated. If that is the case, then the content of File No. 1 is displayed on the display screen as shown in FIG. 6.

*Description of the Search Processing Procedure (FIG. 7)*

If the search processing procedure of the CPU 1 is described on the basis of the above processing outline, there results a flowchart such as shown in FIG. 7. Search processing in the embodiment is described below according to this flowchart.

In Step S1, first an initial search keyword is imputed. Then, in the following Step S2, search processing is performed on the basis of that search keyword. In Step S3, the keywords added to each respective file, other than the search keyword inputted in Step S1, are tallied, and in Step S4, the search results and the keywords other than the search keywords are displayed together with their frequency (FIG. 3 and FIG. 4). In Step S5, it is determined whether the information inputted by the mouse 3 is to be an additional search keyword or is to be inputted by command. In case it is determined that this input signifies additional search keywords, then logical expressions added to the previously inputted search keywords are formulated, and the processes of searching, tallying, and displaying are performed after the step S2.

Now, in case the information inputted by the mouse in Step S5 is determined to be information for a command, that is, for displaying a search file list, the processing after Step S7 is performed.

In Step S7, a list of the narrowed-down search result file names is displayed, and the operator selects any one of the file names (Step S8) while looking at this display screen (FIG. 5), and in Step S9, the content of the selected file is displayed (FIG. 6). At this time, messages such as "CONTINUE" "FROM THE BEGINNING" and "END" are displayed on the display screen, giving instructions for various types of processing. In Step S10, the cursor 2 is used to select one of these, and branching occurs. For example, if "CONTINUE" is selected, processing moves to Step S7, making it possible to view the contents of another file obtained as a search result. If "FROM THE BEGINNING" is selected, processing returns to Step S1. Moreover, if "END" is selected, the above-described processing is ended.

It should be noted that in the above-described processing, even if the operator forgets the initial search keyword, the search processing is performed with the search

keyword left blank (or a completely unrelated keyword is inputted), and only when it is determined that the initial keyword is not included in the keywords for all of the files, or only when information to this effect has been inputted, may display the category and frequency of all keywords be displayed. Moreover, if the number of files increases, it is expected that the categories of keywords unrelated to the search will also increase, so it is entirely acceptable that only the frequency number is displayed corresponding to the number of files. Conversely, it is also entirely acceptable for only keywords having a frequency number, for example "5," to be displayed.

*Description of Another Embodiment (FIG. 8 and FIG. 9)*

When several search keywords are known for sure, there can be cases in which processing involving searching by sequentially adding search keywords one-by-one, as in the above embodiment, can be troublesome. At such times, an approach whereby a plurality of keywords can be inputted, is conceivable in Step S1 of the flowchart described above. For example, in case the search keywords "COMPUTER ∩ ARTIFICIAL INTELLIGENCE" are certain (even if the following keywords are uncertain), input such as "COMPUTER, ARTIFICIAL INTELLIGENCE" is allowed in Step S1 using the keyboard, and a search for "COMPUTER ^ ARTIFICIAL INTELLIGENCE" is performed in Step S2, after which processing can be performed in the same manner as in the above embodiment.

Incidentally, it is not required to use a pointing device such as a mouse to indicate keywords displayed on the screen. For example, as shown in **FIG. 8**, in case a database device is constructed with a terminal device 92 formed from a host computer (large computer) 81, a CPU 1', a display 3', a keyboard 4', and a modem 10 connected to a public telephone line to form the main database, it is often the case that no consideration is given to the exchange of information using a pointing device such as a mouse.

In such a case, keywords displayed on a screen can be designated using a keyboard. That is, the screen display in **FIG. 3** is performed as shown in **FIG. 9**, for example, by designating the keyword "ARTIFICIAL INTELLIGENCE" by inputting the numeral "1" or by designating the keyword "AUTOMATIC TRANSLATION" by entering the numeral "2" using the keyboard 4. It is also possible to designate the command "SEARCH FILE LIST" by inputting the numeral "0".

If processing is performed as described above, the present invention can be applied even to a database device that is not equipped with a pointing device such as a mouse.

According to the embodiment described above, when performing searching, it is possible to initiate a search by inputting the keyword which is considered to be most important or only at least one keyword which is paid the most attention to. It should be noted that even if the search keyword cannot be remembered, it is possible to determine what categories of keywords exist, as a result of searching with the search keyword left blank, thereby making it possible to greatly reduce the burden on the operator.

Furthermore, as a result of searching, in case further searching is desired to be performed by adding a new keyword, it is possible to simply add a search keyword by merely designating a keyword displayed on the screen, without re-inputting the logical expression once again, as in the prior art example. Therefore, it no longer happens that further searching is not performed because the operator cannot think of keywords to be added, as was the case in the prior art example.

Moreover, "finding unexpected keywords" occurs in a file group having related keywords, thereby making the performance of efficient file searching possible.

**Advantageous Effects of the Invention**

As described above, according to the present invention, if at least one search keyword is known, it is possible to it is possible to narrow down the number of files obtained by searching.

4. <u>Brief Description of the Drawings</u>

FIG. 1 is a schematic block diagram of a data processing device in an embodiment.

FIG. 2 is a table showing the relationship between the files stored in an external memory device and the keywords for the respective files.

FIG. 3 and FIG. 4 illustrate examples of displays in search processing.

FIG. 5 is a drawing showing an example of a search file list when FIG. 4 is displayed.

FIG. 6 is a drawing showing an example of the display of file content when File No. 1 is selected when FIG. 5 is displayed.

FIG. 7 is a flowchart of search processing of a CPU in an embodiment.

FIG. 8 is a schematic block diagram in another embodiment.

FIG. 9 is a diagram illustrates an example of a display in another embodiment.

1, 1' ... CPU, 1a, 1a' ... ROM, 1b, 1b' ... RAM, 2, 2' ... Keyboard, 3 ... Mouse, 4, 4' ... Display device, 5 ... External memory device microcomputer, 2 ... Disk device, 3 ... Display, 4 ... Keyboard, 5 ... Mouse, 10 ... Modem, 81 ... Host computer

Applicant: Canon Inc.
Agent: Yasunori Ohtsuka, Japanese Patent Attorney (and 1 other individual)

7



DEN 0032100



Figure 1

| File No. 1 | Computer, Artificial Intelligence, Expert System, Voice Recognition |
| File No. 2 | Computer, Artificial Intelligence, Automatic Translation, Voice Recognition |
| File No. 3 | Computer, Artificial Intelligence, Automatic Translation, Character Recognition |
| File No. 4 | Computer, Network, Office Automation |
| File No. 5 | Computer, Network, Database |
| File No. 6 | Electronics, Telecommunications, Data Compression |

Figure 2

Figure 7



Figure 3

Exhibit O Page 125

DEN 0032101



Figure 4



Figure 5



Figure 6



Figure 8

DEN 0032103

Exhibit O Page 127



Figure 9

Exhibit O  Page 128

DEN 0032104

## CERTIFICATION OF THE TRANSLATION

I, John F. Bukacek, declare that:

1. I am a certified translator who is knowledgeable and fluent in both the Japanese and English languages.

2. The attached is an independent translation of Japanese Patent Application Kokai (Laid-Open) Publication No. S64-1030 ("File Searching Method") from the Japanese language into the English language, rendered to the best of my knowledge and ability.

John F. Bukacek
6171 N. Sheridan Road, No. 2212
Chicago, Illinois 60660-5841

Date: 17 May 2007