# EXHIBIT P

TO DECLARATION OF ALAN P. BLOCK IN
SUPPORT OF SPEEDTRACK, INC.'S OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY OF U.S. PATENT NO. 5,544,360

**Patent Translation**

19 Japan Patent Office (JP)                              11 Patent Public Application
12 Public Patent Report (A)   Showa 64 (1989)- 1030
51 Int. Cl, Code 310, Office Serial Number B-7313-5B, 43 Public Showa year 64 Jan. 5th
G 06 F 7/28

Examination Requested, Not Requested, Numbers of invention (10 pages)
54 Name of the Invention      File Search Method
21 The application was turned in on Showa 62 (1987) – 155542
22 The application was filed on Showa 62 (1987) June 24th

72 The Inventor, Noriyuki Suzuki 3-30-2 Shimomaruko, Oota-ku, Tokyo-to, Inside Canon, Inc.

71 The Applicant, Canon, Inc. 3-30-2 Shimomaruko, Oota-ku, Tokyo-to

74 The Agent, A Patent Attorney, Yasunori Ootsuka (one more person)

Detailed Statement

1. Name of the invention.
   File Search Method

[The area of the patent application]

(1) The method searches for files, based on the keyword that was typed.  There are methods that one keyword is typed in, and the method that files are found based on the typed keywords:  the 1st method that searches for the files that are not related to the keywords; the 2nd method that displays the keywords.
(2) Features of the 2nd method display the groups of keywords and the numbers that use these keywords as explained in (1).
(3) Also a method can be used that selects at least one keyword from the displayed keyword group,  The selected keyword can be added to the group of keyword that are typed previously in order to search in the group from (1).

1. The Detailed Explanation of the invention.
   The Field where it can be utilized.
   This invention is about the File Search method that you type the keyword to find the files with the keyword within.

[Conventional Technology]
The example of the conventional technology is the database that is used last couple of years.  The file of the database usually contains more than one keywords and the database select the keywords that have the most appropriate explanation or the keyword that are used most often.  You type the keyword (this is called search keywords) that files may contains in order to search for the files you need from the database.  Then it looks for the files that matches the keywords and display them.  For example, if you type "Calculator ∩ Artificial Intelligence ∩ Voice Recognition", the database looks for the files that contain these three keywords. "∩" is a unit in an arithmetic symbol which means "And."

[The issue that the invention solves]

Exhibit P Page 130

The function above will create some errors. 1. The database has to know all the search keywords. 2. If it couldn't narrow the keywords by using logical calculation, it has to use additional calculations with additional search keywords. 3. If it couldn't come up with additional keywords in step 2, it can't narrow them down any further.
This invention makes the search for files much easier than the conventional technologies, this suggest the simple and effective searches of the invention.

[The steps to the solution}

This invention has the structures below to solve the problems. It's the search method that you type the keywords and the files are found based on the keywords in the files; the input method is to type at least one keyword; search method (1) finds the group of files that contains the typed keywords. Search method (2) finds the group of files not containing the keywords. The display method shows the keywords that are extracted from the search method (2).
[Function]

Throughout the structure of this invention, the search method (1) finds the files based on the keywords that are typed in, the search method (2) displays the group of keywords other than the typed keywords.

**Page 3 (181)**

[Examples]

The text below explains the example of the invention along with the attached diagrams.

<Block Summary (Diagram 1)>

Diagram 1 is an example of the data processing device in the block summary form. 1 in the diagram is the control device for the CPU. The control device functions in terms of the procedure in the flowchart. (The program is located in ROM1a) 1b is the RAM and it is also the work area for CPU1 and it temporarily memorizes various information. 2a is the keyboard, 2b is the pointing device (mouse), they input information and they are utilized for selection in the process. 3 is the displaying device. 4 is the external memory device that contains many files such as a hard disc device.

The explanation of data processing search (See diagram 2-diagram 6.)

Diagram 2 shows the files inside the external hard disc device 4, we will not explain the example in detail here, so the diagram assumes that there are 6 files inside (#1 - #6 files). Each file is on a subject that is described by a certain keyword like "calculator."

When these files are stored inside the device, the operator inputs an expression composed of the keywords in order to search the files the operator needs. In this case the operator looks for the #1 file, and if the operator only uses the keyword "calculator," then the result will show all #1- #5 files just like the conventional system. This prevents the further processing for the search. [Refer to diagrams on p.7 (185)].

Diagram 3 shows the example for the data processing device's function, which shows the result of the search for the word "calculator." The search keyword is 11, the # of the result is 5 (#1- #5 files), and then, it shows the keywords that are not related to "calculator" (#13 - #20). 21 is the graphic cursor which moves around on the screen. (We will call it "cursor" from now on), then you move the cursor 21 to the file search index 22 and click it.

The screen shows the searched result of individual name of the files (diagram shows the #1 - #5 files). (It is described later.)

3 of 5 files are found containing the keyword "Artificial Intelligence"; 2 files are found containing the keywords, "Automatic Translation", "Voice Recognition", and "Network"; 1 file is found containing the keywords, "Expert System," "Letter Recognition," "Office Automation," and "Database". This is very user-friendly.

**Page 4 (182)**

In order to narrow down the search besides the keywords you searched, you can add the keyword "Automatic Translation." As a result it comes up as two files.

At this point, you need to input additional keywords, you can use the mouse 3 and move the cursor 21 over to the desired keyword and select it. So you don't have to use keyboard 2 to type the keyword. For example, if you move cursor 21 to the keyword "Artificial Intelligence" and click it, the keyword "Artificial Intelligence" is added to the keyword "calculator," the Boolean (calculator ∩ Artificial Intelligence) is used for the data processing. You can also add the keyword "Voice Recognition" (calculator ∩ Artificial Intelligence ∩ Voice Recognition). This example is shown in diagram 4.

The result of the search by these 3 keywords is 2 files (#1 and #2 file). If the operator is satisfy with the result, he or she can move the cursor 21 to the index 22 and display the names of the files by clicking. This was shown in diagram 5. This also shows the keyword that was not picked as search keywords, besides the names of the 2 files. Then the operator looks at files and picks one or both of them. If he or she picked the file 1, the contents of the file 1 get displayed as in diagram 6.

<The Explanation of the search data processing procedure (diagram 7)>

Diagram 7 flowchart shows the process of CPU when the data processing happens. The examples are explained below along with this flowchart. Step s1 is to input the keyword; step s2 is to start the search with the keyword. Step s3 collects all the keywords except the searched keywords. Step s4 displays the result and the numbers of use by the keywords and all the keywords except the searched keywords (diagrams 3 and 4). Step s5 chooses whether the information from mouse 3 was from the additional keywords or the command. If the input was from the additional keywords, it creates the Boolean for the additional keywords and processes the search, calculation and display. If the information was from the command (in other words, the file search menu), it moves onto the function that is shown in the step s7. Step s7 displays the list of the files that are narrowed down from the search and the operator looks at the screen (diagram 5) and chooses one file from the screen (step s8). Step s9 displays the content of the file (diagram 6).

**Page 5 (183)**

The screen shows the messages, "Connect", "From the Beginning", and "Complete", you select the one of these three commands by using cursor 21 and this selection process happen in the step s10. If you select "Connect", the step s7 lets you see the contents of the other files from the search result. If you select "From the Beginning", the process goes back to the step s1. And if you select "Complete", it ends the process above.
If the operator forgets the first keyword, he or she can leave the space blank and move on (or type in random words). If the random words don't match with any keywords in database, it displays all the keywords. When the numbers of files increase, the groups of keywords that are not related to the search. You can display the keywords according to the numbers of the use or for example, you can only display the keywords which includes "5" in the number of the use.

<The explanation of other examples (diagram 8, diagram 9)>

If you know the some keywords that you want to use in the beginning, you don't have to use the additional keywords function. In this case, as I explained earlier in the step s1 flowchart, you can input multiple keywords. If you know you will search with the keywords "Calculator ∩ Artificial Intelligence"


Exhibit P Page 132

(although you don't know the third word), you type them in step s1 and it searches with "Calculator ∩ Artificial Intelligence" , then you move onto the process I explained earlier.
To select the keywords on the screen, you don't always have to use the pointing device such as a mouse. Using the pointing device such as a mouse is not considered most of the time, when the database device that consist of a host computer (large computer) 81, a CPU, a display 3, keyboard 4 and modem, are used with public telephone line.
In this case, you can type the keyword that is on the screen. Diagram 3 shows the screen and diagram 9 shows the step. For example, you can set to input the keyword "Artificial Intelligence" by typing "1" on keyboard 4, use the command "display file search index" by typing "0".
Therefore this invention could be used on the database device without a pointing device like a mouse.

**Page 6 (184)**

If you have the keywords in your mind, you can start the search by inputting at least one of them. If the operator can't come up with the keyword, he or she can leave the blank and the operator will see what types of keywords are in the system. The effort of the operator will be reduced. When you want to add more keywords, you don't have to use the conventional formula for it, you just select the keyword on the screen. So you don't have to stop the search when you can't come up with additional keywords.
Sometimes, you find the unexpected keywords from the group and this makes the search very effective.

[The Effect of the invention]

As I explained earlier, if you have at least one keyword you want to search, you can narrow the search down.

4. The simple explanation of the diagrams.
Diagram 1 shows the example of the data processing device's block diagram.
Diagram 2 shows the relationship between the files inside the external memory device.
Diagram 3 and 4 shows the process of the display while searching.
Diagram 5 shows the example of the file index from diagram 4.
Diagram 6 shows the contents when the file #1 was selected in diagram 5.
Diagram 7 is the flowchart of the CPU data processing.
Diagram 8 is the block diagram of other example.
Diagram 9 shows the display of search data processing.

The diagram:

1, 1'...CPU, 1a, 1a' ...ROM, 1b, 1b' ...RAM, 2, 2' ...keyboard, 3...mouse, 4,4' displaying device, 5...external memory device micro computer, 2...disc device, 3...display, 4...keyboard, 5...mouse, 10...modem, 81...host computer.

Patent Applicant, Canon, Inc.
Agent A Patent Attorney, Yoshinori Ootsuka (one more person)

**Page 7 (185)**

Diagram 1
1. ROM
2. Keyboard
3. mouse
4. displaying device
5. External Memory Device

Diagram 2



File #1
File #2

C
a
lc
u
l
a
t
o
r  Artificial Intelligence
     Artificial Intelligence

C
a
lc
u
l
a
t
o
r

Calculator

F
il
e
#
3

Calculator

F
il
e
#
4

__Diagram 7

Start
S1 inputting keyword
S2 file search
S3 calculating other keywords -
S4 Search result display
S5 Mouse function
S6 Additional Keywords
S7 List display of searched files
S8 Selecting displayed file
S9 Display of the files
S10 Selecting the command
End

Diagram 3
Searched Keyword: Calculator – 11
# of Files: 5 – 12
Contents
13 Artificial Intelligence
14 Automatic Translation
15 Voice Recognition
16 Network
17 Expert System
18 Letter Recognition
19 Office Automation
20 Database
21
22 Index of the searched files.

**Page 8 (186)**

Diagram 4
11 Searched keywords: Calculator, Voice Recognition
12 # of the files: 2
13 Expert System : 1
14 Automatic Translation
21
22 Index for the searched files

Diagram 5
31 Searched Keywords: Calculator, Artificial Intelligence, Voice Recognition
Name of the files

32 File #1: (Expert System)
33 File #2: (Automatic Translation)

**Page 9 (187)**

Diagram 6
Name of the file: File #1
Title (AIa Application to the Expert System)
Lately, applying AI (Artificial Intelligence) to the expert system is getting popular.  The expert system
consists of reasoning engine and rule-base system...

41 Connect



42 From the beginning
43 Complete

Diagram 8
81 Host Computer
Public Telephone Line
10 Modem
34 Displaying Device
2' Keyboard.

**Page 10 (188)**

Diagram 9Diagram 9Diagram 9
Searched Keyword: Calculator
# of the files: 5

Contents
1. Artificial Intelligence: 3
2. Automatic Translation: 2
3. Voice Recognition: 2
    0.   Index of the searched files

Exhibit ᗡ Page 136