1  HENNIGAN, BENNETT & DORMAN LLP
   Roderick G. Dorman (SBN 96908)
2  dormanr@hbdlawyers.com
   Alan P. Block (SBN 143783)
3  blocka@hbdlawyers.com
   Marc Morris (SBN 183728)
4  morrism@hbdlawyers.com
   Omer Salik (SBN 223056)
5  saliko@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
6  Los Angeles, California 90017
   Telephone: (213) 694-1200
7  Fax: (213) 694-1234

8  Attorneys for Plaintiff,
   SPEEDTRACK, INC.
9
   [SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]
10

11               **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13                 **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. C 06-7336 PJH |
| *Plaintiff*, | |
| v. | [~~PROPOSED~~] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM |
| WAL-MART.COM USA, LLC | Before: Hon. Phyllis J. Hamilton |
| *Defendant*. | DATE: January 28, 2009<br>TIME: 9:00 a.m. |
| ENDECA TECHNOLOGIES, INC. | ACTION FILED: November 29, 2006 |
| *Intervenor*, | |
| v. | |
| SPEEDTRACK, INC. | |
| *Defendant in Intervention*. | |

Case No. 06-CV-07336-PJH                               [PROPOSED] ORDER PERMITTING USE
                                                             OF EQUIPMENT IN COURTROOM

1  PROSKAUER ROSE LLP
   Steven M. Bauer (admitted *Pro Hac Vice*)
2  sbauer@proskauer.com
   Colin G. Cabral (admitted *Pro Hac Vice*)
3  ccabral@proskauer.com
   One International Place
4  Boston, MA  02110
   Tel. (617) 526-9600
5

6  Attorneys for Intervenor,
   ENDECA TECHNOLOGIES, INC.
7

8  FARELLA BRAUN + MARTELL LLP
   Roderick M. Thompson (SBN 96192)
9  rthompson@fbm.com
   Andrew Leibnitz (SBN 184723)
10 aleibnitz@fbm.com
11 235 Montgomery Street, 17th Floor
   San Francisco, California 94104
12 Telephone: (415) 954-4400
   Facsimile:  (415) 954-4480
13

14 Attorneys for Defendant,
   WAL-MART.COM USA, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27
                                              2
28  Case No. 06-CV-07336-PJH                              [PROPOSED] ORDER PERMITTING USE
                                                                OF EQUIPMENT IN COURTROOM

During the hearing scheduled for Friday, January 28, 2009 on the pending cross-motions for summary judgment and associated motions to strike, Plaintiff SpeedTrack, Inc. ("SpeedTrack"), and Defendants Wal-Mart.com USA, LLC ("Wal-Mart") and Endeca Technologies, Inc. ("Endeca"), intend to utilize certain audiovisual equipment to present visual aids to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may bring the following equipment and other items into the courtroom:

    (a) LCD Projector and Screen;

    (b) Elmo projector;

    (c) control and power devices relating to the above equipment;

    (d) miscellaneous cables, power cords, and peripheral equipment; and

    (e) laptops and/or desktop computers with monitors.

2. On the morning of January 28, 2009, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing at 9:00 a.m.

DATED: January 16, 2009           HENNIGAN BENNETT & DORMAN LLP

                                  By  */s/ Alan P. Block*
                                          Alan P. Block

                                  Attorneys for Plaintiff,
                                  SPEEDTRACK, INC.

DATED: January 16, 2009           PROSKAUER ROSE LLP

                                  By  */s/ Steven M. Bauer*
                                          Steven M. Bauer

                                  Attorneys for Defendants,
                                  WAL-MART.COM USA, LLC and
                                  ENDECA TECHNOLOGIES, INC.

3

Case No. 06-CV-07336-PJH                    **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**

1
2
3
4  IT IS SO ORDERED.
5  Dated: 1/21/09
6
7
8

**ORDER**



PHYLLIS J. HAMILTON
United States District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On January 16, 2009, all counsel of record who are registered ECF users were served with a copy of the foregoing document described as **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM** via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

The above-described document was also served on the parties indicated below, by FedEx only:

Chambers of the Hon. Phyllis J. Hamilton
USDC, San Francisco Division
Attn: Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Executed on January 16, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          /S/ Carol Yuson
                                          Carol Yuson

Case No. 06-CV-07336-PJH                                      **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**