HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
Omer Salik (SBN 223056)
saliko@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC. and TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. | Case No. 06-CV-07336-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF SPEEDTRACK, INC.'S REQUEST FOR JUDICIAL NOTICE OF THE U.S. PATENT AND TRADEMARK OFFICE'S DECISION ON ENDECA'S REQUEST FOR REEXAMINATION** <br><br> **[FED.R.EVID. 201]** <br><br> CTRM:   3, 17th Floor <br> JUDGE:   Hon. Phyllis J. Hamilton |
| ENDECA TECHNOLOGIES, INC., <br><br> Intervenor, <br><br> vs. <br><br> SPEEDTRACK, INC., <br><br> Defendant-in-Intervention and Counterclaimant. | |

Having considered Plaintiff SpeedTrack, Inc.'s request, pursuant to Fed. R. Evid. 201, to take judicial notice of the fact that the United States Patent and Trademark Office recently determined that the Kleinberger prior art reference does not raise any new substantial question of patentability of U.S. Patent No. 5,544,360, as set forth in the Decision on Request for Reexamination dated January 12, 2009, and finding good cause thereon, the Court hereby GRANTS SpeedTrack's request and takes judicial notice of such fact.

IT IS SO ORDERED.

DATED: 1/27/09

_____
Hamilton
Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Presented by:

By  /S/ Alan P. Block
         Alan P. Block

HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017

Attorneys for Plaintiff
**SPEEDTRACK, INC.**

-2-

Case No. 06-CV-07336-PJH          [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                   REQUEST FOR JUDICIAL NOTICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

On January 21, 2009, all counsel of record who are registered ECF users were served with a copy of the foregoing document described as **[PROPOSED] ORDER GRANTING PLAINTIFF SPEEDTRACK, INC.'S REQUEST FOR JUDICIAL NOTICE OF THE U.S. PATENT AND TRADEMARK OFFICE'S DECISION ON ENDECA'S REQUEST FOR REEXAMINATION** via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

The above-described document was also served on the parties indicated below, by FedEx only:

Chambers of the Hon. Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483

Executed on January 21, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                     /s/ Carol Yuson
                                                      Carol Yuson