| | |
|---|---|
| 1 | Lary Alan Rappaport (SBN 087614) |
| 2 | Joshua J. Pollack (SBN 215922) |
| | PROSKAUER ROSE LLP |
| 3 | 2049 Century Park East, Suite 3200 |
| | Los Angeles, CA 90067-3206 |
| 4 | Telephone: (310) 557-2900 |
| | Facsimile: (310) 557-2193 |
| 5 | lrappaport@proskauer.com |
| 6 | jpollack@proskauer.com |
| 7 | Steven M. Bauer (Admitted *Pro Hac Vice*) |
| | Colin G. Cabral (Admitted *Pro Hac Vice*) |
| 8 | PROSKAUER ROSE LLP |
| | One International Place |
| 9 | Boston, MA 02110 |
| 10 | Telephone: (617) 526-9600 |
| | Facsimile: (617) 526-9899 |
| 11 | sbauer@proskauer.com |
| | ccabral@proskauer.com |
| 12 | |
| 13 | Attorneys for |
| | ENDECA TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. | Case No. C 06-7336 PJH |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF ATTORNEY APPEARANCES FOR WAL-MART.COM USA, LLC** |
| WAL-MART.COM USA, LLC | |
| *Defendant*. | |
| ENDECA TECHNOLOGIES, INC. | |
| *Intervenor*, | |
| v. | |
| SPEEDTRACK, INC. | |
| *Defendant in Intervention*. | |

1  Having considered the Notice of Withdrawal of Attorney Appearances for
2  Wal-Mart.com USA, LLC filed by counsel for Defendant Endeca Technologies, Inc. (Docket
3  No. 284), the withdrawal of Steven M. Bauer, Joshua J. Pollack, Lary Alan Rappaport, Colin G.
4  Cabral, and the law firm of Proskauer Rose LLP as counsel for Defendant Wal-Mart.com USA,
5  LLC is hereby GRANTED.

7  SO ORDERED by the Court this __1st__ day of __July__ 2009.



Hon. Phyllis J. Hamilton
United States District Court

[PROPOSED] ORDER GRANTING WITHDRAWAL
OF ATTORNEY APPEARANCES FOR WAL-MART.COM USA, LLC
No. C06 7336 PJH