1  HENNIGAN, BENNETT & DORMAN LLP
   RODERICK G. DORMAN (SBN 96908)
2  dormanr@hbdlawyers.com
   ALAN P. BLOCK (SBN 143783)
3  blocka@hbdlawyers.com
   MARC MORRIS (SBN 183728)
4  morrism@hbdlawyers.com
5  865 South Figueroa Street, Suite 2900
   Los Angeles, California 90017
6  Telephone: (213) 694-1200
   Facsimile:  (213) 694-1234
7
   Attorneys for Plaintiff,
8  SPEEDTRACK, INC.

9  **[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14 | SPEEDTRACK, INC. | ) Case No. 06-CV-07336-PJH |
15 | Plaintiff, | ) |
16 | vs. | ) **FIRST JOINT STATUS REPORT RE: STATUS OF THE PENDING REEXAMINATION PROCEEDINGS** |
17 | WALMART.COM USA, LLC, et al., | ) |
18 | Defendants. | ) |
19 | | |
20 | | |
21 | ENDECA TECHNOLOGIES, INC. | |
22 | Intervenor, | |
23 | vs. | |
24 | SPEEDTRACK, INC., | |
25 | Defendant in Intervention and Counterclaimant. | |

Case No. 06-CV-07336-PJH                     FIRST JOINT STATUS REPORT RE: STATUS OF THE
                                                 PENDING REEXAMINATION PROCEEDINGS

Lary Alan Rappaport (SBN 087614)
lrappaport@proskauer.com
Joshua J. Pollack (SBN 215922)
jpollack@proskauer.com
**PROSKAUER ROSE LLP**
**2049 Century Park East**
**Suite 3200**
**Los Angeles, CA 90067-3206**
**Tel. 310-557-2900**
**Fax: 310-557-2193**

Steven M. Bauer (admitted *Pro Hac Vice*)
sbauer@proskauer.com
Colin G. Cabral (admitted *Pro Hac Vice*)
ccabral@proskauer.com
**PROSKAUER ROSE LLP**
**One International Place**
**Boston, MA  02110**
**Tel. (617) 526-9600**

Attorneys for Intervenor
ENDECA TECHNOLOGIES, INC.

FARELLA BRAUN + MARTELL LLP
**RODERICK M. THOMPSON (SBN 96192)**
rthompson@fbm.com
**ANDREW LEIBNITZ (SBN 184723)**
aleibnitz@fbm.com
**235 Montgomery Street, 17th Floor**
**San Francisco, California 94104**
**Telephone: (415) 954-4400**
**Facsimile:  (415) 954-4480**

Attorney for Defendant,
WALMART.COM USA, LLC, et al.

Pursuant to the February 5, 2009 Order Granting Motion to Stay Pending Patent Reexamination (D.I. No. 282), the parties hereby provide the Court with the current status of the pending reexamination of SpeedTrack's U.S. Patent No. 5,544,360.

Endeca Technologies, Inc. ("Endeca") filed a Request for Reexamination on October 24, 2008, based on eight references. On January 12, 2009, the United States Patent and Trademark Office ("PTO") granted Endeca's Request for Reexamination as to four of the references, but denied Endeca's Request for Reexamination as to the other four references.

The next action to be taken in the Reexamination proceeding following the grant of the Request as to the four references is for the PTO to issue a substantive office action. The PTO has not yet issued such a substantive office action.

In accordance with the Court's Order, the parties shall provide the Court with another joint status report on the status of the pending reexamination in six months.

DATED:  August 5, 2009          HENNIGAN BENNETT & DORMAN LLP

By    */s/ Alan Block*
      Alan Block
Attorneys for Plaintiff, SPEEDTRACK, INC.

DATED:  August 5, 2009          PROSKAUER ROSE LLP

By    */s/ Steve Bauer*
      Steve Bauer
Attorneys for Intervenor,
ENDECA TECHNOLOGIES, INC.

DATED:  August 5, 2009          FARELLA BRAUN + MARTEL LLP

By    */s/Roderick M. Thompson*
      Roderick M. Thompson

ATTORNEYS FOR DEFENDANT,
WALMART.COM USA, LLC, et al.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On August 5, 2009, all counsel of record who are registered ECF users are being served with a copy of the foregoing document described as **FIRST JOINT STATUS REPORT RE: STATUS OF THE PENDING REEXAMINATION PROCEEDINGS** via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

I caused the document listed above to be transmitted by **FedEx** to the individual on the service list as set forth below only:

Chambers of the Hon. Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483

Executed on August 5, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/S/ Carol Yuson
Carol Yuson