HENNIGAN, BENNETT & DORMAN LLP
Roderick G. Dorman (SBN 96908)
dormanr@hbdlawyers.com
Alan P. Block (SBN 143783)
blocka@hbdlawyers.com
Marc Morris (SBN 183728)
morrism@hbdlawyers.com
Omer Salik (SBN 223056)
saliko@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALMART.COM USA, LLC, et al., <br><br> Defendants. <br><br>――――――――――――――― <br><br> ENDECA TECHNOLOGIES, INC., <br><br> Intervenor, <br><br> vs. <br><br> SPEEDTRACK, INC., <br><br> Defendant-in-Intervention and Counterclaimant. | Case No. 06-CV-07336-PJH <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY PLAINTIFF SPEEDTRACK, INC. TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> **[LOCAL RULE 3-12]** |

Case No. 06-CV-07336-PJH          [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                   ADMINISTRATIVE MOTION

The Court, having considered the Administrative Motion By Plaintiff SpeedTrack, Inc. to Consider Whether Cases Should Be Related and any opposition thereto, and finding good cause thereon, hereby GRANTS SpeedTrack's motion.

The recently-filed case of *SpeedTrack, Inc. v. Amazon.com, Inc*., et. al., Case No. 09-CV-04479-EDL (the "Amazon Action") is related to the earlier-filed cases of SpeedTrack, Inc. v. Wal-Mart Stores, Inc., et. al., Case No. 06-CV-07336-PJH and *SpeedTrack, Inc. v. Office Depot, Inc., et. al.*, Case No. 07-CV-03602-PJH.

Accordingly, the Court directs the Clerk to reassign the Amazon Action to Judge Hamilton and to notify Magistrate Judge La Porte and all parties.

DATED:

Hon. Phyllis J. Hamilton
United States District Judge

Presented by:

/S/ Alan P. Block

HENNIGAN, BENNETT & DORMAN LLP

Attorneys for Plaintiff,
SPEEDTRACK, INC.

-1-

Case No. 06-CV-07336-PJH            [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION

759775