United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

    v.

WALMART.COM, et al.,

    Defendants.

_____/

No. C 06-7336 PJH

**ORDER DENYING MOTION TO ENJOIN AND DISMISS**

On November 18, 2009, intervenor Endeca Technologies, Inc.'s ("Endeca") motion to enjoin and dismiss came on for hearing before this court.  Endeca appeared through its counsel, Melissa Siegelman, and SpeedTrack appeared through its counsel, Roderick G. Dorman.  The court has considered Endeca's motion and reply papers, including the declarations of John P. Kelleher, Esq., and Melissa A. Siegelman, Esq. in support of Endeca's motion to enjoin and dismiss, and has considered plaintiff SpeedTrack's opposition brief, together with the declaration of Alan P. Block in support of plaintiff's opposition to Endeca's motion to enjoin and dismiss.  Further, the court heard and considered oral argument on this cause.

Endeca seeks an order enjoining SpeedTrack, Inc. from commencing any further patent infringement lawsuits against any Endeca customer.  It also seeks an order requiring SpeedTrack to file a notice dismissing Endeca's customers from the action captioned SpeedTrack, Inc. v. Amazon, Inc., et al., No. C 09-4479 (N.D. Cal.)(filed September 23, 2009)("Amazon Action").

Having carefully reviewed the parties' papers and considered the arguments and the relevant legal authority, and for the reasons stated on the record at the hearing, the court

hereby DENIES Endeca's Motion to Enjoin and Dismiss. Endeca has failed to sustain its burden to factually demonstrate that it is entitled to the injunctive relief it seeks, pursuant to the standards enunciated by the Ninth Circuit in <u>American Chem. Paint Co. v. Thompson Chem. Corp</u>., 244 F.2d 64 (9th Cir. 1957). Moreover, as a matter of comity, the court declines to order dismissal of parties from an action over which the undersigned does not preside.

**IT IS SO ORDERED.**

Dated: December 3, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge