HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

**[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>            Plaintiff,<br><br>       vs.<br><br>WALMART.COM USA, LLC, et al.,<br><br>            Defendants.<br><br>ENDECA TECHNOLOGIES, INC.<br><br>            Intervenor,<br><br>       vs.<br><br>SPEEDTRACK, INC.,<br><br>            Defendant in Intervention<br>            and Counterclaimant. | Case No. 06-CV-07336-PJH<br><br>**THIRD JOINT STATUS REPORT RE: STATUS OF THE PENDING REEXAMINATION PROCEEDINGS** |

Case No. 06-CV-07336-PJH                                   THIRD JOINT STATUS REPORT RE: STATUS OF THE
                                                                                        PENDING REEXAMINATION PROCEEDINGS

Lary Alan Rappaport (SBN 087614)
lrappaport@proskauer.com
Joshua J. Pollack (SBN 215922)
jpollack@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:    (310) 557-2193

Steven M. Bauer (admitted *Pro Hac Vice*)
sbauer@proskauer.com
Melissa A. Siegelman (admitted *Pro Hac Vice*)
msiegelman@proskauer.com
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA  02110
Telephone:  (617) 526-9600
Facsimile:    (617) 526-9899

Attorneys for Plaintiff in Intervention
ENDECA TECHNOLOGIES, INC.

Roderick M. Thompson (SBN 96192)
rthompson@fbm.com
Andrew Leibnitz (SBN 184723)
aleibnitz@fbm.com
FARELLA BRAUN & MARTELL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant,
WALMART.COM USA, LLC,

Case No. 06-CV-07336-PJH   THIRD  JOINT STATUS REPORT RE: STATUS OF THE PENDING REEXAMINATION PROCEEDINGS

1  Pursuant to the February 5, 2009 Order Granting Motion to Stay Pending Patent
2  Reexamination (D.I. No. 282), the parties hereby provide the Court with the current status of the
3  pending reexamination of SpeedTrack's U.S. Patent No. 5,544,360 (the "'360 patent").
4  The reexamination of the '360 patent is still currently pending, as discussed below.
5  Endeca Technologies, Inc. ("Endeca") filed an *ex parte* Request for Reexamination on
6  October 24, 2008, based on eight references and sought reexamination of all of the claims asserted
7  by SpeedTrack in the litigation, i.e., claims 1-4, 7, 11-14, 20 and 21 of the '360 patent. The United
8  States Patent and Trademark Office ("PTO") granted Endeca's Request for Reexamination on
9  January 12, 2009.
10  On December 10, 2009, the PTO issued its first Office Action. The PTO Office Action
11  confirmed the validity of claim 14 of the '360 patent, which is asserted in the pending litigation, but
12  also rejected all of the remaining asserted claims 1-4, 7, 11-13, 20 and 21 of the '360 patent.
13  On February 24, 2010, SpeedTrack filed with the PTO a written response to the Office
14  Action. The next action is for the PTO to issue a response to SpeedTrack's written response, but the
15  PTO has not yet issued its response.
16  In accordance with the Court's Order, the parties shall provide the Court with another joint
17  status report on the status of the pending reexamination by February 5, 2011.

20  DATED:  August 2, 2010                    HENNIGAN BENNETT & DORMAN LLP

22                                             By _____*/s/ Alan Block*_____
                                                        Alan Block
23                                             Attorneys for Plaintiff, SPEEDTRACK, INC.

| | | |
|---|---|---|
| 1 | DATED:  August 2, 2010 | PROSKAUER ROSE LLP |
| 2 | | |
| 3 | | By  /s/ Steve Bauer |
| 4 | | Steve Bauer<br>Attorneys for Intervenor,<br>ENDECA TECHNOLOGIES, INC. |
| 5 | DATED:  August 2, 2010 | FARELLA BRAUN + MARTEL LLP |
| 6 | | |
| 7 | | |
| 8 | | By  /s/Andrew Leibnitz<br>Andrew Leibnitz |
| 9 | | Attorneys for Defendants,<br>WALMART.COM USA, LLC, et al. |

-2-

Case No. 06-CV-07336-PJH                                    THIRD JOINT STATUS REPORT RE: STATUS OF THE
                                                                                       PENDING REEXAMINATION PROCEEDINGS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On August 2, 2010, all counsel of record who are registered ECF users are being served with a copy of the foregoing document described as **THIRD JOINT STATUS REPORT RE: STATUS OF THE PENDING REEXAMINATION PROCEEDINGS** via the Electronic Case Filing Program of the United States District Court for the Northern District of California per Local Rule 5-3.3.

I caused the document listed above to be transmitted by **FedEx** to the individual on the service list as set forth below only:

> Chambers of the Hon. Phyllis J. Hamilton
> United Stated District Court, Oakland Division
> *Attn*: Regarding SpeedTrack Litigation
> 1301 Clay Street
> 3rd Floor, Courtroom 3
> Oakland, CA 94612-5212

Executed on August 2, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                 /S/ Carol Yuson
                                                         Carol Yuson