UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: April 7, 2011 (Time: 25 minutes)    JUDGE: Phyllis J. Hamilton

Case No: C-06-7336 PJH

Case Name: Speedtrack, Inc. v. Wal-Mart.com USA, et al.

Attorney(s) for Plaintiff:   Roderick Dorman
Attorney(s) for Defendant:   Steven Bauer

Deputy Clerk: Nichole Heuerman    Court Reporter: Not Reported

PROCEEDINGS

Case Management Conference-Held. The court will allow limited discovery so the deposition of the 2 sources can be taken. The limited discovery shall be completed within 30 days. Defendant shall have 2 weeks to submit a supplemental report and plaintiff shall have 2 weeks for rebuttal.

The pending motions for summary judgment and motions to strike are terminated. The court sets a briefing schedule for dispositive motions. The motions shall be filed by 7/6/11; oppositions shall be filed by 7/20/11; replies shall be filed by 7/27/11 with a hearing to be noticed for 8/10/11 at 9:00 a.m. The parties are handed copies of the court's pretrial instructions.

REFERRALS:
[x] Case re-referred to (direct) Magistrate Judge Spero for SETTLEMENT CONFERENCE to take place as soon as his calendar permits.

Order to be prepared by:   [] Pl [] Def [] Court

Notes:

cc: chambers; JCS; Sue