UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

        Plaintiff(s),                           No. C 06-7336 PJH

    v.                                  **ORDER CONTINUING HEARING DATE**

WAL-MART STORES, INC., et al.,

        Defendant(s).

_____/

Before the court is the stipulation and proposed order continuing the hearing date for the pending dispositive motions from August 10 to August 24, 2011. The request is granted insofar as August 10, 2011, presents a problem for defendants' counsel, given that the court intended to vacate this date in any event. However, August 24, 2011 is not available and the court's calendar is full for most of the succeeding Wednesdays. Given the court's unavailability on four Wednesdays in October-November, and to permit an adequate opportunity for the court to prepare for the hearing, it is continued to **November 16, 2011 at 9:00 a.m.**

    **IT IS SO ORDERED.**

Dated: August 4, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge