MCKOOL SMITH HENNIGAN PC
Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
Marc Morris (SBN 183728)
mmorris@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

[SEE ATTACHED PAGE FOR ADDITIONAL COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>WAL-MART.COM USA, LLC<br><br>　　　　　*Defendant*. | Case No. C 06-7336 PJH<br><br>**[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM**<br><br>Before: Hon. Phyllis J. Hamilton<br><br>DATE: November 16, 2011<br>TIME:  9:00 a.m.<br><br>ACTION FILED: November 29, 2006 |
| ENDECA TECHNOLOGIES, INC.<br><br>　　　　　*Intervenor*,<br><br>v.<br><br>SPEEDTRACK, INC.<br><br>　　　　　*Defendant in Intervention*. | |

PROSKAUER ROSE LLP
Steven M. Bauer (admitted *Pro Hac Vice*)
sbauer@proskauer.com
Colin G. Cabral (admitted *Pro Hac Vice*)
ccabral@proskauer.com
One International Place
Boston, MA  02110
Tel. (617) 526-9600

Attorneys for Intervenor,
ENDECA TECHNOLOGIES, INC. and
WAL-MART.COM USA, LLC

FARELLA BRAUN + MARTELL LLP
Roderick M. Thompson (SBN 96192)
rthompson@fbm.com
Andrew Leibnitz (SBN 184723)
aleibnitz@fbm.com
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant,
WAL-MART.COM USA, LLC

-2-

Case No. 06-CV-07336-PJH                         [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM

During the hearing scheduled for Wednesday, November 16, 2011, Plaintiff SpeedTrack, Inc. ("SpeedTrack"), and Defendants Wal-Mart.com USA, LLC ("Wal-Mart") and Endeca Technologies, Inc. ("Endeca"), intend to utilize certain audiovisual equipment to present visual aids to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may bring the following equipment and other items into the courtroom:
   (a) LCD Projector and Screen;
   (b) Elmo projector;
   (c) control and power devices relating to the above equipment;
   (d) miscellaneous cables, power cords, and peripheral equipment; and
   (e) laptops computers with monitors and/or iPads.

2. On the morning of November 16, 2011, the parties may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed with the hearing at 9:00 a.m.

DATED: November 10, 2011          HENNIGAN BENNETT & DORMAN LLP


                                  By      */s/ Alan P. Block*
                                              Alan P. Block

                                  Attorneys for Plaintiff,
                                  SPEEDTRACK, INC.

DATED: November 10, 2011          PROSKAUER ROSE LLP


                                  By      */s/ Steven M. Bauer*
                                              Steven M. Bauer

                                  Attorneys for Defendants,
                                  WAL-MART.COM USA, LLC and
                                  ENDECA TECHNOLOGIES, INC.

-3-

Case No. 06-CV-07336-PJH                    [PROPOSED] ORDER PERMITTING USE OF
                                                    EQUIPMENT IN COURTROOM

Case4:06-cv-07336-PJH Document344 Filed11/15/11 Page4 of 4

**ORDER**

IT IS SO ORDERED.

Dated: 11/15/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

-4-

Case No. 06-CV-07336-PJH

[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM