Lary Alan Rappaport (SBN 087614)
Joshua J. Pollack (SBN 215922)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
lrappaport@proskauer.com
jpollack@proskauer.com

Steven M. Bauer (Admitted *Pro Hac Vice*)
Colin G. Cabral (Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
ccabral@proskauer.com

Attorneys for
ENDECA TECHNOLOGIES, INC. and WAL-MART.COM USA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>WAL-MART.COM USA, LLC<br><br>*Defendant*.<br><br>ENDECA TECHNOLOGIES, INC.<br><br>*Intervenor*,<br><br>v.<br><br>SPEEDTRACK, INC.<br><br>*Defendant in Intervention*. | Case No. C 06-7336 PJH<br><br>**DECLARATION OF COLIN CABRAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO SPEEDTRACK'S MOTION TO AMEND ITS FINAL INFRINGEMENT CONTENTIONS**<br><br>Before: Hon. Phyllis J. Hamilton<br><br>HEARING DATE: February 8, 2012<br>TIME:  9:00 a.m.<br>ACTION FILED: November 29, 2006 |

I, Colin Cabral, hereby declare:

1. I am over the age of 18 and capable of testifying to the facts set forth herein.

2. I am an associate with Proskauer Rose LLP and counsel to Wal-Mart.com USA, LLC ("Walmart.com") and Endeca Technologies, Inc. ("Endeca") in this case.

3. Attached hereto as Exhibit A is a true and correct copy of SpeedTrack's final infringement contentions, submitted in SpeedTrack's Response to Endeca's Interrogatory No. 1 (with exhibits), dated July 21, 2008.

4. Attached hereto as Exhibit B is a true and correct copy of Endeca's Supplemental Response to Interrogatory Nos. 1, 3, and 4, dated July 31, 2008.

5. Attached hereto as Exhibit C is a true and correct copy of Endeca's Supplemental Response to Interrogatory No. 4, dated August 8, 2008.

6. Attached hereto as Exhibit D is a true and correct copy of Endeca's Supplemental Response to Interrogatory No. 4, dated June 23, 2011.

7. Attached hereto as Exhibit E is a true and correct copy of an excerpt from the Court's November 16, 2011 hearing on the parties' dispositive motions on liability issues.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Prosecution History of the '360 Patent, bearing Bates numbers SPEED 7, and 172-189.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 16, 2011.

    /s/ Colin Cabral

DECLARATION OF COLIN CABRAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO SPEEDTRACK'S MOTION TO AMEND ITS FINAL INFRINGEMENT CONTENTIONS
Case No. C 06-7336