# EXHIBIT A

1  HENNIGAN, BENNETT & DORMAN LLP
   **RODERICK G. DORMAN (SBN 96908)**
2  dormanr@hbdlawyers.com
   **ALAN P. BLOCK (SBN 143783)**
3  blocka@hbdlawyers.com
   **MARC MORRIS (SBN 183728)**
4  morrism@hbdlawyers.com
   **865 South Figueroa Street, Suite 2900**
5  **Los Angeles, California 90017**
   **Telephone: (213) 694-1200**
6  **Facsimile:  (213) 694-1234**
7
   Attorneys for Plaintiff,
8  SPEEDTRACK, INC.
9
10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                SAN FRANCISCO DIVISION
13
   SPEEDTRACK, INC.                  )  Case No. 06-CV-07336-PJH
14                                    )
                   Plaintiff,         )
15                                    )
        vs.                           )  **SPEEDTRACK, INC.'S RESPONSE TO**
16                                    )  **INTERVENOR ENDECA**
                                      )  **TECHNOLOGIES, INC.'S**
17 WAL-MART STORES, INC., THE HERTZ   )  **INTERROGATORY NO. 1**
   CORPORATION, ENDECA NAVIGATION,    )
18 INC., and TOYOTA MOTOR SALES, U.S.A.,)
   INC.                               )
19                                    )
                   Defendants.        )
20                                    )
                                      )
21 ────────────────────────────────── )
22
23
24
25            CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
26
27
28

1    Plaintiff Speedtrack, Inc. (hereinafter "SPEEDTRACK") hereby responds and objects to

2    Intervenor Endeca Technologies, Inc.'s (hereinafter "Endeca's") Interrogatory No. 1 consistent with

3    the Federal Rules of Civil Procedure.

4    **GENERAL STATEMENTS**

5    SPEEDTRACK incorporates by reference each and every General Objection set forth below

6    into each and every specific response.  From time to time a specific response may repeat a General

7    Objection for emphasis or some other reason.  The failure to include any General Objection in any

8    specific response shall not constitute a waiver of any General Objection to that request.

9    1.   SPEEDTRACK is providing its response to Interrogatory No. 1 in less time than that

10   permitted by Fed.R.Civ.P. 33(b)(3) based on an agreement with defendants to do so.

11   SPEEDTRACK's agreement with defendants, however, does not extend to any of Interrogatory Nos.

12   2-5, which are also contained in Endeca's First Set of Interrogatories to SPEEDTRACK.  Thus, for

13   Interrogatory Nos. 2-5, the time required for SPEEDTRACK to serve answers and objections to

14   those Interrogatories shall be governed by Fed.R.Civ.P. 33(b)(3).

15   2.   By responding to Interrogatory No. 1, SPEEDTRACK does not waive any objection that

16   may be applicable to:  (1) the use, for any purpose, by SPEEDTRACK of any information given in

17   response to the Interrogatories; or (2) the admissibility, privilege, relevancy, authenticity, or

18   materiality of any of the information to any issue in the case.  SPEEDTRACK expressly reserves the

19   right to object to the use of these responses and the subject matter contained in them during any

20   subsequent proceeding, including the trial of this or any other action.

21   3.   SPEEDTRACK's response to Interrogatory No. 1 is made to the best of

22   SPEEDTRACK's present knowledge, information, and belief.  These are not SPEEDTRACK's final

23   infringement contentions, as SPEEDTRACK's infringement contentions are subject to expert

24   testimony, which is not to be exchanged until a later date, pursuant to the Court's Scheduling Order

25   and SPEEDTRACK's investigation is ongoing.  Defendants have not yet provided SPEEDTRACK

26   with their non-infringement contentions, even though SPEEDTRACK requested that they be

27   provided long ago.  Additionally, SPEEDTRACK has not yet received responses from either Endeca

28   or Wal-Mart to outstanding Interrogatories and Requests for Admission.  SPEEDTRACK has not

1  completed its depositions of Wal-Mart and Endeca on infringement issues.  SPEEDTRACK has

2  noticed, for the first week of August, a 30(b)(6) deposition of Wal-Mart directed in part to

3  infringement issues relating to Wal-Mart's portion of its website and a deposition of Jim Fitzgerald,

4  one of Endeca's engineers.  SPEEDTRACK's response to Interrogatory No. 1 therefore is at all

5  times subject to seasonal supplementation and amendment as SPEEDTRACK receives responses to

6  this outstanding discovery and completes its noticed depositions.  SPEEDTRACK therefore reserves

7  all rights to supplement or modify its response to Interrogatory No. 1.

8       4.   By stating that it will provide information or produce documents in response to any

9  particular interrogatory, SPEEDTRACK makes no representation that any such information or

10  documents exist.

11                          **GENERAL OBJECTIONS**

12       5.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks information

13  protected from disclosure by the attorney-client privilege, information protected from disclosure by

14  the work-product doctrine, trial preparation materials protected under Fed. R. Civ. P. 26(b)(3), or

15  information protected from disclosure by any other applicable privilege, immunity, or protection.

16  The inadvertent identification or production of any such information or documents is not a waiver of

17  any privilege, immunity, or protection.  SPEEDTRACK will not list on any privilege log any item

18  created in connection with this litigation, except for items SPEEDTRACK may from time to time

19  decide to include on such log.  This includes confidential communications seeking or providing

20  legal advice between SPEEDTRACK (or its agents) and attorneys (or their agents) representing

21  SPEEDTRACK in connection with such representation.  It also includes work product performed by

22  SPEEDTRACK (or its agents) or its attorneys (or their agents) in connection with investigating

23  ENDECA's allegations in this action.

24       6.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks information already

25  in ENDECA's possession, or information that is a matter of public record or otherwise equally

26  available to ENDECA.

27       7.   SPEEDTRACK objects to Interrogatory No. 1, and to the "Definitions" and

28  "Instructions" contained in the Interrogatories, to the extent they seek to impose obligations upon

SPEEDTRACK that are additional to, different from, inconsistent with, greater than, and/or not authorized by the Federal Rules of Civil Procedure, the Local Rules of the United States Court for the Central District of California, applicable court orders, or stipulations or agreements of the parties.  In responding to the Interrogatories, SPEEDTRACK will comply with the obligations imposed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court of the Northern District of California, applicable court orders, and stipulations or agreements of the parties.

8.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks information and/or the production of documents that SPEEDTRACK is under an obligation to any third party not to disclose, including information or documents that would require SPEEDTRACK to breach a confidential contract, protective order, settlement, or other duty to a third party to maintain confidentiality.

9.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks the same information or documents:  (1) requested by one or more of ENDECA's other interrogatories, (2) requested by any document request served by ENDECA; or (3) already produced in SPEEDTRACK's Rule 26(A)(1) Initial Disclosures.  To the extent SPEEDTRACK agrees to produce information or documents, it will do so only once, regardless of the number of interrogatories or document request to which it is responsive.

10. SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks information irrelevant to any claim or defense, or not reasonably calculated to lead to the discovery of admissible evidence.  Such irrelevant information includes, but is not limited to, interrogatories that request information or the production of documents and things beyond the relevant temporal and/or geographic scope of this matter.

11.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it is compound, or through the use of discrete subparts or otherwise exceed the permissible number of interrogatories permitted by Fed. R. Civ. P. 33 or the Court's order.

12.   SPEEDTRACK objects to Interrogatory No. 1 to the extent it is premature.  Such premature requests include, without limitation, requests for SPEEDTRACK's contentions and

1  requests that SPEEDTRACK "IDENTIFY ALL FACTUAL BASES".  SPEEDTRACK's responses

2  to at least some of these interrogatories require discovery from ENDECA and/or third parties.

3          13.    SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks discovery of

4  materials within the scope of Fed. R. Civ. P. 26(b)(4)(A), and therefore constitutes an improper and

5  premature attempt to conduct discovery of expert opinion.

6          14.    SPEEDTRACK objects to Interrogatory No. 1 to the extent it purports to attribute any

7  special or unusual meaning to any technical terms, phrases, or claim limitations.

8          15.    SPEEDTRACK objects to each interrogatory in the Interrogatories to the extent it calls

9  for information or for the production of documents and/or things that are not within

10  SPEEDTRACK's possession, custody, or control, or calls for SPEEDTRACK to prepare documents

11  and/or things that do not exist.

12          16.    SPEEDTRACK objects to Interrogatory No. 1 to the extent it is overly broad, unduly

13  burdensome, oppressive, or constitutes an abuse of process, particularly when the cost necessary to

14  investigate is high compared to Plaintiffs' need for the information.

15          17.    Consistent with Fed. R. Civ. P. 33(d), SPEEDTRACK objects to providing a response

16  to Interrogatory No. 1 where the information can be derived from documents that are being

17  produced, and where the burden to derive such information is substantially the same for ENDECA

18  as it is for SPEEDTRACK.

19          18.    SPEEDTRACK objects to Interrogatory No. 1, and to the "Definitions" and

20  "Instructions" contained in the Interrogatories, to the extent they purport to alter the plain meaning

21  and/or scope of any specific interrogatory, where such alteration renders the interrogatory vague,

22  ambiguous, overly road, and uncertain.

23          19.    SPEEDTRACK objects to Interrogatory No. 1 to the extent it requires SPEEDTRACK

24  to respond on behalf of entities that are not party to this litigation, including Nisus Software, Inc.

25  and all past and present officers, directors, employees, agents, representatives, consultants,

26  managers, partners, or attorneys thereof.  SPEEDTRACK further objects to the Interrogatories to the

27  extent that the Interrogatories requests that SPEEDTRACK, and only SPEEDTRACK, answer the

28  propounded interrogatories and then proceeds to direct the interrogatories to entities other than

1  SPEEDTRACK.

2        SPEEDTRACK objects to Interrogatory No. 1 to the extent it seeks legal conclusions or

3  presents questions of pure law.

4                                            **RESPONSE**

5  **INTERROGATORY NO. 1:**

6        Separately for each asserted claim of the '360 Patent, provide an infringement claim chart

7  and state the complete factual basis underlying SPEEDTRACK's infringement contentions,

8  separately, if necessary, for both Wal-Mart.com USA, LLC ("Walmart.com") and Endeca, and

9  specifically with reference to each asserted claim:

10       a)    The identity and location of any FILES on the www.Walmart.com website, as that

11             term is used in Claims 1 and 20 of the '360 Patent;

12       b)    The identity and/or description of the USER, as that term is used in Claims 1 and 20

13             of the '360 Patent;

14       c)    A description of how Speedtrack contends that Walmart.com accepts "user input" and

15             "user positional input," as those terms are used in Claims 1 and 20 of the '360 Patent;

16       d)    The identity and/or description of the COMPUTER SYSTEM that Speedtrack

17             contends Walmart.com uses, as that term is used in Claims 1 and 20 of the '360

18             Patent;

19       e)    The identity and location of any CATEGORY DESCRIPTIONS on the

20             www.Walmart.com website, as that term is used in Claims 1 and 20 of the '360

21             Patent;

22       f)    The identity and location of the CATEGORY DESCRIPTION TABLE, as that term

23             is used in Claims 1 and 20 of the '360 Patent;

24       g)    A description of how SPEEDTRACK contends that Walmart.com creates a

25             CATEGORY DESCRIPTION TABLE in the COMPUTER SYSTEM, as those terms

26             are used in Claims 1 and 20 of the '360 Patent;

27       h)    The identity and location of the FILE INFORMATION DIRECTORY, as that term is

28             used in Claims 1 and 20 of the '360 Patent;

i)      A description of how SPEEDTRACK contends that Walmart.com creates a FILE INFORMATION DIRECTORY in the COMPUTER SYSTEM, as those terms are used in Claims 1 and 20 of the '360 Patent;

j)      The identity and location of the SEARCH FILTER, as that term is used in Claims 1 and 20 of the '360 Patent;

k)      A description of how SPEEDTRACK contends that Walmart.com creates a SEARCH FILTER in the COMPUTER SYSTEM, as those terms are used in Claims 1 and 20 of the '360 Patent;

l)      A description of how SPEEDTRACK contends that the CATEGORY DESCRIPTIONS on the www.Walmart.com website have "no predefined hierarchical relationship," as those terms are used in Claims 1 and 20 of the '360 Patent.

**RESPONSE TO INTERROGATORY NO. 1:**

Subject to the General Objections stated herein above, SPEEDTRACK responds as follows:

SPEEDTRACK objects to Interrogatory No. 1 to the extent that it seeks SPEEDTRACK's contentions with respect to claim terms or limitations which do not exist in the claims.  For example, Interrogatory No. 1 refers to a CATEGORY DESCRIPTION TABLE as that term is used in claim 20; however, that term is not used in claim 20.  Interrogatory No. 1 further refers to a FILE INFORMATION DIRECTORY as that term is used in claim 20; however, that term is not used in claim 20.  SPEEDTRACK's response shall address the actual language of the claims of the '360 patent.

SPEEDTRACK further objects to Interrogatory No. 1 to the extent that it seeks information that exceeds that which is required by Patent Local Rule 3-1(c).

SPEEDTRACK's response to Interrogatory No. 1 is made to the best of SPEEDTRACK's present knowledge, information, and belief.  These are not SPEEDTRACK's final infringement contentions, as SPEEDTRACK's infringement contentions are subject to expert testimony, which is not to be exchanged until a later date, pursuant to the Court's Scheduling Order.

Additionally, SPEEDTRACK's investigation is ongoing.  Defendants have not yet provided SPEEDTRACK with their non-infringement contentions, even though SPEEDTRACK requested

1   that they be provided long ago.  SPEEDTRACK also has not yet received responses from either

2   Endeca or Wal-Mart to outstanding Interrogatories and Requests for Admission and SPEEDTRACK

3   has not completed its depositions of Wal-Mart and Endeca on infringement issues as

4   SPEEDTRACK has noticed depositions for the first week of August, a 30(b)(6) deposition of Wal-

5   Mart directed in part to infringement issues relating to Wal-Mart's portion of its website and a

6   deposition of Jim Fitzgerald, one of Endeca's engineers.

7          SPEEDTRACK's response to Interrogatory No. 1 therefore is at all times subject to seasonal

8   supplementation and amendment as SPEEDTRACK receives responses to this outstanding

9   discovery and completes its noticed depositions.  SPEEDTRACK therefore reserves all rights to

10  supplement or modify its response to Interrogatory No. 1.

11         SPEEDTRACK's claim chart demonstrating SPEEDTRACK's present contentions regarding

12  direct infringement by Wal-Mart.com USA, LLC and indirect infringement by Endeca

13  Technologies, Inc. of claims 1-4, 7, 11-14, 20, and 21 of the '360 patent is attached hereto as Exhibit

14  A.

15

16  DATED:  July 21, 2008                    HENNIGAN BENNETT & DORMAN LLP
                                             Roderick G. Dorman
17                                           Alan P. Block
                                             Marc Morris
18

19                                           By _____/S/ Alan P. Block_____
20                                                    Alan P. Block

21                                           Attorneys for Plaintiff,
                                             SPEEDTRACK, INC.
22

23

24  689391.01

25

26

27

28

# EXHIBIT A

**Exhibit A -- SpeedTrack's Response to Endeca's Interrogatory No. 1**

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|---------------------------------------------------------------------|
| 1. A method for accessing files in a data storage system of a computer system having means for reading and writing data from the data storage system, displaying information, and accepting user input, the method comprising the steps of: | Endeca has licensed a software product to its customers, including Walmart.com USA, LLC ("Wal-Mart"), which Endeca refers to as its "Information Access Platform" (Endeca has alternatively referred to this software and possibly related software as the "Endeca Navigation Platform," [which is comprised of the "Endeca Data Foundry," the "Endeca Navigation Engine," and the "Endeca Presentation API"], "InFront," and/or "ProFind,"). |

Specifically, Endeca originally licensed the following components of its Information Access Platform to Wal-Mart, as described in the License, Support, and Implementation Services Agreement Order Form (Exhibit 501): Endeca InFront (Endeca Navigation Engine, Endeca Data Foundry, Endeca Presentation API, Endeca Studio, HTML Crawler) and Merchandising, Custom Catalogs, Partial Updates, and User Reporting modules.

Wal-Mart has implemented two versions of Endeca's Information Access Platform – Version 4.1.1.11 and 4.7.3. Wal-Mart first implemented version 4.1.1.11 of the Endeca software in about November 2004 (Fitzgerald 81:2-12) and first implemented version 4.7.3 of the Endeca software in about February 2007 (Yakkanti 40:2-15). According to Endeca's Chief Technology Officer, Dr. Adam Ferrari, all versions of the Endeca Information Access Platform operate in fundamentally the same manner with respect to the Forge and MDEX components (Ferrari 25:18 – 26:7).

Endeca states on its website and in its Settlement Conference Statement to Magistrate Judge Spero that its Information Access Platform is patented. (See, e.g., http://endeca.com/technology/technical-details.html; http://endeca.com/corporate-info/press-room/pr/p_032706IAP.html; Joint Settlement Conference Statement of Wal-Mart Stores, Inc. and Endeca Technologies, Inc., May 7, 2007, at 3, and revised version, July 10, 2008, at 3). Endeca has three issued U.S. patents – U.S. Patent No. 7,035,864 (the '864 patent), 7,062,483 (the '483 patent), and 7,325,201 (the '201 patent). The '864 patent was filed on May 18, 2000, the '483 patent was filed on October 31, 2001, and the '201 patent was filed on October 16, 2002. The '483 patent claims to be a continuation-in-part patent from the '864 patent.

Endeca instructs its customers, including Wal-Mart, as to the use and operation of its Endeca Navigation Platform in many documents. For instance, Endeca produced a document entitled *Endeca™ Navigation Platform, Concepts Guide* as part of its Local Rule 3-4(a) disclosures. Many other documents exist as part of the Endeca documentation provided to its customers, however these documents were not produced to SpeedTrack as part of Endeca's Patent Local Rule 3-4(a) disclosures, but were produced later. The documentation for version 4.7.3 of the Endeca software is contained in END 164605.zip. Endeca contends that it first became aware of the SpeedTrack's '360 patent in about December 2006, after SpeedTrack filed this lawsuit against Wal-Mart. Endeca also provides training and support to

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| | its customers as to how to implement and operate the Endeca software. |
| | Wal-Mart owns and operates a website having the URL http://www.walmart.com.  Wal-Mart's website is hosted on at least one server, each of which includes a computer data storage system.  There are many "files" stored on the data storage systems for the various products offered for sale by Wal-Mart or its partners (unless stated otherwise, as used herein, the term "file" means "any collection of data or information stored on a computer system.") |
| | Wal-Mart's data storage system (described above) is part of a "computer system" (unless stated otherwise, as used herein, the term "computer system" means "a computer system, embodied in either a single computer or a distributed environment, having a hard disk drive, a computer display, and a computer mouse, and equivalents thereto."): |
| | The Wal-Mart "computer system" operates in a distributed environment and comprises at least: (1) the Wal-Mart web servers, (2) the Wal-Mart computers or servers running the Endeca software (e.g., the Developer Studio and Web Studio, Forge, Dgidx, and the Endeca Navigation Engine (aka the MDEX engine), and (3) the Wal-Mart data storage system.  Wal-Mart's customers and potential customers communicate with and provide input to the web server portion of the Wal-Mart "computer system" via the Internet.  The Wal-Mart "computer system"  includes at least one hard disk drive (containing at least the Oracle database), at least one computer display, and at least one computer mouse. |
| | All of the components of the Wal-Mart computer system are located in the United States (Yakkanti 41:8 – 42:17). |
| (a) initially creating in the computer system a category description table containing a plurality of category descriptions, each category description comprising a descriptive name, the category descriptions having no predefined hierarchical relationship with such list or each other; | Pursuant to Endeca's instructions and pursuant to the operation of the Forge portion of the Endeca software (together with other software components, e.g., the Developer's Studio), Wal-Mart produces in its "computer system" "walmart.dimensions.xml," which includes a "category description table" in the form of a plurality of lists of "category descriptions" (Endeca refers to each list as a "dimension," with each "dimension" comprising one or more "dimension values." (Ferrari 152:19-25)  Endeca's so-called "dimension values" are the '360 patent's "category descriptions.")  Wal-Mart produced an example of "walmart.dimensions.xml" as WMT 36094.xml. |
| | An example of a portion of a Wal-Mart "category description table" depicting the list of "category descriptions" pertaining to the category type "Brand" taken from the version of "walmart.dimensions.xml" having Bates No. WMT 36094.xml is attached hereto as Exhibit 1.  In this portion of Wal-Mart's category description table, the following exemplary "category descriptions" are included, each of which includes a term that is descriptive of the "Brand" of one or more products contained in at least one of the stored "files" in the Wal-Mart data storage system: |
| | Brand 500500<br>Braun 4294296215<br>Garmin 4294296214<br>Presto 4294296213<br>KitchenAid 4294296212<br>Little Tikes 4294296211<br>Bell 4294296210 . . . |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | Each "category description" in this example of Wal-Mart's "category description table" is comprised of at least the following:<br><br>    (1) a category type, e.g., "Brand";<br><br>    (2) a descriptive name, e.g., "Braun"; and<br><br>    (3) a unique category description identifier generated by the Wal-Mart computer system corresponding to each descriptive name, e.g., for "Braun," the number "4294296215".<br><br>In "walmart.dimensions.xml," each dimension (e.g., "Brand," "Price," "Camcorder Type") has no hierarchical relationship with any other dimension (Ferrari 185:24 – 187:17; Fitzgerald 103:13 – 104:12) and therefore dimension values ("category descriptions") have no hierarchical relationship with any dimension values in any other dimension. There is no single structure in the "category description table" contained in "walmart.dimensions.xml" in which all of the "category descriptions" contained in the "category description table" are ranked into levels of subordination. Accordingly, the "category descriptions" contained in "walmart.dimensions.xml" have no predefined hierarchical relationship as required by the claims.<br><br>Claim 1(a) is literally performed in Wal-Mart's accused method.<br><br>Unless stated otherwise, as used herein, the following terms have the following meanings:<br><br>    a.  "category description" means "information that includes a name that is descriptive of something about a stored file."<br><br>    b.  "category description table" means "at least one list or array, configured in any desired manner, or taking any form, containing a plurality of category descriptions."<br><br>    c.  "having no predefined hierarchical relationship" means "the category descriptions have no predefined hierarchical relationship.  A hierarchical relationship is a relationship that pertains to a hierarchy.  A hierarchy is a structure in which components are ranked into levels of subordination; each component has zero, one, or more subordinates; and no component has more than one superordinate component."<br><br>    d.  "file information directory" means "a directory comprising information corresponding to at least one file."<br><br>    e.  "search filter" means "a set of more than one category description and at least one logical operator that is used to search." |
| (b) thereafter creating in the computer system a file information directory | Pursuant to Endeca's instructions and pursuant to the operation of the Forge portion of the Endeca software, Wal-Mart |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| comprising at least one entry corresponding to a file on the data storage system, each entry comprising at least a unique file identifier for the corresponding file, and a set of category descriptions selected from the category description table; and | produces "walmart-sgmt0.records.binary" in the Wal-Mart "computer system." "Walmart-sgmt0.records.binary" comprises at least one entry corresponding to a "file" on the Wal-Mart data storage system, i.e., "walmart-sgmt0.records.binary" contains a "file information directory" (where a "file information directory" is a "directory comprising information corresponding to at least one 'file'").  An example of a portion of "walmart-sgmt0.records.binary" having Bates No. WMT 47183 is attached hereto as Exhibit 2.  This portion of "walmart-sgmt0.records.binary" depicts an entry corresponding to the "file" stored in the Wal-Mart data storage system for the camcorder "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" (the "JVC Camcorder"). The entry for the JVC Camcorder in "walmart-sgmt0.records.binary" starts with the term "<RECORD>" at the top of the first page, and ends with the term "</RECORD>" at the end of page 6 of Exhibit 2.  There is a "file" (i.e., "a collection of data or information") stored in the Wal-Mart data storage system (e.g., the Oracle database described above) which includes information about this JVC camcorder. As demonstrated in the portion of "walmart-sgmt0.records.binary" attached hereto as Exhibit 2, the entry includes a "unique file identifier" for the "file" for the JVC Camcorder, "7811281," which is indicated as the property name "ITEM_ID" at the top of page 1 of Exhibit 2: <br><br>                                                                                                                                                                                                                              |

The entry for the JVC Camcorder in "walmart-sgmt0.records.binary" starts with the term "<RECORD>" at the top of the first page, and ends with the term "</RECORD>" at the end of page 6 of Exhibit 2.  There is a "file" (i.e., "a collection of data or information") stored in the Wal-Mart data storage system (e.g., the Oracle database described above) which includes information about this JVC camcorder.

As demonstrated in the portion of "walmart-sgmt0.records.binary" attached hereto as Exhibit 2, the entry includes a "unique file identifier" for the "file" for the JVC Camcorder, "7811281," which is indicated as the property name "ITEM_ID" at the top of page 1 of Exhibit 2:

```
<PROP NAME="ITEM_ID">
    <PVAL>7811281</PVAL>
```

The entry in "walmart-sgmt0.records.binary" pertaining to the JVC Camcorder also includes a set of "category descriptions" selected from the "category description table" ("walmart.dimensions.xml") and corresponding to the JVC Camcorder, which are listed below:

```
<DVAL_ID DIMENSION_ID="125875" ID="138119"/>
<DVAL_ID DIMENSION_ID="500579" ID="500580"/>
<DVAL_ID DIMENSION_ID="500000" ID="500590"/>
<DVAL_ID DIMENSION_ID="500000" ID="500620"/>
<DVAL_ID DIMENSION_ID="500691" ID="500695"/>
<DVAL_ID DIMENSION_ID="500698" ID="500702"/>
<DVAL_ID DIMENSION_ID="501059" ID="501062"/>
<DVAL_ID DIMENSION_ID="500568" ID="4292811764"/>
<DVAL_ID DIMENSION_ID="500569" ID="4293426806"/>
<DVAL_ID DIMENSION_ID="500501" ID="4293763268"/>
<DVAL_ID DIMENSION_ID="500957" ID="4293786120"/>
```

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| | <div align="center">&lt;DVAL_ID DIMENSION_ID="500500" ID="4294296053"/&gt;</div><br>Wal-Mart produced[1] "walmart-sgmt0.records.binary" in the Wal-Mart "computer system" after Wal-Mart had first produced in its "computer system" the "category description table" contained in "walmart.dimensions.xml" (described above).  The "category descriptions" listed in "walmart-sgmt0.records.binary" were selected from the "category description table" contained in "walmart.dimensions.xml."<br><br>Both of the above assertions are evident from the fact that the unique category description identifier portion of the "category descriptions" are included in "walmart-sgmt0.records.binary."  The number comprising the unique category description identifier (e.g., "4294296053," which is listed on page 13 of Exhibit 1 ("walmart.dimensions.xml") and which corresponds to the descriptive name "JVC") is automatically generated in the Wal-Mart computer system when "walmart.dimensions.xml" is produced in the Wal-Mart computer system.<br><br>"Walmart-sgmt0.records.binary" could not have been in existence prior to "walmart.dimensions.xml" having been produced.  Thus, the category descriptions contained in "walmart-sgmt0.records.binary" were selected from "walmart.dimensions.xml," as this is the place where the unique category description identifiers are stored once they are produced by Wal-Mart's computer system.<br><br>Claim 1(b) is literally performed in Wal-Mart's accused method. |
| (c) thereafter creating in the computer system a search filter comprising a set of category descriptions, wherein for each category description in the search filter there is guaranteed to be at least one entry in the file information directory having a set of category descriptions matching the set of category descriptions of the search filter. | Pursuant to Endeca's instructions, pursuant to the operation of the Endeca Presentation API's and Endeca's MDEX Engine, and pursuant to the acceptance of input from a customer or potential customer by Wal-Mart's "computer system," Wal-Mart produces in its computer system a "search filter" (as used herein, the term "search filter" means "a set of more than one category description and at least one logical operator that is used to search.")<br><br>Wal-Mart's "computer system" accepts input from, for example, a customer or potential customer who is visiting the Wal-Mart website and who is interested in locating on the website one or more product(s) offered for sale by Wal-Mart (e.g., a computer mouse click on a "category description.")<br><br>For example, a Wal-Mart customer or potential customer may be interested in locating information about, or interested in purchasing, a "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD."  Upon visiting the URL http://www.walmart.com, the customer or potential customer is presented with the following display: |

---

[1] The Court previously defined "created," as used in claim 1, as "produced."

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| |  Figure 1 <br><br> The customer or potential customer, being interested in a camcorder, can either select the link "Electronics" (provided by Wal-Mart only, i.e., without Endeca software) or type a keyword, such as "camcorders," into the search box. |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
|  |  Figure 2 <br><br> For example, if the customer or potential customer were to type the term "camcorders" into the search box and select the "Find" button, then the page shown in Figure 2 is displayed to the user.  This page has the URL http://www.walmart.com/search/search-ng.do?search_constraint=0&search_query=camcorders&ic=48_0&Find.x=24&Find.y=11 and includes a number of |

| <u>Claim</u> | <u>Direct Infringement by Wal-Mart and Indirect Infringement by Endeca</u> |
|---|---|
|  | the descriptive name portions of "category descriptions" (in the rectangle above) from which the customer or potential customer can select one "category description" in order to refine the existing search.  Wal-Mart's computer system has calculated how many products (i.e., "files") exist in the Wal-Mart data storage system corresponding to each "category description" that meet the existing search criteria.  This amount is shown in the parentheses next to each descriptive name portion of the "category description."  There are 504 total products matching the search term "camcorders."  Typing in a keyword is not an infringing act.<br><br>Having reached the page depicted in Figure 2, the customer or potential customer is able to narrow his or her search by successively inputting "category descriptions" previously produced (as described above) to permit Wal-Mart's "computer system" to create a "search filter."  For example, as the customer or potential customer is interested in a JVC brand camcorder, he or she may first input, using their computer mouse, the "category description" "JVC" shown within the rectangle in Figure 2 above under the heading "Brand."  This input is then accepted by the Wal-Mart web server portion of Wal-Mart's "computer system," thereby causing Wal-Mart's web server to send a navigation query, using Endeca API's, to the Endeca MDEX engine, running on the Wal-Mart "computer system."  Endeca's MDEX engine searches its indices containing the category descriptions of the records defined in "walmart-sgmt0.records.binary" for matching records of "walmart-sgmt0.records.binary".<br><br>Having input the "category description" "JVC," the Wal-Mart "computer system," using the Endeca "MDEX Engine" and Presentation API's, displays, in Figure 3 below, the matching 19 JVC camcorders available on the Wal-Mart website and the corresponding refinement "category descriptions," shown in the rectangle, corresponding to the matching JVC camcorder entries in the "file information directory" ("walmart-sgmt0.records.binary").<br><br>The URL for the page depicted in Figure 3 is <u>http://www.walmart.com/search/search-ng.do?search_query=camcorders&search_constraint=0&ic=48_0&ref=+500500.4294296053</u>.  This URL indicates the "category description" in the "search filter," i.e., "500500.4294296053."  As shown on page 13 of Exhibit 1 (i.e., "walmart.dimensions.xml"), this is the "category description" having the descriptive name "JVC", which is the "category description" comprising the current "search filter."  This identical "category description" is also contained on page 6 of Exhibit 2 (i.e., "walmart-sgmt0.records.binary").  The URL beginning <u>http://www.walmart.com/search</u> is believed to indicate that this page contains search results provided by Endeca's "MDEX Engine." |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| |  Figure 3 |

The customer or potential customer can further narrow his or her search by inputting, for example, the "category description" "Mini DV" (the customer or potential customer could have selected any other available "category description").  The customer's input is accepted by the Wal-Mart web server.  The "category description" "Mini DV" is then added to the "search filter," and the "search filter," comprising both of the "category descriptions," "JVC" and

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|----------------------------------------------------------------------|
|       | "Mini DV," is sent to the Endeca "MDEX Engine" running on Wal-Mart's computer system.  The page shown below in Figure 4 is displayed.   This page displays the matching 4 JVC, Mini DV camcorders available on the Wal-Mart website and the corresponding "category descriptions," shown in the rectangle below, corresponding to the matching Mini DV JVC camcorder entries in the "file information directory" ("walmart-sgmt0.records.binary").<br><br>The URL for the page depicted in Figure 4 is http://www.walmart.com/search/search-ng.do?search_query=camcorders&search_constraint=0&ic=48_0&ref=+500500.4294296053+500957.4293786120.  This URL indicates the two "category descriptions" in the "search filter," i.e., "500500.4294296053+500957.4293786120."  The "category description" "500957.4293786120" having the descriptive name  "Mini DV" in the dimension "Camcorder Type" is listed in the file "walmart.dimensions.xml" (See Exhibit 3, which is the portion of "walmart.dimensions.xml" for the dimension "camcorder type.")  This identical "category description" is also contained on page 6 of Exhibit 2 (i.e., "walmart-sgmt0.records.binary").  The symbol "+" between these numbers is believed to indicate the logical operator "AND" connecting these "category descriptions" in the "search filter."  The URL beginning http://www.walmart.com/search is believed to indicate that this page contains search results provided by Endeca's "MDEX Engine." |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| |  Figure 4<br><br>The customer or potential customer can further narrow his or her search by inputting, for example, the "category description" "$150-$200" (the customer or potential customer could have selected any other available "category description").  The customer's input is accepted by the Wal-Mart web server.  The "category description" "$150- |

11

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|---------------------------------------------------------------------|
|       | $200" is then added to the "search filter," and the "search filter," comprising the "category descriptions," "JVC," "Mini DV," and $150-$200" is sent to the Endeca "MDEX Engine" running on Wal-Mart's computer system.  As there is only one camcorder meeting all of the "category descriptions" of the "search filter," the Wal-Mart computer system automatically accesses and displays the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD," as shown below in Figure 5.<br><br>The URL for the "file" depicted in Figure 5 is http://www.walmart.com/catalog/product.do?product_id=7811281. This URL indicates the product id "7811281" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD," which, as discussed above, corresponds to the ITEM ID as shown in the record for this camcorder in "walmart-sgmt0.records.binary."  (Exhibit 2). |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| | 

Figure 5

The "search filter" described above and depicted in Figures 2-5 was one pathway that the customer or potential customer could have taken to reach the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide |

13

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|---------------------------------------------------------------------|
|       | LCD." Others exist. For example, the customer or potential customer could have input the following "category descriptions," starting from the page shown in Figure 2, in the following order to produce a "search filter" in the Wal-Mart computer system, which also could locate the entry in the "file information directory" and the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD:" "$150-$200"; and "JVC." Another possible pathway is "3-3.9 Stars"; "JVC"; and "$150-$200." Alternatively, at any point during the production of these various "search filters" in the Wal-Mart "computer system," the customer or potential customer could have clicked on the words "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" in the list of matching camcorders to access and display the "file" for that camcorder.

There is yet another way that the customer or potential customer could have input information causing the Wal-Mart "computer system" to produce a "search filter" to locate the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD." Starting from the page displayed in Figure 1, the customer or potential customer could have selected the term "Camcorders" from either the pull-down list under the term "Electronics" on the bar across the top of the page or could have selected the term "Camcorders" from the page that is displayed after the term "Electronics" is selected from the list in the blue box on the left side of the page. Both methods are performed on the Wal-Mart portion of the website; no Endeca software is used to reach the "Camcorders" page, which is depicted below in Figure 6.

The URL of the webpage depicted in Figure 6 is http://www.walmart.com/catalog/catalog.gsp?cat=3991&fromPageCatId=3944&catNavId=3944. It is believed that this page is produced and displayed by Wal-Mart's "computer system" without the use of any Endeca software. This belief is based on the presence of the term "catalog" in the URL, which is believed to refer to the Wal-Mart-only portion of Wal-Mart's website. |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| | <br><br>Figure 6<br><br>From this page, the customer or potential customer can select any one of a number of links, which will result in the customer or potential customer being taken to the portion of the Wal-Mart website that does operate Endeca |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | software to, among other things, permit the customer or potential customer to provide input to permit the Wal-Mart "computer system" to produce a "search filter" in the Wal-Mart "computer system."  For example, the customer or potential customer can input the link entitled "JVC" in the rectangle on Figure 7 (the same link is contained in the "Shop By" box (not shown) under the "Brand" column).  This link has apparently been pre-programmed by Wal-Mart to send a navigation query to the Endeca MDEX engine with the "category descriptions" "125875.138119+500500.4294296053," as shown in the URL for this link: http://www.walmart.com/search/browse-ng.do?ic=24_0&ref=125875.138119+500500.4294296053&catNavId=3991.

The "category description" "125875.138119" corresponds to the "category description":  "125875 Electronics; 138119 Camcorders" (See, "walmart.dimensions.xml") and the "category description" "500500.4294296053" corresponds to the "category description": "500500 Brand; 4294296053 JVC," as described above and depicted in Exhibit 1 (i.e., "walmart.dimensions.xml.")

The resulting page is depicted below in Figure 7.  It shows the 16 JVC camcorders available on Wal-Mart's website.  It additionally shows, in the grey box entitled "Narrow Your Results By:", the "category descriptions" matching the 16 available JVC camcorders, which can be input by the customer to and accepted by the Wal-Mart "computer system." |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| |  |

Figure 7

The customer or potential customer can narrow these resulting camcorders in Figure 7 by inputting, for example, the "category description" "Mini DV" from the pull-down list entitled "Camcorder Type" (the customer or potential customer could have selected any other available "category description").  The customer's input is accepted by the

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|---------------------------------------------------------------------|
|       | Wal-Mart web server.  The "category descriptions," "Camcorders," "JVC" and "Mini DV" are sent to the Endeca "MDEX Engine" running on Wal-Mart's computer system.  The page shown below in Figure 8 is then displayed. This page displays the matching 4 JVC, Mini DV camcorders available on the Wal-Mart website and the corresponding "category descriptions," in each pull-down list in the "Narrow Your Results By:" box, corresponding to the matching Mini DV JVC camcorder entries in the "file information directory" ("walmart-sgmt0.records.binary").<br><br>The URL for the page depicted in Figure 8 is http://www.walmart.com/search/browse-ng.do?ic=17_0&ref=125875.138119+500500.4294296053+500957.4293786120&catNavId=3991.  This URL indicates the three "category descriptions" that were sent to the MDEX Engine, i.e., "125875.138119+500500.4294296053+500957.4293786120."  The symbol "+" between these numbers is believed to indicate the logical operator "AND" connecting these "category descriptions in the "search filter."  The term "search" in the URL is believed to indicate that this page contains search results provided by Endeca's "MDEX Engine." |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|--------------------------------------------------------------------|
|       |  |

Figure 8

The customer or potential customer can further narrow his or her search by inputting, for example, the "category description" "$150-$200" from the pull-down list entitled "Price" (the customer or potential customer could have

19

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|-------|---------------------------------------------------------------------|
|       | selected any other available "category description").  The customer's input is accepted by the Wal-Mart web server. The "category descriptions," "JVC," "Mini DV," and "$150-$200" are then sent to the Endeca "MDEX Engine" running on Wal-Mart's computer system.  As there is only one matching camcorder for these "category descriptions," Wal-Mart's "computer system" automatically opens the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD," as shown in Figure 9 below.<br><br>The URL for the page of Figure 9 is http://www.walmart.com/catalog/product.do?product_id=7811281, which, as discussed above, for Figure 5, includes the "file" identifier for the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD," "7811281." |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
|  |  |

Figure 9

The "search filter" described above was one pathway that the customer or potential customer could have followed to reach the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD."  Many others exist.  For

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | example, the customer or potential customer could have selected the following "category descriptions" in the following order to also locate the entry in the "file information directory" and the "file" for the "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD:" "$150-$200"; "$190-$200"; and "JVC." Another possible pathway is "3-3.9 Stars"; "JVC"; "$150-$200"; and ""$190-$200." Alternatively, at any point along the pathway, the customer or potential customer could have clicked on the words "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" in the list of matching camcorders to access and display the "file" for that camcorder.<br><br>For each "search filter" described above, the Wal-Mart "computer system" is guaranteed to obtain (i.e., will always obtain) at least one entry in the "file information directory," and therefore the customer or potential customer can always locate at least one "file," because he/she cannot select "category descriptions" that do not have any matching "files." This is evident by the fact that each "category description" that can be added to a "search filter" includes a parenthetical showing the number of matching "files" (i.e., products) which match that "category description" when that "category description" is added to the "search filter." The number in the parentheses is always one or more.<br><br>Claim 1(c) is literally performed in Wal-Mart's accused method. |
| | |
| 2. A method for accessing files in accordance with claim 1, wherein each category description comprises a user defined category name and a unique category description identifier created by the computer system. | As discussed above with respect to claim 1(a), the "category descriptions" produced in the Wal-Mart "computer system" each include a category name, e.g., "Braun." This category name is user defined, i.e., a Wal-Mart employee either directly or indirectly input this name into the Wal-Mart data storage system for "Braun" products, or directly input this name into Endeca's Developer Studio program.<br><br>As also discussed above with respect to claim 1(a), the "category descriptions" produced in the Wal-Mart "computer system" also each include a unique category description identifier, e.g., for the "category description" having the descriptive name "Braun," the unique identifier is "4294296215." Unique identifiers are created by either the pre-processing program utilizing the Forge application or by Endeca's Developer Studio program running on the Wal-Mart "computer system."<br><br>Claim 2 is literally performed in Wal-Mart's accused method. |
| | |
| 3. A method for accessing files in accordance with claim 2, wherein each category description further comprises a | As discussed above with respect to claim 1(a), the "category descriptions" produced in the Wal-Mart "computer system" each include a category type designation, e.g., for the "category description" having the descriptive name "Braun," the category type designation is "Brand." Category type designation is referred to as a "dimension root" in |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| category type designation. | the Wal-Mart "computer system." |
| | Claim 3 is literally performed in Wal-Mart's accused method. |
| | |
| 4. A method for accessing files in accordance with claim 2, wherein the step of creating a category description table comprises the steps of: <br><br> (1) accepting user input defining a new category description; <br><br> (2) displaying the new category description; <br><br> (3) creating a unique category description identifier associated with the new category description; and <br><br> (4) storing the new category description and unique category description identifier in the category description table. | When creating the "category description table," one or more Wal-Mart employees, per Endeca's instructions and per the operation of the Endeca software, provide user input, accepted by the Wal-Mart "computer system" to define new category descriptions when using the Developer Studio program running on the Wal-Mart "computer system."  This new "category description" is displayed, as shown below.  The Developer Studio program running on the Wal-Mart "computer system" produces a unique category description identifier associated with the new "category description" and both the new "category description" and the unique category description identifier are stored in the "category description table." <br><br> In Figures 10-12 below, we have demonstrated the steps of claim 4 by running the Developer Studio on our computer by adding a new category description called "Hennigan, Bennett & Dorman," showing that this "category description" is assigned a unique identifier, "8065" by the Developer Studio program, and showing that the new category description and its unique identifier are stored in the "category description table".  (Figure 12, below). |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
|  | <br>Figure 10 |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| |  |

Figure 11

Below is the new "category description" added to the "category description table" in the Wal-Mart "computer system."

```
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="8065"/>
        <SYN CLASSIFY="TRUE" DISPLAY="TRUE" SEARCH="TRUE">Hennigan, Bennett &amp; Dorman</SYN>
    </DVAL>
</DIMENSION_NODE>
```

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | Figure 12<br><br>Claim 4 is literally present in Wal-Mart's accused method. |
| | |
| 5. A method for accessing files in accordance with claim 4, wherein the step of creating a file information directory comprises the steps of:<br><br>(1) accepting user input selecting a file;<br><br>(2) displaying each category description in the category description table;<br><br>(3) accepting user input associating the selected file with at least one category description selected by the user from the displayed category descriptions;<br><br>(4) creating a new entry in the file information directory;<br><br>(5) storing in the new entry the file identifier of the selected file; and<br><br>(6) storing in the new entry the category description identifier of each of the selected category descriptions. | SpeedTrack is no longer asserting claim 5 against Wal-Mart or Endeca. |
| | |
| 6. A method for accessing files in accordance with claim 5, wherein the data storage system further includes a file name for each file and the step of selecting a file comprises the steps of: | SpeedTrack is no longer asserting claim 6 against Wal-Mart or Endeca. |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| (1) displaying at least one file name; and<br><br>(2) accepting a user selected of a file from the displayed file names. | |
| | |
| 7. A method for accessing files in accordance with claim 1, wherein the step of creating a search filter comprises the steps of:<br><br>(1) disabling category descriptions which if added to the search filter would not match the category descriptions of at least one entry in the file information directory; | See, above re element (c) of claim 1.<br><br>The "search filters" described above with respect to claim 1(c), demonstrate that all "category descriptions," which if added to the "search filter" would not provide a match, are disabled, i.e., they are "precluded" from being added to the "search filter."<br><br>Claim 7(1) is literally performed in Wal-Mart's accused method. |
| (2) accepting user input selecting at least one category description as a component of the search filter. | See, above re element (c) of claim 1.<br><br>As shown in claim 1(c), the customer or potential customer provides input (positioning their mouse on a "category description" and clicking) selecting a "category description" as a component of the "search filter." See, e.g., Figures 3-4, re selecting the "category description" "Mini DV." This input is accepted by the Wal-Mart "computer system."<br><br>Claim 7(2) is literally performed in Wal-Mart's accused method. |
| | |
| 11. A method for accessing files in accordance with claim 7, wherein each category description comprises a user defined category description name and a unique category description identifier created by the computer system, and further including the step of displaying the name of each file in the file information directory having category description identifiers matching the category description identifiers of the category | See, above re claim 2.<br><br>The names for the files matching the category descriptions for the search filter are displayed, as shown above, for example, in Figures 2-4 and 7-8 (e.g., in Figure 4, the "file name" "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" is displayed) (unless stated otherwise, as used herein, the term "file name" means "a name used to identify a 'file.'")<br><br>Claim 11 is literally performed in Wal-Mart's accused method. In the alternative, the "displaying" step of claim 11 is performed under the doctrine of equivalents. |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| descriptions in the search filter. | |
| | |
| 12. A method for accessing files in accordance with claim 11, further comprising the steps of: (1) selecting one of the displayed file names; and (2) opening the file corresponding to the selected file name. | Pursuant to Endeca's instructions and pursuant to the operation of the Endeca software, a Wal-Mart employee selects one of the displayed file names (e.g., the name "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" in Figure 4), and thereby causes the Wal-Mart "computer system" to access and open the "file" for the selected product. <br><br> Claims 12(1) and 12(2) are literally performed in Wal-Mart's accused method. |
| | |
| 13. A method for accessing files in accordance with claim 12, wherein the step of selecting a file name comprises the step of: (1) accepting user input selecting a file from the displayed file names. | See, Claim 12, above. <br><br> The customer or potential customer's input selecting the file from the displayed file names is accepted by Wal-Mart's computer system. <br><br> Claim 13 is literally performed in Wal-Mart's accused method. |
| | |
| 14. A method for accessing files in accordance with claim 12 wherein the step of opening a file comprises the step of: (1) testing if only one file name is displayed, and if so, then opening the file corresponding to that file name. | As demonstrated above in Figures 5 and 9, when only one product meets the "search filter" criteria, the "file" for that product is automatically accessed and opened by Wal-Mart's "computer system." Wal-Mart's "computer system" therefore must test if only one "file name" is displayed, and, if so, the "computer system" opens the "file" corresponding to that "file name". <br><br> Claim 14(1) is literally performed in Wal-Mart's accused method. |
| | |
| 20. A method for accessing files in a data storage system of a computer system | Endeca has licensed a software product to its customers, including Wal-Mart, which Endeca refers to as its "Information Access Platform" (Endeca has alternatively referred to this software and possibly related software as the |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| having means for reading and writing data from the data storage system, displaying information, and accepting user input, wherein each file located on the data storage system has a file name, the method comprising the steps of: | "Endeca Navigation Platform," [which is comprised of the "Endeca Data Foundry," the "Endeca Navigation Engine," and the "Endeca Presentation API"], "InFront," and/or "ProFind,").<br><br>Specifically, Endeca originally licensed the following components of its Information Access Platform to Wal-Mart, as described in the License, Support, and Implementation Services Agreement Order Form (Exhibit 501):  Endeca InFront (Endeca Navigation Engine, Endeca Data Foundry, Endeca Presentation API, Endeca Studio, HTML Crawler) and Merchandising, Custom Catalogs, Partial Updates, and User Reporting modules.<br><br>Wal-Mart has implemented two versions of Endeca's Information Access Platform – Version 4.1.1.11 and 4.7.3.  Wal-Mart first implemented version 4.1.1.11 of the Endeca software in about November 2004 (Fitzgerald 81:2-12) and first implemented version 4.7.3 of the Endeca software in about February 2007 (Yakkanti 40:2-15).  According to Endeca's Chief Technology Officer, Dr. Adam Ferrari, all versions of the Endeca Information Access Platform operate in fundamentally the same manner with respect to the Forge and MDEX components (Ferrari 25:18 – 26:7).<br><br>Endeca states on its website and in its Settlement Conference Statement to Magistrate Judge Spero that its Information Access Platform is patented.  (See, e.g., http://endeca.com/technology/technical-details.html; http://endeca.com/corporate-info/press-room/pr/p_032706IAP.html; Joint Settlement Conference Statement of Wal-Mart Stores, Inc. and Endeca Technologies, Inc., May 7, 2007, at 3, and revised version, July 10, 2008, at 3).  Endeca has three issued U.S. patents – U.S. Patent No. 7,035,864 (the '864 patent), 7,062,483 (the '483 patent), and 7,325,201 (the '201 patent).  The '864 patent was filed on May 18, 2000, the '483 patent was filed on October 31, 2001, and the '201 patent was filed on October 16, 2002.  The '483 patent claims to be a continuation-in-part patent from the '864 patent.<br><br>Endeca instructs its customers, including Wal-Mart, as to the use and operation of its Endeca Navigation Platform in many documents.  For instance, Endeca produced a document entitled *Endeca™ Navigation Platform, Concepts Guide* as part of its Local Rule 3-4(a) disclosures.  Many other documents exist as part of the Endeca documentation provided to its customers, however these documents were not produced to SpeedTrack as part of Endeca's Patent Local Rule 3-4(a) disclosures, but were produced later.  The documentation for version 4.7.3 of the Endeca software is contained in END 164605.zip.  Endeca contends that it first became aware of the SpeedTrack's '360 patent in about December 2006, after SpeedTrack filed this lawsuit against Wal-Mart.  Endeca also provides training and support to Wal-Mart as to how to implement and operate the Endeca software.<br><br>Wal-Mart owns and operates a website having the URL http://www.walmart.com.  Wal-Mart's website is hosted on at least one server, each of which includes a computer data storage system.  There are many "files" stored on the data storage systems for the various products offered for sale by Wal-Mart or its partners (unless stated otherwise, as used herein, the term "file" means "any collection of data or information stored on a computer system.")<br><br>Wal-Mart's data storage system (described above) is part of a "computer system" (unless stated otherwise, as used herein, the term "computer system" means "a computer system, embodied in either a single computer or a distributed |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | environment, having a hard disk drive, a computer display, and a computer mouse, and equivalents thereto."): <br><br> The Wal-Mart "computer system" operates in a distributed environment and comprises at least: (1) the Wal-Mart web servers, (2) the Wal-Mart computers or servers running the Endeca software (e.g., the Developer Studio and Web Studio, Forge, Dgidx, and the Endeca Navigation Engine (aka the MDEX engine), and (3) the Wal-Mart data storage system. Wal-Mart's customers and potential customers communicate with and provide input to the web server portion of the Wal-Mart "computer system" via the Internet. The Wal-Mart "computer system" includes at least one hard disk drive (containing at least the Oracle database), at least one computer display, and a least one computer mouse. <br><br> All of the components of the Wal-Mart computer system are located in the United States (Yakkanti 41:8 – 42:17). <br><br> Each "file" located on the Wal-Mart data storage system has a "file name." For example, the "file name" for the JVC camcorder GR-DA30 is "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD." (See, e.g., Figure 4 above, and claim 20(c), below). |
| (a) initially defining in the computer system at least one list having a plurality of category descriptions, each category description comprising a descriptive name, the category descriptions having no predefined hierarchical relationship with such list or each other; | Pursuant to Endeca's instructions and pursuant to the operation of the Forge portion of the Endeca software (together with other software components, e.g., the Developer's Studio), Wal-Mart produces in its "computer system" "walmart.dimensions.xml," which includes a "category description table" in the form of a plurality of lists of "category descriptions" (Endeca refers to each list as a "dimension," with each "dimension" comprising one or more "dimension values." (Ferrari 152:19-25) Endeca's so-called "dimension values" are the '360 patent's "category descriptions.") Wal-Mart produced an example of "walmart.dimensions.xml" as WMT 36094.xml. <br><br> An example of a list of "category descriptions" pertaining to the category type "Brand" taken from the version of "walmart.dimensions.xml" having Bates No. WMT 36094.xml is attached hereto as Exhibit 1. The following exemplary "category descriptions" are included, each of which includes a term that is descriptive of the "Brand" of one or more products contained in at least one of the stored "files" in the Wal-Mart data storage system: <br><br>     Brand 500500 <br>     Braun 4294296215 <br>     Garmin 4294296214 <br>     Presto 4294296213 <br>     KitchenAid 4294296212 <br>     Little Tikes 4294296211 <br>     Bell 4294296210 . . . <br><br> Each "category description" in the exemplary list is comprised of at least the following: <br><br>     (1) a category type, e.g., "Brand"; |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| | (2) a descriptive name, e.g., "Braun"; and |
| | (3) a unique category description identifier generated by the Wal-Mart computer system corresponding to each descriptive name, e.g., for "Braun," the number "4294296215".<br><br>In "walmart.dimensions.xml," each dimension (e.g., "Brand," "Price," "Camcorder Type") has no hierarchical relationship with any other dimension (Ferrari 185:24 – 187:17; Fitzgerald 103:13 – 104:12) and therefore dimension values ("category descriptions") have no hierarchical relationship with any dimension values in any other dimension. There is no single structure in the "category description table" contained in "walmart.dimensions.xml" in which all of the "category descriptions" contained in the "category description table" are ranked into levels of subordination. Accordingly, the "category descriptions" contained in "walmart.dimensions.xml" have no predefined hierarchical relationship as required by the claims.<br><br>Claim 20(a) is literally performed in Wal-Mart's accused method. |
| (b) thereafter accepting user input associating with a file at least one category description from at least one defined list; | Pursuant to Endeca's instructions and pursuant to the operation of the Endeca software, one or more Wal-Mart employee operates the Endeca Developer Studio program that is run on Wal-Mart's "computer system."  As part of the operation of the Developer Studio program, the Wal-Mart employee(s) provides "user" input in the creation of the Endeca data pipeline.  The Endeca data pipeline is a feature of the Endeca Information Access Platform that defines and describes how the Endeca Data Foundry transforms source data into tagged Endeca records. (Exhibit 516)  This data pipeline is unique to Wal-Mart and contains Wal-Mart-specific directives that are required to meet the business requirements that Wal-Mart had.  (Fitzgerald 126:21 – 127:25)  User input defines each component of the pipeline process including defining the rules for the association of "files" with "category descriptions" as well as the process by which the Forge application is executed by the Wal-Mart "computer system," and the process by which the Forge Application thereafter accepts the association of "category descriptions" from "walmart.dimensions.xml" to produce "walmart-sgmt0.records.binary."<br><br>Claim 20(b) is literally performed in Wal-Mart's accused method.  In the alternative, this step is performed under the doctrine of equivalents. |
| (c) storing in the data storage system a file record containing at least the file name, file location information, and the associated category descriptions for the file; | Pursuant to Endeca's instructions and pursuant to the operation of the Forge portion of the Endeca software, Wal-Mart produces another computer file in the Wal-Mart "computer system" called "walmart-sgmt0.records.binary."<br><br>"Walmart-sgmt0.records.binary" comprises at least one entry corresponding to a "file" on the Wal-Mart data storage system.  An example of a portion of "walmart-sgmt0.records.binary" having Bates No. WMT 47183 is attached hereto as Exhibit 2.  This portion of "walmart-sgmt0.records.binary" depicts an entry corresponding to the "file" stored in the Wal-Mart data storage system for the camcorder "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" (the "JVC Camcorder").<br><br>The entry for the JVC Camcorder in "walmart-sgmt0.records.binary" starts with the term "<RECORD>" at the top of |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
|  | the first page, and ends with the term "</RECORD>" at the end of page 6 of Exhibit 2.  There is a "file" (i.e., the collection of data or information) stored in the Wal-Mart data storage system (e.g., the Oracle database described above) which includes information about this JVC camcorder.<br><br>As demonstrated in the portion of "walmart-sgmt0.records.binary" attached hereto as Exhibit 2, the entry includes a "unique file identifier" for the file for the JVC Camcorder, "7811281," which is indicated as the property name "ITEM_ID" at the top of page 1 of Exhibit 2:<br><br>        \<PROP NAME="ITEM_ID"\><br>           \<PVAL\>7811281\</PVAL\><br><br>In Wal-Mart's data storage system, the "file" (i.e., the collection of data or information stored on Wal-Mart's "computer system") is associated with the "unique file identifier."  The collection of information comprising the "file" can be located using the "unique file identifier," and therefore the "unique file identifier" is "file location information."<br><br>The entry in "walmart-sgmt0.records.binary" pertaining to the JVC Camcorder also includes the "file name" for this JVC camcorder.  There is a property name "TITLE" in "walmart-sgmt0.records.binary" for the JVC camcorder, which is as follows:<br><br>        \<PROP NAME="P_TITLE"\><br>           \<PVAL\>JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD\</PVAL\><br><br>The entry in "walmart-sgmt0.records.binary" pertaining to the JVC Camcorder also includes a set of "category descriptions" and corresponding to the JVC Camcorder, which are listed below:<br><br>    \<DVAL_ID DIMENSION_ID="125875" ID="138119"/\><br>    \<DVAL_ID DIMENSION_ID="500579" ID="500580"/\><br>    \<DVAL_ID DIMENSION_ID="500000" ID="500590"/\><br>    \<DVAL_ID DIMENSION_ID="500000" ID="500620"/\><br>    \<DVAL_ID DIMENSION_ID="500691" ID="500695"/\><br>    \<DVAL_ID DIMENSION_ID="500698" ID="500702"/\><br>    \<DVAL_ID DIMENSION_ID="501059" ID="501062"/\><br>    \<DVAL_ID DIMENSION_ID="500568" ID="4292811764"/\><br>    \<DVAL_ID DIMENSION_ID="500569" ID="4293426806"/\><br>    \<DVAL_ID DIMENSION_ID="500501" ID="4293763268"/\><br>    \<DVAL_ID DIMENSION_ID="500957" ID="4293786120"/\><br>    \<DVAL_ID DIMENSION_ID="500500" ID="4294296053"/\> |

| **Claim** | **Direct Infringement by Wal-Mart and Indirect Infringement by Endeca** |
|---|---|
| | Claim 20(c) is literally performed in Wal-Mart's accused method. |
| (d) displaying from each defined list, as selectable items, only those category descriptions associated with at least one file; | Pursuant to Endeca's instructions and pursuant to the operation of the Endeca software, Wal-Mart's "computer system" displays from each defined list, as selectable items, only "category descriptions" associated with at least one "file," as depicted, for example, in Figures 2-4 and 7-8.  In other words, Wal-Mart's "computer system" does not display any "category descriptions" that are not associated with any "file." <br><br> Claim 20(d) is literally performed in Wal-Mart's accused method. |
| (e) accepting user positional input defining a search filter of at least one category description selected from at least one displayed defined list; | See, discussion and examples in Claim 1(c), above. <br><br> Wal-Mart's "computer system" accepts positional input from the customer or potential customer.  Using their computer mouse, for example, the customer or potential customer can move his or her mouse to a "category description" and click on that "category description," which provides, as input, the identity of that "category description," which is accepted by Wal-Mart's "computer system." <br><br> Claim 20(e) is literally performed in Wal-Mart's accused method. |
| (f) automatically disabling, in the computer system, selectability of all other category descriptions in each displayed list that do not have associated files which are also associated with the category descriptions of the defined search filter; | See, above re element (c) of claim 1. <br><br> The "search filters" described above with respect to claim 1(c), demonstrate that all "category descriptions," which if added to the "search filter" would not provide a match, are disabled, i.e., they are "precluded" from being added to the "search filter." <br><br> Claim 20(f) is literally performed in Wal-Mart's accused method. |
| (g) searching in the computer system the category descriptions of each stored file record for a logical match to the category descriptions of the defined search filter; | Pursuant to Endeca's instructions and pursuant to the operation of the Endeca software, the "category descriptions" comprising the "search filter" are sent, using Endeca's presentation API's, to the Endeca MDEX engine running on Wal-Mart's "computer system."  The MDEX engine searches proprietary indices (arranged as inverted or concordance files) stored therein, where these proprietary indexes comprise all of the information contained in the file records (i.e., in "walmart-sgmt0.records.binary").  These indexes provide, among other things, the mapping of "category descriptions" to the "files" in which they are associated.  (See, Ferrari 159:13 – 162:17 and '360 patent, at 10:61-11:2). <br><br> Claim 20(g) is literally performed in Wal-Mart's accused method. |
| (h) displaying the file names of all file records having category descriptions that logically match each category description | See, above re claim 2. <br><br> The names for all of the files matching the category descriptions for the search filter are displayed, as shown above, |

| Claim | Direct Infringement by Wal-Mart and Indirect Infringement by Endeca |
|---|---|
| of the defined search filter. | for example, in Figures 2-4 and 7-8 (e.g., in Figure 4, the "file name" "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" is displayed) (unless stated otherwise, as used herein, the term "file name" means "a name used to identify a "file.")<br><br>Claim 20(h) is literally performed in Wal-Mart's accused method. |
| | |
| 21. The method for accessing files of claim 20, further including the steps of:<br><br>(a) accepting user input selecting at least one file from the displayed file names;<br><br>(b) accessing each selected file on the data storage system using the file location information from the file record associated with each corresponding selected file. | See, above re claim 12.<br><br>The customer or potential customer can provide input to the Wal-Mart "computer system" causing the "computer system" to select one of the displayed file names (e.g., the name "JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide LCD" in Figure 4), and thereby causing the Wal-Mart "computer system" to locate and access the "file" for the selected product.  The customer or potential customer's input is moving their mouse to a "file name" and clicking on the "file name."<br><br>Claims 21(a) and (b) are literally performed in Wal-Mart's accused method. |

# EXHIBIT 1

```
<DIMENSION NAME="Brand" SRC_FILE="Dimensions.xml" SRC_TYPE="AUTOGEN">
    <DIMENSION_ID ID="500500"/>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="500500"/>
            <SYN DISPLAY="TRUE" SEARCH="FALSE" CLASSIFY="FALSE">Brand</SYN>
        </DVAL>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296215"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Braun</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296214"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Garmin</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296213"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Presto</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296212"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE"
                CLASSIFY="TRUE">KitchenAid</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296211"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Little
                Tikes</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296210"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Bell</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296209"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Brand
                Name</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296208"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Campbell
                Hausfeld</SYN>
```

walmart.dimensions.xml

```
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296207"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Conair</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296206"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Ralph
                Lauren</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296205"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Philips
                Magnavox</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296204"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE"
                CLASSIFY="TRUE">Logitech</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296203"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Sauder</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296202"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Brita</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296201"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hoover</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296200"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">RCA</SYN>
            </DVAL>
        </DIMENSION_NODE>
        <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
                <DVAL_ID ID="4294296199"/>
                <SYN DISPLAY="TRUE" SEARCH="TRUE"
```

```
            CLASSIFY="TRUE">Duracell</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296198"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Gerber
        Legendary Blades</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296197"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">PlayStation</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296192"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Sega
        DreamCast</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296190"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Game Boy
        Color</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296188"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Weber</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296187"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Holmes</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296186"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Poulan</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296185"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Night Owl
        Optics</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
```

walmart.dimensions.xml

```xml
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296183"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Wilson</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296182"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Salton</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296181"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Royal
        Household</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296180"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Sunbeam</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296179"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Oster</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296178"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Emerson</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296173"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Rayovac</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296171"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Energizer</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296170"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Leatherman</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
```

walmart.dimensions.xml

```
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296169"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">AT &amp;
            T</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296168"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Evenflo</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296167"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hewlett
            Packard</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296165"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Polaroid</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296164"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Southwestern
            Bell</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296156"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Char-
            Broil</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296155"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Shakespeare</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296154"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Bushnell</SYN>
        </DVAL>
    </DIMENSION_NODE>
<DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296153"/>
```

```
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Coleman</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296150"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Storkcraft</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296149"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">PlayStation
        2</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296147"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Lexmark</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296146"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Belkin</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296145"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Linksys</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296144"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Micro
        Innovations</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296143"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">George
        Foreman</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296142"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Brass
        Eagle</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
```

```
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296139"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Sony</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296138"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Calvin
        Klein</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296136"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Edge Digital
        Media</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296135"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">GameCube</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296134"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Microsoft</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296133"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Keepsake</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296129"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Norelco</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296128"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Wearever</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296127"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Step 2</SYN>
```

walmart.dimensions.xml

```
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296126"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Samsung</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296124"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Panasonic</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296123"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Casio</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296121"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Honeywell</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296120"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Avanti</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296119"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Virginia
            Highlands</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296118"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Eureka</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296117"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Fuji</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296116"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Black &amp;
```

walmart.dimensions.xml

```
            Decker</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296115"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Windham
            Weavers</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296113"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hatters
            Hammock</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296112"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Graco</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296110"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Dirt
            Devil</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296108"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Orian</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296105"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Nintendo</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296104"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Cool
            Water</SYN>
        </DVAL>
    </DIMENSION_NODE>
    <DIMENSION_NODE>
        <DVAL TYPE="EXACT">
            <DVAL_ID ID="4294296102"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE"
            CLASSIFY="TRUE">Lowrance</SYN>
        </DVAL>
    </DIMENSION_NODE>
```

walmart.dimensions.xml

```
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296101"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Texas
        Instruments</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296100"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Timex</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296099"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Magnalite</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296098"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Heirloom</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296092"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Simmons
        Mattress</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296090"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Springs
        Industries</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296089"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Nesco
        American Harvest</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296088"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Rampage</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296087"/>
```

walmart.dimensions.xml

```xml
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Revere
            Ware</SYN>
        </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296086"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Farberware</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296085"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Spalding</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296084"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Memorex</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296083"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Regent</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296082"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">General
        Electric</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296078"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Vivitar</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296077"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Fedders</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296072"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hunter</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
```

walmart.dimensions.xml

```xml
            <DVAL_ID ID="4294296071"/>
            <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Airzone</SYN>
        </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296069"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">TVGuardian</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296068"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Maxell</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296067"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Huffy</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296066"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Franklin</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296065"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Game Boy
        Advance</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296063"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Fitness
        Quest</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296062"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Epson
        America</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296061"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">COBRA</SYN>
    </DVAL>
</DIMENSION_NODE>
```

```
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296060"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Canon</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296057"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">T-Fal</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296056"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">NEXT</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296054"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE"
        CLASSIFY="TRUE">Springmaid</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296053"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">JVC</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296052"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Brother</SYN>
    </DVAL>
</DIMENSION_NODE>
<DIMENSION_NODE>
    <DVAL TYPE="EXACT">
        <DVAL_ID ID="4294296051"/>
        <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Helios</SYN>
    </DVAL>
</DIMENSION_NODE>
```

walmart.dimensions.xml

# EXHIBIT 2

Product 7811281.txt

```
<RECORD>
        <PROP NAME="ITEM_ID">
            <PVAL>7811281</PVAL>
        </PROP>
        <PROP NAME="RELEVANCE_CATEGORY_PATH">
            <PVAL>0a3944a3991a4549</PVAL>
        </PROP>
        <PROP NAME="ITEM_ID">
            <PVAL>7811281</PVAL>
        </PROP>
        <PROP NAME="Additional Features">
            <PVAL>Built-in speaker, backlight compensation, auto gain control, 16:9
widescreen mode</PVAL>
        </PROP>
        <PROP NAME="Analog Video Format">
            <PVAL>NTSC</PVAL>
        </PROP>
        <PROP NAME="Auto Focus">
            <PVAL>TTL contrast detection</PVAL>
        </PROP>
        <PROP NAME="Cables Included">
            <PVAL>A/V cable</PVAL>
        </PROP>
        <PROP NAME="Camcorder Effective Video Resolution">
            <PVAL>340 Kpix</PVAL>
        </PROP>
        <PROP NAME="Camcorder Sensor Resolution">
            <PVAL>680 Kpix</PVAL>
        </PROP>
        <PROP NAME="Color Support">
            <PVAL>Color</PVAL>
        </PROP>
        <PROP NAME="Connector Type">
            <PVAL>1 x composite video/audio output %XA6 1 x IEEE 1394 (FireWire/i.LINK)
%XA6 1 x DC power input</PVAL>
        </PROP>
        <PROP NAME="DV input">
            <PVAL>Yes</PVAL>
        </PROP>
        <PROP NAME="Depth">
            <PVAL>4.6 in</PVAL>
        </PROP>
        <PROP NAME="Digital Scene Transition">
            <PVAL>White fader, slide wipe, scroll wipe, black fader</PVAL>
        </PROP>
        <PROP NAME="Display Form Factor">
            <PVAL>Sliding</PVAL>
        </PROP>
        <PROP NAME="Display Format">
            <PVAL>112,000 pixels</PVAL>
        </PROP>
        <PROP NAME="Exposure Metering">
            <PVAL>Spot, matrix</PVAL>
        </PROP>
        <PROP NAME="Exposure Modes">
            <PVAL>Program, automatic, manual</PVAL>
        </PROP>
        <PROP NAME="Filter Size">
            <PVAL>27 mm</PVAL>
        </PROP>
        <PROP NAME="Focal Length">
            <PVAL>2.3 mm - 69 mm</PVAL>
        </PROP>
```

Page 1

```
                          Product 7811281.txt
<PROP NAME="Focus Adjustment">
   <PVAL>Automatic, manual</PVAL>
</PROP>
<PROP NAME="Height">
   <PVAL>3 in</PVAL>
</PROP>
<PROP NAME="Image Stabilizer">
   <PVAL>Electronic</PVAL>
</PROP>
<PROP NAME="Included Accessories">
   <PVAL>Camcorder shoulder strap, lens cap</PVAL>
</PROP>
<PROP NAME="Lens Aperture">
   <PVAL>F/2.0-4.1</PVAL>
</PROP>
<PROP NAME="Low Lux / Night Mode">
   <PVAL>Yes</PVAL>
</PROP>
<PROP NAME="Max Operating Temperature">
   <PVAL>104 %XBOF</PVAL>
</PROP>
<PROP NAME="Max Shutter Speed">
   <PVAL>1/4000 sec</PVAL>
</PROP>
<PROP NAME="Media Type">
   <PVAL>Mini DV</PVAL>
</PROP>
<PROP NAME="Microphone Features">
   <PVAL>Wind noise reduction</PVAL>
</PROP>
<PROP NAME="Microphone Operation Mode">
   <PVAL>Stereo</PVAL>
</PROP>
<PROP NAME="Microphone Technology">
   <PVAL>Electret condenser</PVAL>
</PROP>
<PROP NAME="Min Operating Temperature">
   <PVAL>32 %XBOF</PVAL>
</PROP>
<PROP NAME="Min Shutter Speed">
   <PVAL>1/60 sec</PVAL>
</PROP>
<PROP NAME="Optical Sensor Size">
   <PVAL>1/6"</PVAL>
</PROP>
<PROP NAME="Optical Sensor Type">
   <PVAL>CCD</PVAL>
</PROP>
<PROP NAME="Power Device">
   <PVAL>Power adapter - external</PVAL>
</PROP>
<PROP NAME="Product Type">
   <PVAL>Camcorder</PVAL>
</PROP>
<PROP NAME="Recording Speed">
   <PVAL>SP, LP</PVAL>
</PROP>
<PROP NAME="Search Modes">
   <PVAL>Blank search</PVAL>
</PROP>
<PROP NAME="Shooting Programs">
   <PVAL>Spotlight, night mode, sports mode, twilight mode, snow</PVAL>
</PROP>
```

```
                        Product 7811281.txt
<PROP NAME="Special Effects">
    <PVAL>Black &amp; White, Sepia, Mirror, Classic Film, Strobe</PVAL>
</PROP>
<PROP NAME="Supported Battery Details">
    <PVAL>1 x Li-ion rechargeable battery - 730 mAh ( included )</PVAL>
</PROP>
<PROP NAME="Supported Battery">
    <PVAL>JVC BN-VF808</PVAL>
</PROP>
<PROP NAME="Time Code">
    <PVAL>Yes</PVAL>
</PROP>
<PROP NAME="Type">
    <PVAL>LCD display - TFT active matrix - 2.4" - color</PVAL>
</PROP>
<PROP NAME="Type">
    <PVAL>Microphone - built-in</PVAL>
</PROP>
<PROP NAME="Type">
    <PVAL>Zoom lens - 2.3 mm - 69 mm - f/2.0-4.1</PVAL>
</PROP>
<PROP NAME="Webcam Capability">
    <PVAL>Yes</PVAL>
</PROP>
<PROP NAME="Weight">
    <PVAL>13.6 oz</PVAL>
</PROP>
<PROP NAME="White Balance Presets">
    <PVAL>Fine, cloudy, halogen</PVAL>
</PROP>
<PROP NAME="White Balance">
    <PVAL>Custom, automatic, presets</PVAL>
</PROP>
<PROP NAME="Width">
    <PVAL>2.8 in</PVAL>
</PROP>
<PROP NAME="Zoom Adjustment">
    <PVAL>Motorized drive</PVAL>
</PROP>
<PROP NAME="DIMENSION_NAME">
    <PVAL>Electronics</PVAL>
</PROP>
<PROP NAME="DVAL_CATEGORY_PATH">
    <PVAL>0a3944a3991a4549</PVAL>
</PROP>
<PROP NAME="P_CATEGORY_NAME">
    <PVAL>:Electronics:Camcorders:All Camcorders</PVAL>
</PROP>
<PROP NAME="ITEM_ID">
    <PVAL>7811281</PVAL>
</PROP>
<PROP NAME="DIMENSION_NAME">
    <PVAL>Electronics</PVAL>
</PROP>
<PROP NAME="DVAL_PATH">
    <PVAL>0a3944a3991a4549</PVAL>
</PROP>
<PROP NAME="P_ID">
    <PVAL>0004683803200</PVAL>
</PROP>
<PROP NAME="P_ID">
    <PVAL>00046838032004</PVAL>
</PROP>
```

Product 7811281.txt

```
        <PROP NAME="P_ID">
           <PVAL>000669842</PVAL>
        </PROP>
        <PROP NAME="P_ID">
           <PVAL>7811281</PVAL>
        </PROP>
        <PROP NAME="P_STREET_DATE_INT">
           <PVAL>-174</PVAL>
        </PROP>
        <PROP NAME="P_ITEM_ID">
           <PVAL>7811281</PVAL>
        </PROP>
        <PROP NAME="P_TITLE">
           <PVAL>JVC GR-DA30 MiniDV Camcorder w/ 30x Optical Zoom and 2.4" V Slide
LCD</PVAL>
        </PROP>
        <PROP NAME="P_SHELF_DESCRIPTION">
           <PVAL>&lt;li&gt;
MiniDV recording format
&lt;/li&gt;
&lt;li&gt;
2.4" V Slide LCD Monitor
&lt;/li&gt;
&lt;li&gt;
30x Optical Zoom with 800x Digital Zoom
&lt;/li&gt;
&lt;li&gt;
115-min. Data Battery
&lt;/li&gt;</PVAL>
        </PROP>
        <PROP NAME="P_UPC">
           <PVAL>0004683803200</PVAL>
        </PROP>
        <PROP NAME="P_STANDARD_UPC">
           <PVAL>00046838032004</PVAL>
        </PROP>
        <PROP NAME="P_CURR_ITEM_PRICE">
           <PVAL>199.94</PVAL>
        </PROP>
        <PROP NAME="P_BASE_ITEM_PRICE">
           <PVAL>199.94</PVAL>
        </PROP>
        <PROP NAME="P_STREET_DATE">
           <PVAL>20-SEP-2007</PVAL>
        </PROP>
        <PROP NAME="P_PRIMARY_CATEGORY_PATH">
           <PVAL>0a3944a3991a4549</PVAL>
        </PROP>
        <PROP NAME="P_PRICE_CHANGE_CODE">
           <PVAL>0</PVAL>
        </PROP>
        <PROP NAME="P_BASE_SUGG_PRICE">
           <PVAL>0</PVAL>
        </PROP>
        <PROP NAME="P_ITEM_RANK">
           <PVAL>.0002273409295515927505524384588810370384</PVAL>
        </PROP>
        <PROP NAME="P_MAX_EMAILS">
           <PVAL>0</PVAL>
        </PROP>
        <PROP NAME="P_ITEMS_FLAGS">
           <PVAL>10</PVAL>
        </PROP>
```

```
                         Product 7811281.txt
<PROP NAME="P_VIEW_IN">
    <PVAL>3</PVAL>
</PROP>
<PROP NAME="P_SHOW_BUTTON_IN">
    <PVAL>11</PVAL>
</PROP>
<PROP NAME="P_WM_ITEM_NUM">
    <PVAL>000669842</PVAL>
</PROP>
<PROP NAME="P_MODEL_NUM">
    <PVAL>GRDA30US</PVAL>
</PROP>
<PROP NAME="P_BRAND">
    <PVAL>JVC</PVAL>
</PROP>
<PROP NAME="P_VARIANT_MIN_PRICE">
    <PVAL>199.94</PVAL>
</PROP>
<PROP NAME="P_VARIANT_MIN_PRICE">
    <PVAL>199.94</PVAL>
</PROP>
<PROP NAME="P_VARIANT_MAX_PRICE">
    <PVAL>199.94</PVAL>
</PROP>
<PROP NAME="P_DISPLAY_STATUS">
    <PVAL>1</PVAL>
</PROP>
<PROP NAME="P_ITEM_CLASS_ID">
    <PVAL>19</PVAL>
</PROP>
<PROP NAME="P_DOMAIN_BUY_CODE">
    <PVAL>3</PVAL>
</PROP>
<PROP NAME="P_ITEM_TYPE">
    <PVAL>0</PVAL>
</PROP>
<PROP NAME="P_VARIANT_ITEMS_NUM">
    <PVAL>0</PVAL>
</PROP>
<PROP NAME="P_IS_AVAILABLE">
    <PVAL>Y</PVAL>
</PROP>
<PROP NAME="P_DISPLAY_GROUP_NAME">
    <PVAL>Camcorders</PVAL>
</PROP>
<PROP NAME="P_C2C_IDG">
    <PVAL>3</PVAL>
</PROP>
<PROP NAME="P_SLAP_FLAG">
    <PVAL>Y</PVAL>
</PROP>
<PROP NAME="P_CUSTOMER_RATING">
    <PVAL>3.889</PVAL>
</PROP>
<PROP NAME="P_ID_ROLLUP">
    <PVAL>0004683803200 00046838032004 000669842 7811281</PVAL>
</PROP>
<PROP NAME="P_IS_MEDIA">
    <PVAL>N</PVAL>
</PROP>
<PROP NAME="P_ITEM_ID">
    <PVAL>7811281</PVAL>
</PROP>
```
                                    Page 5

```
                         Product 7811281.txt
    <PROP NAME="P_ITEM_ID">
       <PVAL>7811281</PVAL>
    </PROP>
    <PROP NAME="P_RELEVANCE_CATEGORY_PATH">
       <PVAL>:Electronics:Camcorders:All Camcorders</PVAL>
    </PROP>
    <PROP NAME="P_SPECIAL_OFFERS">
       <PVAL>Also In Many Stores</PVAL>
    </PROP>
    <DVAL_ID DIMENSION_ID="1" ID="2"/>
    <DVAL_ID DIMENSION_ID="125875" ID="138119"/>
    <DVAL_ID DIMENSION_ID="500579" ID="500580"/>
    <DVAL_ID DIMENSION_ID="500000" ID="500590"/>
    <DVAL_ID DIMENSION_ID="500000" ID="500620"/>
    <DVAL_ID DIMENSION_ID="500691" ID="500695"/>
    <DVAL_ID DIMENSION_ID="500698" ID="500702"/>
    <DVAL_ID DIMENSION_ID="501059" ID="501062"/>
    <DVAL_ID DIMENSION_ID="500568" ID="4292811764"/>
    <DVAL_ID DIMENSION_ID="500569" ID="4293426806"/>
    <DVAL_ID DIMENSION_ID="500501" ID="4293763268"/>
    <DVAL_ID DIMENSION_ID="500957" ID="4293786120"/>
    <DVAL_ID DIMENSION_ID="500500" ID="4294296053"/>
</RECORD>
```

# EXHIBIT 3

```
                        Camcorder Type.txt
<DIMENSION NAME="Camcorder Type" SRC_FILE="Dimensions.xml" SRC_TYPE="AUTOGEN">
      <DIMENSION_ID ID="500957"/>
      <DIMENSION_NODE>
         <DVAL TYPE="EXACT">
            <DVAL_ID ID="500957"/>
            <SYN DISPLAY="TRUE" SEARCH="FALSE" CLASSIFY="FALSE">Camcorder Type</SYN>
         </DVAL>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293786152"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Tapeless</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293786120"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Mini DV</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293786105"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Digital 8mm</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293786088"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hi 8mm</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293786081"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">DVD</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4293782354"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">VHS-C</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4292819538"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">Hard Drive</SYN>
            </DVAL>
         </DIMENSION_NODE>
         <DIMENSION_NODE>
            <DVAL TYPE="EXACT">
               <DVAL_ID ID="4292816175"/>
               <SYN DISPLAY="TRUE" SEARCH="TRUE" CLASSIFY="TRUE">High
Definition</SYN>
            </DVAL>
         </DIMENSION_NODE>
      </DIMENSION_NODE>
   </DIMENSION>
```

Page 1

1

**PROOF OF SERVICE**

2

3   STATE OF CALIFORNIA,                    )
                                            )  SS.
4   COUNTY OF LOS ANGELES                   )

5        I am employed in the County of Los Angeles, State of California.  I am over the age of 18

6   years and not a party to the within action; my business address is 865 South Figueroa Street,
    Suite 2900, Los Angeles, California  90017.

7        On **July 21, 2008,** I served a copy of the within document(s) described as follows:

8   **SPEEDTRACK, INC.'S RESPONSE TO INTERVENOR ENDECA TECHNOLOGIES,
    INC.'S INTERROGATORY NO. 1** on the interested parties in this action by transmitting via

9   United States District Court for the Northern District of California Electronic Case Filing Program
    the document listed above by uploading the electronic files for each of the above listed document(s)

10  on this date, addressed as set forth on the attached service list, and further by first-class mail.

11                              **PLEASE SEE ATTACHED LIST**

12       I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles

13  office for the collection and processing of federal express with Federal Express.

14       Executed on **July 21, 2008**, at Los Angeles, California.

15       I declare that I am employed in the office of a member of this bar of this court at whose
    direction the service was made.

16

17
                              _____
18                                        */S/ Carol Yuson*
                                            Carol Yuson
19

20

21

22

23

24

25

26

27

28

**SPEEDTRACK, INC.'S RESPONSE TO INTERVENOR ENDECA TECHNOLOGIES, INC.'S
INTERROGATORY NO. 1**

1

**SERVICE LIST**

2

| | |
|---|---|
| RODERICK M. THOMPSON (rthompson@fbm.com) ANDREW LEIBNITZ (aleibnitz@fbm.com) STEPHANIE P. SKAFF (sskaff@fbm.com) CORY M. MASON (cmason@fbm.com) FARELLA BRAUN & MARTEL LLP 235 Montgomery Street, 17th Floor San Francisco, CA  94104 Telephone:  (415) 954-4400 Facsimile:  (415) 954-4480 | Attorneys for Defendant and Counterclaimant, WAL-MART STORES, INC. |
| STEVEN M. BAUER (sbauer@proskauer.com) COLIN G. CABRAL (ccabral@proskauer.com) PROSKAUER ROSE LLP One International Place, 22nd Floor Boston, MA  02110 Telephone:  (617) 526-9700 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |
| JONATHAN E. RICH (jrich@proskauer.com) PROSKAUER ROSE, LLP 2049 Century Park East, Suite 3200 Los Angeles, CA  90067-3206 Telephone:  (310) 557-2900 Facsimile:   (310) 557-2193 | Attorneys for ENDECA TECHNOLOGIES, INC., Complainant-in-Intervention |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SPEEDTRACK, INC.'S RESPONSE TO INTERVENOR ENDECA TECHNOLOGIES, INC.'S
INTERROGATORY NO. 1