OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Return to sender
Addressee is not
known at —

NIXIE           900  DE 1      00  04/03/12
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
         BC: 94612521299    *0405-01211-29-43*

Bless Young
Fulbright & Jaworski
865 So Figueroa St 29th Flr
Los Angeles, CA 90017


CV06-07336 PJH

# UNITED STATES DISTRICT COURT
## Northern District of California
### CLERK'S OFFICE

RICHARD W. WIEKING
Clerk of Court

450 Golden Gate Avenue
San Francisco, CA 94102
Phone: 415-522-4602
Fax: 415-522-2176

March 29, 2012

Re: C-06-7336-PJH  Speedtrack, Inc. -v- Walmart.Com USA, LLC, et al.

**Noel Andrew Leibnitz**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104

Dear Counsel:

This is to advise you that your cost bill filed on 03/07/2012 Document #362 cannot be taxed for the following reason(s):

[X]  Final Judgment has not been entered, so the cost bill is filed prematurely.

[ ]  There is no proof of service on opposing counsel.

[ ]  The verification required by 28 U.S.C. §1924 is missing.

[ ]  Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete.

[ ]  Other:

Very truly yours,

RICHARD W. WIEKING, Clerk

By: _____
Odile M. Hansen
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC. et al,

    Plaintiff,

v.

WALMART.COM, ET AL. et al,

    Defendant.
    _____/

Case Number: CV06-07336 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 29, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bless Young
McKool Smith Hennigan P.C.
865 So Figueroa St
Suite 2900
Los Angeles, CA 90017

Dated: March 29, 2012

                                    Richard W. Wieking, Clerk
                                    By: Odile M. Hansen, Deputy Clerk