MCKOOL SMITH HENNIGAN, P.C.
Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
Marc Morris (SBN 183728)
mmorris@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., THE HERTZ CORPORATION, MAGELLAN NAVIGATION, INC. and TOYOTA MOTOR SALES, U.S.A., INC., <br><br> Defendants. | Case No. 06-CV-07336-PJH <br><br> **STATEMENT OF STIPULATION OF AGREED-UPON COSTS TO BE TAXED PURSUANT TO ENDECA TECHNOLOGY, INC.'S BILL OF COSTS** <br> AND ORDER |
| ENDECA TECHNOLOGIES, INC., <br><br> Intervenor, <br><br> vs. <br><br> SPEEDTRACK, INC., <br><br> Defendant-in-Intervention and Counterclaimant. | |

1  Having met and conferred, counsel for Plaintiff SpeedTrack, Inc. and Endeca Technologies,
2  Inc. have agreed upon, and therefore stipulate to, $15,104.04 in costs being taxed against
3  SpeedTrack.

5  DATED: April 27, 2012                    MCKOOL SMITH HENNIGAN P.C.

   By  */s/ Alan P. Block*
              Alan P. Block

   Attorneys for Plaintiff, SPEEDTRACK, INC.,

5/1/12



Case No. 06-CV-07336-PJH                    STATEMENT OF STIPULATION OF AGREED-UPON COSTS TO BE TAXED

1802020.1